# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Matthew Bradley ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:19-cv-00249 |
| Analytical Grammar, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew Bradley.

Date: 06/21/2019

/s/ Seth L. Hudson
*Attorney's signature*

Seth L. Hudson 32259
*Printed name and bar number*

4500 Cameron Valley Parkway, Suite 350
Charlotte, NC 28211

*Address*

shudson@worldpatents.com
*E-mail address*

(704) 790-3600
*Telephone number*

(704) 366-9744
*FAX number*