UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MATTHEW BRADLEY, <br><br> Plaintiff, <br><br> v. <br><br> ANALYTICAL GRAMMAR, INC. <br><br> Defendant. | Docket No. 5:19-cv-249-FL <br><br> **NOTICE OF APPEARANCE OF RICHARD P. LIEBOWITZ** |

    Please take notice that the undersigned has been retained by and appears for Plaintiff Matthew Bradley, in the above-captioned proceedings. The undersigned is an attorney at law duly qualified to act as such under the laws of the State of New York, and is a member in good standing of the bar of the State of New York, the United States District Court for the Southern District of New York, and is neither a resident of, nor engaged in the practice of law in the State of North Carolina.

    This Notice of Appearance is filed pursuant to Civil Rule 83.1(e) for the Eastern District of North Carolina, and the undersigned appears in this matter in association with local counsel Seth L. Hudson (N.C. Bar No. 32259), with the law firm of Clements Bernard Walker.

**[SIGNATURE PAGE ON SEPARATE SHEET]**

Respectfully submitted, this the 26th day of July, 2019.

                LIEBOWITZ LAW FIRM, PLLC

                By:/s/Richard Liebowitz
                Richard P. Liebowitz
                11 Sunrise Plaza, Suite 305
                Valley Stream, New York 11580
                Tele: 516-233-1660
                RL@LiebowitzLawFirm.com

                CLEMENTS BERNARD WALKER

                By: /s/Seth L. Hudson
                Seth L. Hudson
                North Carolina Bar No. 32259
                4500 Cameron Valley Parkway, Suite 350
                Charlotte, North Carolina 28211
                Tele: 704-790-3600
                SHudson@WorldPatents.com

                *Local Civil Rule 83.1 Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2019, I electronically filed the foregoing **NOTICE OF APPEARANCE OF RICHARD P. LIEBOWITZ** with the Clerk of Court using the CM/ECF system, and a copy of this notice have been served by U.S. Mail on the following Defendant in this matter at the address listed below:

Analytical Grammar, Inc.
C/O its registered agent Erin M. Karl
7615 Vista Del Rey Lane
Raleigh, NC 27603

**CLEMENTS BERNARD WALKER**

By: /s/ Seth L. Hudson
Seth L. Hudson
N.C. State Bar No. 32259
4500 Cameron Valley Parkway, Suite 350
Charlotte, NC 28211 USA
Tel:     704-790-3600
Fax:    704-366-9744
shudson@worldpatents.com