IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY ) | |
| ) | |
| v. ) | **NOTICE OF SPECIAL APPEARANCE** |
| ) | |
| ANALYTICAL GRAMMAR, INC. ) | |

Please take notice that the undersigned Richard P. Liebowitz hereby enters a notice of special appearance as counsel for Matthew Bradley in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Seth L. Hudson.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

**[SIGNATURE PAGE ON SEPARATE SHEET]**

By: /s/ Richard Liebowitz
Richard P. Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tele: 516-233-1660
RL@Liebowitzlawfirm.com
NY Bar. No. number
Attorney for Matthew Bradley


By: /s/ Seth L. Hudson
Seth L. Hudson
CLEMENTS BERNARD WALKER
4500 Cameron Valley Parkway, Suite 350
Charlotte, NC 28211
Tele: 704-790-3600
Fax: 704-366-9744
SHudson@worldpatents.com
NC Bar. No. 32259
Local Civil Rule 83.1(d) Counsel for Matthew Bradley

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of July, 2019, I electronically filed the foregoing **NOTICE OF SPECIAL APPEARANCE OF RICHARD P. LIEBOWITZ** with the Clerk of Court using the CM/ECF system, and a copy of this notice have been served by U.S. Mail on the following Defendant in this matter at the address listed below:

Analytical Grammar, Inc.
C/O its registered agent Erin M. Karl
7615 Vista Del Rey Lane
Raleigh, NC 27603

**CLEMENTS BERNARD WALKER**

By: /s/ Richard Liebowitz
Richard P. Liebowitz
N.Y. State Bar No.
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: 516-233-1660
rl@liebowitzlawfirm.com