IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF APPEARANCE |
| ) | |
| ANALYTICAL GRAMMAR, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLEASE TAKE NOTICE** that the undersigned, Christopher M. Thomas of the law firm Parker Poe Adams & Bernstein LLP, member in good standing of the North Carolina Bar and admitted to practice before this Court, does hereby enter an appearance on behalf of Defendant Analytical Grammar, Inc. in this action. By this Notice of Appearance, the undersigned counsel requests copies of all pleadings, discovery, notices, correspondence, and other filings submitted in connection with this matter.

Respectfully submitted this the 29th day of August, 2019.

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
Catherine R.L. Lawson
N.C. State Bar No. 44574
catherinelawson@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of the Court by using the CM/ECF System which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system, addressed as follows:

>Seth L. Hudson
>CLEMENTS BERNARD WALKER PLLC
>Email: shudson@worldpatents.com
>
>Richard Liebowitz
>LIEBOWITZ LAW FIRM, PLLC
>Email: rl@liebowitzlawfirm.com
>
>*Attorneys for Plaintiff*

This the 29th day of August, 2019

>/s/ Christopher M. Thomas
>Christopher M. Thomas
>N.C. State Bar No. 31834
>christhomas@parkerpoe.com
>Catherine R.L. Lawson
>N.C. State Bar No. 44574
>catherinelawson@parkerpoe.com
>PNC Plaza
>301 Fayetteville Street, Suite 1400 (27601)
>P.O. Box 389
>Raleigh, North Carolina 27602-0389
>Telephone: (919) 835-4626
>Facsimile: (919) 834-4564
>*Attorneys for Defendant*