IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY,<br><br>                         Plaintiff,<br><br>vs.<br><br>ANALYTICAL GRAMMAR, INC.,<br><br>                        Defendant. | **CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, Defendant Analytical Grammar, Inc., (hereinafter "Defendant") respectfully moves this Court to extend to September 13, 2019, the deadline for Defendant to file a response to Matthew Bradley's ("Plaintiff") Complaint (the "Motion"). In support of this Motion, Defendant shows the Court the following:

1. This action was filed on June 18, 2019, and a Summons was issued on or about June 19, 2019;

2. Defendant was served on or about August 2, 2019;

3. Defendant was not able to retain local counsel until August 29, 2019, and thus was not able to file a response with this Court on August 23, 2019;

4. Defendant's counsel requires additional time to collect relevant information and fully investigate this matter in order to sufficiently formulate an appropriate responsive pleading to the Complaint;

5. Counsel for Defendant has consulted with counsel for Plaintiff, and Plaintiff consents to the relief requested in this Motion; and

6. This Motion is made in good faith, for good cause, is the result of excusable neglect, and not for purposes of unnecessary delay; and

7. A proposed order is submitted contemporaneously herewith.

**WHEREFORE**, Defendant respectfully requests an extension of twenty-one (21) days from August 23, 2019, to and including September 13, 2019 to answer or otherwise respond to the Plaintiff's Complaint.

Respectfully submitted this 29th day of August, 2019.

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
Catherine R.L. Lawson
N.C. State Bar No. 44574
catherinelawson@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was electronically filed with the Clerk of the Court by using the CM/ECF System which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system, addressed as follows:

>Seth L. Hudson
>CLEMENTS BERNARD WALKER PLLC
>Email: shudson@worldpatents.com
>
>Richard Liebowitz
>LIEBOWITZ LAW FIRM, PLLC
>Email: rl@liebowitzlawfirm.com
>
>*Attorneys for Plaintiff*

This the 29th day of August, 2019

>/s/ Christopher M. Thomas
>Christopher M. Thomas
>N.C. State Bar No. 31834
>christhomas@parkerpoe.com
>Catherine R.L. Lawson
>N.C. State Bar No. 44574
>catherinelawson@parkerpoe.com
>PNC Plaza
>301 Fayetteville Street, Suite 1400 (27601)
>P.O. Box 389
>Raleigh, North Carolina 27602-0389
>Telephone: (919) 835-4626
>Facsimile: (919) 834-4564
>*Attorneys for Defendant*