IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-249-FL

| MATTHEW BRADLEY, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANALYTICAL GRAMMAR, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on Defendant Analytical Grammar, Inc.'s Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. Having carefully considered the motion and the record, and for good cause shown and based on the finding that the defendant failed to act because of excusable neglect, it is hereby ORDERED that Defendant's motion is GRANTED and Defendant shall have through and including September 13, 2019 within which to answer or otherwise respond to Plaintiff's Complaint.

This the _____ day of August, 2019.

_____
United States District Court