## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:19-CV-249-FL

MATTHEW BRADLEY )
Plaintiff(s), )
 )
vs )
 )
ANALYTICAL GRAMMAR, INC., )
Defendant(s).

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__Analytical Grammar, Inc.__ who is __Defendant__,
(name of party)           (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ◯     NO ◉

2. Does party have any parent corporations?

    YES ◯     NO ◉

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ◯     NO ◉

If yes, identify all such owners:
N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ◯      NO ⦿

If yes, identify entity and nature of interest:
N/A

5. Is party a trade association?

    YES ◯      NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:
N/A

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:
N/A

Signature: /s/ Christopher M. Thomas

Date: August 29, 2019

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** was electronically filed with the Clerk of the Court by using the CM/ECF System which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system, addressed as follows:

>Seth L. Hudson
>CLEMENTS BERNARD WALKER PLLC
>Email: shudson@worldpatents.com
>
>Richard Liebowitz
>LIEBOWITZ LAW FIRM, PLLC
>Email: rl@liebowitzlawfirm.com
>
>*Attorneys for Plaintiff*

This the 29th day of August, 2019.

>/s/ Christopher M. Thomas
>Christopher M. Thomas
>N.C. State Bar No. 31834
>christhomas@parkerpoe.com
>Catherine R.L. Lawson
>N.C. State Bar No. 44574
>catherinelawson@parkerpoe.com
>PNC Plaza
>301 Fayetteville Street, Suite 1400 (27601)
>P.O. Box 389
>Raleigh, North Carolina 27602-0389
>Telephone: (919) 835-4626
>Facsimile: (919) 834-4564
>*Attorneys for Defendant*