**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Civil Action No. 5:19-cv-249-FL**

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SPECIAL** |
| v. | ) | **APPEARANCE OF** |
| | ) | **DAN BOOTH** |
| ANALYTICAL GRAMMAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Please take notice that the undersigned Dan Booth, a member in good standing of the bar of the Commonwealth of Massachusetts and of the United States District Court for the District of Massachusetts, hereby enters a notice of special appearance as counsel for Analytical Grammar, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Christopher M. Thomas.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Respectfully submitted this the 17th day of September, 2019.

/s/ Dan Booth
Dan Booth
Dan Booth Law LLC
60 Thoreau Street #121
Concord, Massachusetts 01742
dan@danboothlaw.com
Massachusetts Bar No. 672090

*Attorney for Defendant*
*Analytical Grammar, Inc.*

/s/ Catherine R. L. Lawson
Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
Catherine R.L. Lawson
N.C. State Bar No. 44574
catherinelawson@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
*Local Civil Rule 83.1(d)*
*Attorneys for Defendant*
*Analytical Grammar, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **NOTICE OF SPECIAL APPEARANCE** was electronically filed with the Clerk of the Court by using the CM/ECF System, which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system, addressed as follows:

> Seth L. Hudson
> CLEMENTS BERNARD WALKER PLLC
> Email: shudson@worldpatents.com
>
> Richard Liebowitz
> LIEBOWITZ LAW FIRM, PLLC
> Email: rl@liebowitzlawfirm.com
>
> *Attorneys for Plaintiff*

This the 17th day of September, 2019.

> /s/ Dan Booth
> Dan Booth
> Dan Booth Law LLC
> 60 Thoreau Street #121
> Concord, Massachusetts 01742
> dan@danboothlaw.com
> Massachusetts Bar No. 672090
>
> *Attorney for Defendant*
> *Analytical Grammar, Inc.*