UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MATTHEW BRADLEY,<br><br>                                         Plaintiff,<br><br>- against -<br><br>ANALYTICAL GRAMMAR, INC.<br><br>                                         Defendant. | Docket No. 5:19-cv-00249-FL |

## **NOTICE**

PLEASE TAKE NOTICE THAT, as of October 10, 2019, there are not any noticed deficiencies on the docket for the above-referenced matter.

Dated: October 10, 2019
Valley Stream, New York

Respectfully Submitted:

Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
Fax: 516-612-2740
Email: RL@LiebowitzLawFirm.com