# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | | |
|---|---|---|
| Matthew Bradley, | ) | |
| *Plaintiff* | ) | Case No.  5:19-cv-249 |
| v. | ) | |
| Analytical Grammar, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Matthew Bradley
                                                                                                                                                 .

Date:      October 22, 2019                                                    /s/ Albert P. Allan
                                                                                    *Attorney's signature*

                                                                    Albert P. Allan, N.C. Bar No. 18882
                                                                         *Printed name and bar number*

                                                                              Allan Law Firm, PLLC
                                                                                 409 East Boulevard
                                                                        Charlotte, North Carolina 28203
                                                                                        *Address*

                                                                        alallan@allaniplitigation.com
                                                                                   *E-mail address*

                                                                                  704-371-5605
                                                                                *Telephone number*

                                                                                  704-372-7411
                                                                                   *FAX number*