# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Civil Action No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, ) | |
| ) | |
|     Plaintiff, ) | **JOINT STATEMENT IDENTIFYING** |
| v. ) | **MEDIATOR** |
| ) | |
| ANALYTICAL GRAMMAR, INC., ) | |
| ) | |
|     Defendant. ) | |

Pursuant to Local ADR Rule 101.1c(a), Paragraph C of the Case Management Order issued on October 23, 2019, and the Notice to Counsel issued on the same date, Plaintiff Matthew Bradley and Defendant Analytical Grammar, Inc., having conferred by email through their lead counsel (respectively, Richard Liebowitz and Dan Booth) on November 11, 2019, hereby identify Michele A. Ledo, 227 Elm Street, Raleigh, NC 27601 as their agreed-upon mediator.

Dated: November 12, 2019

| | |
|---|---|
| LIEBOWITZ LAW FIRM, PLLC | DAN BOOTH LAW LLC |
| By: */s/ Richard Liebowitz* <br>     Richard P. Liebowitz <br> 11 Sunrise Plaza, Suite 305 <br> Valley Stream, New York 11580 <br> 516-233-1660 <br> RL@liebowitzlawfirm.com | By: /s/ Dan Booth <br> Dan Booth <br> 60 Thoreau Street #121 <br> Concord, MA 01742 <br> 646-573-6596 <br> dan@danboothlaw.com |
| CLEMENTS BERNARD WALKER PLLC | PARKER POE ADAMS & BERNSTEIN LLP |
| *Local Civil Rule 83.1(d) Counsel* | *Local Civil Rule 83.1(d) Counsel* |
| By: /s/ Seth L. Hudson <br> Seth L. Hudson <br> 4500 Cameron Valley Parkway <br> Charlotte, NC 28211 <br> 704-790-3600 <br> SHudson@WorldPatents.com | By: /s/ Christopher M. Thomas <br> Christopher M. Thomas <br> N.C. State Bar No. 31834 <br> christhomas@parkerpoe.com <br><br> Catherine R.L. Lawson <br> N.C. State Bar No. 44574 <br> catherinelawson@parkerpoe.com |
| ALLAN LAW FIRM PLLC | |
| Albert P. Allan <br> 409 East Boulevard <br> Charlotte, NC 28203 <br> 704-371-5605 <br> Alallan@allaniplitigation.com | PNC Plaza <br> 301 Fayetteville Street, Suite 1400 (27601) <br> P.O. Box 389 <br> Raleigh, NC 27602-0389 <br> 919-835-4626 |
| *Attorneys for Plaintiff Matthew Bradley* | *Attorneys for Defendant Analytical Grammar, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing JOINT STATEMENT IDENTIFYING MEDIATOR was electronically filed on this November 12, 2019, by using the Court's CM/ECF System, and thereby served upon counsel of record via the Court's electronic case filing system.

                                                  /s/ Christopher M. Thomas <br>
                                                  Christopher M. Thomas