IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| Matthew Bradley | Civil Action No. 5:19-cv-249 |
| Plaintiff, | |
| vs. | |
| Analytical Grammar, Inc. | **UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** |
| Defendants. | |

Plaintiff Matthew Bradley ("Plaintiff") requests permission for Seth Hudson to withdraw as attorney of record for Plaintiff and for Albert P. Allan of Allan IP Litigation to appear as counsel for Plaintiff. The withdrawal of Seth Hudson is not sought for delay.

On November 11, 2019, the undersigned communicated with Mr. Dan Booth and Christopher Thomas, counsel for Defendant Analytical Grammar, Inc., regarding the merits of this motion. Mr. Booth advised that he is unopposed to this motion.

**WHEREFORE**, Plaintiff respectfully requests that Seth Hudson be permitted to withdraw as attorneys of record for Plaintiff and that Albert P. Allan of Allan IP Litigation be permitted to appear for Plaintiff.

Respectfully submitted, this the 17th day of November 2019.

**CLEMENTS BERNARD WALKER**

s/ Seth L. Hudson
Seth L. Hudson (NC Bar No. 32259)
4500 Cameron Valley Parkway, Suite 350
Charlotte, NC 28211
Phone 704.790.3600
Fax 704.366.9744
shudson@worldpatents.com
*(Attorneys for Plaintiff)*

/s/Richard Liebowitz
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com

/s/Al Allan
Allan IP Litigation
409 East Boulevard, Suite 201
Charlotte, NC 28203
Tele: 704-371-5605
AlAllan@AllanIPLigitation.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of November, 2019, I electronically filed the foregoing **UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** with the Clerk of Court using the CM/ECF system serving the following CM/ECF participants:

/s/Richard Liebowitz
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com

*(Attorneys for Plaintiff)*