IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:19-cv-249

| | |
|---|---|
| Matthew Bradley *Plaintiff,* <br><br> v. <br><br> *Analytical Grammar, Inc.* <br><br> Defendant. | **NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE, that Albert P. Allan of Allan Law Firm, PLLC intends to appear as counsel for Plaintiff Matthew Bradley ("Plaintiff") in substitution for Seth L. Hudson of Clements Bernard Walker. Defendant Analytical Grammar, Inc. has no objection.

The undersigned attorneys verify that Albert Allan of Allan Law Firm, PLLC is aware of and will comply with all pending deadlines in the case, including proceeding with any scheduled trial or hearings.

Respectfully submitted, this the 11th day of June 2019.

        **ALLAN LAW FIRM, PLLC**
        /s/Albert P. Allan/
        Albert P. Allan (NC Bar No. 18882)
        435 East Morehead Street
        Charlotte, NC 28202
        Tel: 704-371-5605
        alallan@allaniplitigation.com

        *Proposed Substitute Counsel for Plaintiff*

**CLEMENTS BERNARD WALKER**

s/Seth L. Hudson/
Seth L. Hudson (NC Bar No. 32259)
4500 Cameron Valley Parkway, Suite 350
Charlotte, NC 28211
Tel: 704.790.3600
Fax: 704.366.9744
shudson@worldpatents.com

*Attorneys for Plaintiff*

**LIEBOWITZ LAW FIRM, PLLC**

/s/Richard Liebowitz/

Richard Liebowitz (NY Bar No. 5357702)
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: 516-233-1660
Fax: 516-612-2740
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2020, I electronically filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system serving the following CM/ECF participants:

Christopher M. Thomas
Parker, Poe, Adams & Bernstein, LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Post Office Box 389
Raleigh, NC 27602-0389
919-828-0564
Fax: 919-834-4564
Email: christhomas@parkerpoe.com

Catherine R.L. Lawson
Parker, Poe, Adams & Bernstein, LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Post Office Box 389
Raleigh, NC 27602-0389
919-835-4640
Fax: 919-828-0564
Email: catherinelawson@parkerpoe.com

Dan G. Booth
Dan Booth Law LLC
60 Thoreau Street, #121
Concord, MA 01742
646-573-6596
Email: dan@danboothlaw.com

**ALLAN IP LITIGATION**

/s/Albert P. Allan/
Albert P. Allan (NC Bar No. 18882)
435 East Morehead Street
Charlotte, NC 28202
Tel: 704-371-5605
alallan@allaniplitigation.com