IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) | **DEFENDANT ANALYTICAL** |
| | ) | **GRAMMAR, INC.'S MOTION** |
| Plaintiff, | ) | **FOR SUMMARY JUDGMENT** |
| v. | ) | |
| ANALYTICAL GRAMMAR, INC., | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 56, Defendant Analytical Grammar, Inc. ("Analytical") moves for summary judgment on both claims raised by Plaintiff Matthew Bradley ("Bradley") and on its corresponding counterclaims for declaratory judgment.

Summary judgment is proper in this case because there is no genuine issue of material fact and because Analytical is entitled to judgment as a matter of law.

The instant motion is based on the memorandum of points and authorities, statement of material facts, the appendix thereto, and the declarations and exhibits filed in support hereof; the papers on file in this matter; and on such other evidence or argument as the Court may consider in a hearing on this matter.

Dated: July 17, 2020

                                               Respectfully submitted,

                                               Analytical Grammar, Inc.

                                               By its attorneys:

                                               DAN BOOTH LAW LLP

                                               /s/ <u>Dan Booth</u>

Daniel G. Booth
60 Thoreau Street, #121
Concord, MA 01742
dan@danboothlaw.com
Local Civil Rule 83.1(e) Special Appearance

PARKER POE ADAMS & BERNSTEIN LLP

Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
Local Civil Rule 83.1(d) Counsel

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Albert P. Allan
> ALLAN LAW FIRM, PLLC
> 435 East Morehead Street
> Charlotte, NC 28202
> Email: alallan@allaniplitigation.com

This the 17th day of July, 2020.

> /s/ Dan Booth
> Dan Booth
> Dan Booth Law LLC
> 60 Thoreau Street, #121
> Concord, MA 01742
> dan@danboothlaw.com
> Local Civil Rule 83.1(e) Special Appearance
>
> Christopher M. Thomas
> N.C. State Bar No. 31834
> christhomas@parkerpoe.com
> Parker Poe Adams & Bernstein LLP
> PNC Plaza
> 301 Fayetteville Street, Suite 1400 (27601)
> P.O. Box 389
> Raleigh, North Carolina 27602-0389
> Telephone: (919) 835-4626
> Facsimile: (919) 834-4564
> Local Civil Rule 83.1(d) Counsel