IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, <br><br> Plaintiff, <br><br> v. <br><br> ANALYTICAL GRAMMAR, INC., <br><br> Defendant. | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

1. Declaration of Dan Booth dated July 15, 2020

2. Deposition Transcript of Matthew Bradley taken December 12, 2019 (Ex. 1 to Declaration of D. Booth)

3. Plaintiff's Responses to Defendant's First Request for Production of Documents dated December 2, 2019 (Ex. 2 to Declaration of D. Booth)

4. Plaintiff's Superseding Answers and Objections to Defendant's First Set of Interrogatories dated December 6, 2019 (Ex. 3 to Declaration of D. Booth)

5. True and correct copy of a document produced by Plaintiff in this action bearing the Bates Numbers MB089-091 (Ex. 4 to Declaration of D. Booth)

6. True and correct copy of a document produced by Plaintiff in this action bearing the Bates Number MB_010 (Ex. 5 to Declaration of D. Booth)

7. Plaintiff's Complaint dated June 18, 2019 (Ex. 6 to Declaration of D. Booth) [DE 1]

8. Defendant's Answer and Counterclaims dated September 13, 2019 (Ex. 7 to Declaration of D. Booth) [DE 12]

9. Plaintiff's Answer to Defendant's Counterclaims dated October 4, 2019 (Ex. 8 to Declaration of D. Booth) [DE 15]

10. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0096-0100 (Ex. 9 to Declaration of D. Booth)

11. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0101-0106 (Ex. 10 to Declaration of D. Booth)

12. True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0107 (Ex. 11 to Declaration of D. Booth)

13. Declaration of Aram Sinnreich dated July 15, 2020

14. Expert Report of Aram Sinnreich dated April 27, 2020 (Ex. 1 to Declaration of A. Sinnreich)

15 True and correct copy of a document produced by Plaintiff in this action bearing the Bates Numbers MB_012-065 (Ex. 12 to Declaration of D. Booth)

16. True and correct copy of a document produced by Plaintiff in this action bearing the Bates Numbers MB_066-067 (Ex. 13 to Declaration of D. Booth)
17. True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0010 (Ex. 14 to Declaration of D. Booth)
18. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0011-0013 (Ex. 15 to Declaration of D. Booth)
19. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0194-0197 (Ex. 16 to Declaration of D. Booth)
20. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0237-0243 (Ex. 17 to Declaration of D. Booth)
21. True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0253 (Ex. 18 to Declaration of D. Booth)
22. True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0254 (Ex. 19 to Declaration of D. Booth)
23. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0255-0256 (Ex. 20 to Declaration of D. Booth)
24. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0222-0228 (Ex. 21 to Declaration of D. Booth)
25. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0229-0235 (Ex. 22 to Declaration of D. Booth)
26. True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0025 (Ex. 23 to Declaration of D. Booth)
27. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0088-0095. (Ex. 24 to Declaration of D. Booth)
28. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0044-0048 (Ex. 25 to Declaration of D. Booth)
29. True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0236 (Ex. 26 to Declaration of D. Booth)
30. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0078-0087 (Ex. 27 to Declaration of D. Booth)
31. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0062-0077 (Ex. 28 to Declaration of D. Booth)
32. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0032-0043 (Ex. 29 to Declaration of D. Booth)
33. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0202-0206 (Ex. 30 to Declaration of D. Booth)
34. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0217-0221 (Ex. 31 to Declaration of D. Booth)
35. True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0021 (Ex. 32 to Declaration of D. Booth)
36. True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0022 (Ex. 33 to Declaration of D. Booth)
37. Declaration of Erin Karl dated July 15, 2020
38. Declaration of Melissa Kenney dated July 15, 2020

