IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY,<br><br>    Plaintiff,<br>v.<br><br>ANALYTICAL GRAMMAR, INC.,<br><br>    Defendant. | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Exhibit 5: True and correct copy of a document produced by Plaintiff in this action bearing the Bates Numbers MB089-091 (Ex. 4 to Declaration of D. Booth)

home link

# metapicz
[ VIEW YOUR METADATA ]

**Drop image files here**

or select

or enter the picture URL

[Insert picture URL]  GO!



**Camera**  **Copyright**  **Location**  **EXIF**  **XMP**  **Maker Notes**  **ICC**

## Camera

| | |
|---|---|
| Make | motorola |
| Model | Moto Z (2) |
| Exposure | 1/30 |
| Aperture | 2 |
| Focal Length | 3.8 mm |
| ISO Speed | 430 |
| Flash | Auto, Did not fire |

## Author and Copyright

Copyright not found.

## Location

GPS coordinates not found.

## EXIF

| | |
|---|---|
| Make | motorola |
| Model | Moto Z (2) |
| Orientation | Rotate 90 CW |
| XResolution | 72 |

## XMP

XMP data not found.

home link

| | |
|---|---|
| Software | nash_tmo_c-user 7.1.1 NCX26.122-59-8-1 1 release-keys |
| ModifyDate | 2017:12:08 14:01:50 |
| YCbCrPositioning | Centered |
| ExposureTime | 1/30 |
| FNumber | 2 |
| ExposureProgram | Not Defined |
| ISO | 430 |
| ExifVersion | 0220 |
| DateTimeOriginal | 2017:12:08 14:01:50 |
| CreateDate | 2017:12:08 14:01:50 |
| ComponentsConfiguration | Y, Cb, Cr, - |
| ShutterSpeedValue | 1/30 |
| ApertureValue | 2 |
| BrightnessValue | 0 |
| ExposureCompensation | 0 |
| MeteringMode | Unknown |
| Flash | Auto, Did not fire |
| FocalLength | 3.8 mm |
| SubSecTime | 901378 |
| SubSecTimeOriginal | 901378 |
| SubSecTimeDigitized | 901378 |
| FlashpixVersion | 0100 |
| ColorSpace | sRGB |
| ExifImageWidth | 4000 |
| ExifImageHeight | 3000 |
| InteropIndex | R98 - DCF basic file (sRGB) |
| InteropVersion | 0100 |
| SensingMethod | Unknown (0) |
| SceneType | Directly photographed |
| ExposureMode | Auto |
| WhiteBalance | Auto |
| DigitalZoomRatio | 1 |
| SceneCaptureType | Standard |

Case 5:19-cv-00249-FL   Document 29-5   Filed 07/17/20   Page 3 of 4

MB090

home    link

| ThumbnailLength | 12818 |
|---|---|

## Maker Notes

Maker Notes data not found.

## ICC Profile

ICC Profile data not found.

Like 1K    Tweet    Share          terms   privacy   about   contact

Case 5:19-cv-00249-FL    Document 29-5    Filed 07/17/20    Page 4 of 4

**MB091**