# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, <br><br> Plaintiff, <br> v. <br><br> ANALYTICAL GRAMMAR, INC., <br><br> Defendant. | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Exhibit 6: True and correct copy of a document produced by Plaintiff in this action bearing the Bates Number MB_010 (Ex. 5 to Declaration of D. Booth)

