IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) | DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT |
| Plaintiff, | ) | |
| v. | ) | |
| ANALYTICAL GRAMMAR, INC., | ) | |
| Defendant. | ) | |

Exhibit 7: Plaintiff's Complaint dated June 18, 2019 (Ex. 6 to Declaration of D. Booth)

| | |
|---|---|
| MATTHEW BRADLEY, <br><br> Plaintiff, <br><br> - against - <br><br> ANALYTICAL GRAMMAR, INC. <br><br> Defendant. | Docket No. 5:19-cv-00249 <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Matthew Bradley ("Bradley" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Analytical Grammar, Inc., ("Analytical" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of wrong tapped, owned and registered by Bradley. Accordingly, Bradley seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in North Carolina.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Bradley has a usual place of business at 10008 Elsbree Lane, Windsor, California 95492.

6. Upon information and belief, Analytical is a domestic business corporation duly organized and existing under the laws of the State of North Carolina, with a place of business at 7615 Vista Del Rey Lane, Raleigh, North Carolina 27613. Upon information and belief Analytical is registered with the North Department of State Division of Corporations to do business in the State of North Carolina. At all times material, hereto, Analytical has operated a website at the URL: www.Facebook.com/analysticalgrammer (the "Website").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photograph**

7. Bradley photographed a wrong tapped (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Bradley is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the United States Copyright Office and was given registration number VA 2-133-725.

**B. Defendant's Infringing Activities**

10. Analytical ran the Photograph on the Website. See URL: https://www.facebook.com/analyticalgrammar/posts/this-is-wrong-on-so-many-levels/10154982827941891/. A screenshot of the Photograph on the Website is attached hereto as Exhibit B.

11. Analytical did not license the Photograph from Plaintiff for its Website, nor did Analytical have Plaintiff's permission or consent to publish the Photograph on its Website.

### FIRST CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Analytical infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Analytical is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

### SECOND CLAIM FOR RELIEF
### INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST DEFENDANT
### (17 U.S.C. § 1202)

17. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-16 above.

18. Upon information and belief, intentionally and knowingly removed copyright management information identifying Plaintiff as the photographer of the Photograph.

19. The conduct of Analytical violates 17 U.S.C. § 1202(b).

20. Upon information and belief, Analytical' falsification, removal and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Plaintiff.

21. Upon information and belief, the falsification, alteration and/or removal of said copyright management information was made by Analytical intentionally, knowingly and with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph. Analytical also knew, or should have known, that such falsification, alteration and/or removal of said copyright management information would induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph.

22. As a result of the wrongful conduct of Analytical as alleged herein, Plaintiff is entitled to recover from Analytical the damages, that he sustained and will sustain, and any gains, profits and advantages obtained by Analytical because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

23. Alternatively, Plaintiff may elect to recover from Analytical statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Analytical be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. The Defendant Analytical be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

4. That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

5. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

6. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 1203(b);

7. That Plaintiff be awarded punitive damages for copyright infringement;

8. That Plaintiff be awarded attorney's fees;

9. That Plaintiff be awarded pre-judgment interest; and

10. Such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Charlotte, North Carolina
       June 18, 2019

    CLEMENTS BERNARD WALKER PLLC

    By: /s/Seth L. Hudson
    Seth L. Hudson
    4500 Cameron Valley Parkway
    Charlotte, North Carolina 28211
    Tele: 704-790-3600
    SHudson@WorldPatents.com

    LIEBOWITZ LAW FIRM, PLLC

    By:/s/Richard Liebowitz
    Richard P. Liebowitz
    11 Sunrise Plaza, Suite 305
    Valley Stream, New York 11580
    Tele: 516-233-1660
    RL@LiebowitzLawFirm.com

    (*Pro Hac Vice Forthcoming*)

    *Attorneys for Plaintiff Matthew Bradley*

# EXHIBIT A



# EXHIBIT B

Case 5:19-cv-00249-FL Document 1-2 Filed 06/18/19 Page 1 of 2

