IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) ) | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, | ) | **TO LOCAL CIVIL RULE 56.1** |
| v. | ) ) | **STATEMENT OF UNDISPUTED MATERIAL FACTS IN** |
| ANALYTICAL GRAMMAR, INC., | ) ) | **SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | ) ) | |

Exhibit 10: True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0096-0100 (Ex. 9 to Declaration of D. Booth)











# this is wrong on so many levels

by Kit









NEXT STORY >

Taboola Feed

### 33 Hilarious Airport…
**Topix** | Sponsored

### 50 Childhood Photo Recreations Gone Too…
**Living Magazine** | Sponsored

### Boat Names So Funny You Will Cry Laughing
**BridesBlush** | Sponsored

### Home Hacks That…
**HealthyGem** | Sponsored

### Kevin Costner Is Married Today But His…
**Drivepedia** | Sponsored

### These Twins Were Named "Most Beautif…



**From The Web** Sponsored Links

She Couldn't Wait To Wear Her Prom Dress, But The Teacher Told Her To Leave
EternalLifeStyle

Hilarious Cruise Photos Will Make You Think Twice…
Worldation

The Problematic Scene That Took MASH Off Air
Pure Volume

After Being Rescued, Two Cats Raise Their Kittens…

### Named "Most Beautif...
WorldTravelling | Sponsored

### Jorge Garcia Is So...
Military Bud | Sponsored

### Yearbooks That Were Printed And Handed T...
SoGoodly | Sponsored

### Brady Bunch Star Gave Crew A Little Extra
Oceandraw | Sponsored

### The Average Baseball Fan Only Gets 7...
QuizGriz | Sponsored

### He Was A NBA Legend, Now He's Working 9 T...
BleacherBreaker | Sponsored

### If You Have Gutters You Have To Try This To...
LeafFilter Partner | Sponsored

### Melania Trump
The Poke

### Anti-vaxxer joke of th...
The Poke

Bukisa

### The dead giveaway that tells you when Amazon's giving you a better price than...
Wikibuy

### The 15 Most Overrated Travel Destinations In the...
Brainy Penny

### 17 Amazing Wild Cats You Never Knew Existed
Roaring Earth

### Better Than Solar Panels? Revolutionary Invention Takes Nation By Storm!
Money-Hero.org

by Taboola

[                    ] [ SEARCH ]

## THE POKE MERCHANDISE



### 50 Things 'Forrest Gump' Producers Hid…
History By Day | Sponsored

### Sam Elliott: 'She Was the Love of My Life'
Bedtimez | Sponsored

### These Celebs Lost All Their Money And C…
SocialGazette | Sponsored

### The 20 Most Hilarious Partner Fails Ever
Eternally Sunny | Sponsored

### A video of Melania Trump is raising questions
The Poke

### A woman asked her brother a joke question about a snake and got…
The Poke





BREAKING NEWS: THIS MAN BROUGHT AN 'EMOTIONAL SUPPORT CLOWN' TO HIS REDUNDANCY MEETING AND IT'S BRILLIANT



**FOLLOW, LIKE, JOIN US**

VIDEOS

EXCLUSIVE

POPULAR

SHOP

NEWSLETTER

© The Poke 2019   |   T&C's   |   Cookie Policy   |   Privacy Policy   |   Contact Us

WEBSITE BY DATADIAL