IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) ) | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, | ) ) | **TO LOCAL CIVIL RULE 56.1 STATEMENT OF** |
| v. | ) ) | **UNDISPUTED MATERIAL FACTS IN** |
| ANALYTICAL GRAMMAR, INC., | ) ) | **SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | ) ) | |

Exhibit 11: True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0101-0106 (Ex. 10 to Declaration of D. Booth)



Create

Flip Through Images
Login

# This is just wrong





share



2,153 views, 5 upvotes, Made by anonymous 3 years ago  levelfunnyfunny meme

Type a comment..

Add Meme
Post Comment
Best first
Best first

Latest first
1 Comment
reply
[deleted]
1 up, 3y



Show More Comments
Flip Settings
☑ memes ☑ gifs ☑ other ☐ NSFW



Created with the Imgflip Meme Generator
IMAGE DESCRIPTION:
THIS MEME IS WRONG ON SO MANY LEVELS
hotkeys: D = random, W = upvote, S = downvote, A = back
Imgflip Pro GIF Maker Meme Generator Blank Meme Templates Chart Maker Demotivational Maker Image Cropper About Privacy Terms API Slack App Request Image Removal
Facebook Twitter
Empowering creativity on teh interwebz

Imgflip LLC 2019
Feedback