IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) ) | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, | ) | **TO LOCAL CIVIL RULE 56.1** |
| v. | ) ) | **STATEMENT OF UNDISPUTED MATERIAL FACTS IN** |
| ANALYTICAL GRAMMAR, INC., | ) | **SUPPORT OF ITS MOTION FOR** |
| Defendant. | ) ) ) | **SUMMARY JUDGMENT** |

Exhibit 12: True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0107 (Ex. 11 to Declaration of D. Booth)

