**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL**

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | ) | |
| v. | ) | |
| ANALYTICAL GRAMMAR, INC., | ) | |
| Defendant. | ) | |

Exhibit 13: Declaration of Aram Sinnreich dated July 15, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, | **DECLARATION OF ARAM SINNREICH IN SUPPORT OF DEFENDANT ANALYTICAL GRAMMAR, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | |
| v. | |
| ANALYTICAL GRAMMAR, INC., | |
| Defendant. | |

I, Aram Sinnreich, declare as follows.

1. I am an adult person over 21 years of age, a full professor at American University's School of Communication in Washington, D.C., and the chair of the school's Communication Studies division. I submit this declaration in support of defendant Analytical Grammar Inc.'s ("Analytical") Motion for Summary Judgment and to place before the Court evidence relied upon by Analytical in its accompanying summary judgment motion.

2. I was retained on behalf of Analytical to act as an expert witness in this action. I have rendered an Expert Report, dated April 27, 2020 (the "Sinnreich Report"). Attached hereto as Exhibit 1 is a true and correct copy of the Sinnreich Report.

3. My opinions are truthfully and accurately stated in the Sinnreich Report. I hereby incorporate all of the opinions stated in the Sinnreich Report in full as part of my testimony in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed this 15th day of July in Silver Spring, Maryland.

_____
Aram Sinnreich