39. True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0001 (Ex. 34 to Declaration of D. Booth)
40. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0002-0003 (Ex. 35 to Declaration of D. Booth)
41. True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0200 (Ex. 36 to Declaration of D. Booth)
42. Defendant's Amended Responses to Plaintiff's First Set of Interrogatories dated February 21, 2020 (Ex. 37 to Declaration of D. Booth)
43. True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0134 (Ex. 38 to Declaration of D. Booth)
44. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0168-0169 (Ex. 39 to Declaration of D. Booth)
45. True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0201 (Ex. 40 to Declaration of D. Booth)
46. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0244-0252 (Ex. 41 to Declaration of D. Booth)
47. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0209-0216 (Ex. 42 to Declaration of D. Booth)
48. True and correct copy of a document produced by Plaintiff in this action bearing the Bates Number MB_088 (Ex. 43 to Declaration of D. Booth)
49. True and correct copy of a document produced by Plaintiff in this action bearing the Bates Number MB_075 (Ex. 44 to Declaration of D. Booth)
50. True and correct copy of a document produced by Plaintiff in this action bearing the Bates Number MB_076 (Ex. 45 to Declaration of D. Booth)
51. True and correct copy of a document produced by Plaintiff in this action with the filename "Copyright Violations_MB_92.docx" bearing no Bates Number stamp (Ex. 46 to Declaration of D. Booth)
52. True and correct copy of a document produced by Plaintiff in this action bearing the Bates Numbers MB_003-005 (Ex. 47 to Declaration of D. Booth)
53. True and correct copy of a document produced by Plaintiff in this action bearing the Bates Numbers MB_001-002 (Ex. 48 to Declaration of D. Booth)
54. True and correct copy of a document produced by Plaintiff in this action bearing the Bates Number MB_087 (Ex. 49 to Declaration of D. Booth)
55. True and correct copy of a screenshot of a Custom Ink account page located at https://www.customink.com/profiles/designs?e=bWJyYWRsZXlAYnJhZC10ZWNoLmNvbQ%3D%3D, produced by Plaintiff on January 23, 2020 in a supplemental response to Defendant's Document Request No. 20 (Ex. 50 to Declaration of D. Booth)
56. Merriam-Webster definition of the word "viral," located at <https://www.merriam-webster.com/dictionary/viral> (Ex. 51 to Declaration of D. Booth)
57. Merriam-Webster definition of the word "meme," located at < https://www.merriam-webster.com/dictionary/meme> (Ex. 52 to Declaration of D. Booth) (Ex. 4 to Deposition of M. Bradley)
58. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0108-0109 (Ex. 53 to Declaration of D. Booth)

59. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0110-0114 (Ex. 54 to Declaration of D. Booth)
60. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0023-0024 (Ex. 55 to Declaration of D. Booth)
61. Plaintiff's Rule 26(a)(1) Initial Disclosures dated on October 24, 2019 (Ex. 56 to Declaration of D. Booth)
62. True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0004-0005 (Ex. 58 to Declaration of D. Booth)
63. Emails between Seth Hudson, counsel for Plaintiff, and Dan Booth, counsel for Defendant, dated August 20, 2019 and August 21, 2019 (Ex. 59 to Declaration of D. Booth)
64. Email from Richard Liebowitz, counsel for Plaintiff, dated September 17, 2019 (Ex. 60 to Declaration of D. Booth)
65. True and correct copy of a document produced by Plaintiff in this action bearing the Bates Numbers MB_070-072 (Ex. 57 to Declaration of D. Booth)

Dated: July 17, 2020                           Respectfully submitted,

/s/ Dan Booth
Dan Booth

Dan Booth Law LLC
60 Thoreau Street, #121
Concord, MA 01742
dan@danboothlaw.com
Local Civil Rule 83.1(e) Special Appearance

Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
Local Civil Rule 83.1(d) Counsel

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Albert P. Allan
ALLAN LAW FIRM, PLLC
435 East Morehead Street
Charlotte, NC 28202
Email: alallan@allaniplitigation.com

This the 17th day of July, 2020.

/s/ Dan Booth
Dan Booth
Dan Booth Law LLC
60 Thoreau Street, #121
Concord, MA 01742
dan@danboothlaw.com
Local Civil Rule 83.1(e) Special Appearance

Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
Local Civil Rule 83.1(d) Counsel