**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL**

—————————————————————————
                                                    )
MATTHEW BRADLEY,                                    )         **DEFENDANT ANALYTICAL**
                                                    )         **GRAMMAR, INC.'S APPENDIX**
    Plaintiff,                   )         **TO LOCAL CIVIL RULE 56.1**
v.                                                  )         **STATEMENT OF**
                                                    )         **UNDISPUTED MATERIAL FACTS IN**
ANALYTICAL GRAMMAR, INC.,                           )         **SUPPORT OF ITS MOTION FOR**
                                                    )         **SUMMARY JUDGMENT**
    Defendant.                   )
—————————————————————————)


Exhibit 15: True and correct copy of a document produced by Plaintiff in this action bearing the Bates Numbers MB_012-065 (Ex. 12 to Declaration of D. Booth)

# DEC. 17 POST.PDF

MB_012



**Matthew Bradley**
December 8, 2017 ·

This is wrong on so many levels

Please note that this picture is copyrighted. I appreciate all of you who shared it (very unexpectedly). Some people, however, are passing it off as their own work. I took the picture with my phone. This is the original photo (meme added). If you see anyone violating this copyright, please let me know. Thanks.

_____

^^ This caption goes with the picture ^^

I added the stuff below after I went over 10K shares. Didn't realize it would change what people shared on their pages. I apologize to those who didn't like that.

(Wow! I am stunned! Over 10K shares. Time for a shameless plug for my blog, https://thewayiseethings72.wordpress.com/ . Warning... not all of it is funny.)



| 1.5K | 862 Comments  19K Shares |
|------|--------------------------|

| Like | Comment | Share |
|------|---------|-------|

**Josh Vallee** This is good. I just might have to steal this one.

Like · Reply · 1y                                                    1



**Matthew Bradley** Go ahead
Like · Reply · 1y

**Buddy D. Elf** I don't get it?
Like · Reply · 1y

**Rosanna McEnroe Hamm** Me too!
Like · Reply · 1y

**Jacqueline Tremont** Lol lol
Like · Reply · 1y

**Sandie Forsyth** Nicked from across the pond
Like · Reply · 1y                                    1

**Santiago Fernandez-Gimenez** Unbalanced distribution
Like · Reply · 1y                                    1

**Michael M Harvey** I find your treatment of this issue to be quite uneven.
Like · Reply · 1y                                    2

**Joey Abitabilo** Hahaa
Like · Reply · 1y

**Jennifer Ippoliti** Love it!!
Like · Reply · 1y

**Jessica Wooke** Bahahahaha !!! So good!!
Like · Reply · 1y

**Rolland C. Coutinho** Some things never change. I love your sense of humor Matthew Bradley!
Like · Reply · 1y

**Vicki N David Slawienski** To funny...
Like · Reply · 1y

**Tonya Liburd** stealing
Like · Reply · 1y                                    1

**Heather Elliott** Kayla Templeton
Like · Reply · 1y                                    1

**Kayla Templeton** So many giggles
Like · Reply · 1y                                    1

**Angelica Monsour** Julien Yeats ha ha
Like · Reply · 1y

**Ashley Putz** Michael Putz cc: Jim
Like · Reply · 1y

**Kayt Sutman** Russ Smith
Like · Reply · 1y                                    1

**Alyssa Anne Schmelzie** Jeremy Wiebe
Like · Reply · 1y                                    1

**Melissa Jane Keaton** Lori Douglas-king
Like · Reply · 1y

> **Lori Douglas-king** Bahahaha yesss!!!!
> Like · Reply · 1y

**Jai Mtz** Jennifer Benavidez
Like · Reply · 1y                                    1

> **Jennifer Benavidez**



TENOR

> Like · Reply · 1y

**Brian Kita** Taking dad jokes to a whole new level
Like · Reply · 1y                                    1

**Annie Karamatic** Markus Walters
Like · Reply · 1y                                    1

**Samantha Landa** Chelsea Theriault DID YOU DO THIS
Like · Reply · 1y                                    1

> **Chelsea Theriault** So flattered
> Like · Reply · 1y                                  1

> **Samantha Landa** Just like the earth
> Like · Reply · 1y                                  1

**James A Gordon Jr** Pam...
Like · Reply · 1y                                    1

> **Pam Fields** LMBO!!! Thank you for tagging me, James! I
> love it!
> Like · Reply · 1y

**Linz Livingstone** Mish Cairns Jonny Twocakes
Like · Reply · 1y                                    2

**Ashley Maready** Dave Fredsberg *facepalm*
Like · Reply · 1y                                    1

 **Caitlin Leahy** Mason Euler

Like · Reply · 1y

 **Caitlin O'Leary** Elle Megeney

Like · Reply · 1y

 **Stephanie Nicole Smith** Kevin Smith

Like · Reply · 1y

 **Lynn Michelle** lol

Like · Reply · 1y

 **Melissa Olsen** Olivia Boersma

Like · Reply · 1y

 **Chris Nicholas** awl, kind of messed up



Like · Reply · 1y

 **Ross Pringle** Babette

Like · Reply · 1y

 **Babette Wickham-Riddick** I might need to leave you in Paris if you are coming home with these puns..

Like · Reply · 1y

 **Ash Phelps** Vince

Like · Reply · 1y

 **Mae Latte** Andrew Gill

Like · Reply · 1y

 **Andrew Gill** Hahahahahaa

Like · Reply · 1y

 **Danae Orlob** Lorenzo Devin

Like · Reply · 1y

 **Katelynn Petersen** Stephanie Beaglesberg

Like · Reply · 1y

 **Aubrey Barton** Michael Sylvest

Like · Reply · 1y

 **Joseph Halatyn** Thomas Davis halarious

Like · Reply · 1y

**Alexander Itriti** Gary Lewallen

Like · Reply · 1y

**Suzi Akana** Jasmine Downey

Like · Reply · 1y

Case 5:19-cv-00249-FL   Document 29-15   Filed 07/17/20   Page 6 of 55   **MB_016**

 **Amber Nicholson** Nicky Hambrook, Deborah Mckenzie

Like · Reply · 1y

 **Nicky Hambrook** i get the spirit of your message loud and clear

Like · Reply · 1y

**Nicky Hambrook** but are you sure it's on the level?

Like · Reply · 1y

 **Kristen Jones** Robert Jones

Like · Reply · 1y

 **Dara Matseoane-Peterssen** Terry Kaye!!

Like · Reply · 1y

 **Terry Kaye**

Like · Reply · 1y

 **Windell Lamberson** But it could easily be Right on all those levels.

Like · Reply · 1y

 **Larry Harkness**



Like · Reply · 1y

 **Michael Todd Hutchison** Brice Goin

Like · Reply · 1y

 **Kelsey Olsen** Ryan Olsen Sammi Taylor I wouldn't figure out what was wrong with the levels and then I got it lol

Like · Reply · 1y

 **Luissa Largent** Zach Cleve

Like · Reply · 1y

 **Jenna Levin** Sophia Gi

Like · Reply · 1y

 **Jenna Levin** Matt Jim David

Like · Reply · 1y

 **Taylor Donahew** Sara Johnson

Like · Reply · 1y

 **Jen Ayers** Josh Carruthers

Like · Reply · 1y

 **Jeremy Allan Kitchen** Jess Huber ... wrong on so many levels

Like · Reply · 1y



**Fernan E Balsalubre** Oscar lol

Like · Reply · 1y

**Austin Vincenzo Antonelli** Eric Dienno

Like · Reply · 1y

**Brittney Parker** Josiah Cathey

Like · Reply · 1y

**Angela Tyrpin** Rylie Mosher

Like · Reply · 1y

> **Rylie Mosher** Ha
>
> Like · Reply · 1y

**JimandWendy Barrows** I love it! Ha ha ha

Like · Reply · 1y

**Jerry J. Miller** Love this one.

Like · Reply · 1y

**Ricky Proulx** Lol

Like · Reply · 1y

**Rebecca Hiles** Jesse Benner

Like · Reply · 1y

**Kate Lawson** Rob Lawson a pun for you good sir

Like · Reply · 1y

> **Rob Lawson** Indeed. Punderful
>
> Like · Reply · 1y

**Kristen Newby** Ian Brown

Like · Reply · 1y

**C McCabe** Donovan Hughes

Like · Reply · 1y

**Gaby Porras** Chris Luera Benjamin Meador

Like · Reply · 1y                                    2

> **Chris Luera** Yes!!!
>
> Like · Reply · 1y

**Amber Morphis** Charles Morphis

Like · Reply · 1y

**Terry Raber**

Like · Reply · 1y

**Ken Amacher** Leah Marie Braden Weems

Like · Reply · 1y

**Liz Zendejas** Paige Meyer

Like · Reply · 1y

**Paige Meyer** Hahahaaha

Like · Reply · 1y

**Corey Ogletree** Leik

Like · Reply · 1y                    1

**Mariah Morgan** Scott Morgan

Like · Reply · 1y

**Eric Mosier**

Like · Reply · 1y

**Taylor Phillips** Paul Devin

Like · Reply · 1y

**Dafydd Hywel Ieuan Wynne** Samantha Nina

Like · Reply · 1y

**Tom Wilder** Kathy Mix, this is for you.

Like · Reply · 1y                    1

**Tyler Dewey** Liam Shields

Like · Reply · 1y

**Rhiannon Rose** Joe Intex

Like · Reply · 1y                    1

**Luna Black**



Like · Reply · 1y                    1

**Thomas G. Atkinson**

Like · Reply · 1y

 **YJ Kahn** L.r. Gant

Like · Reply · 1y

 **L.r. Gant** Blocked

Like · Reply · 1y

 **Joshua Scott Klarr** Paul Wierzbicki

Like · Reply · 1y

 **Paul Wierzbicki**



TENOR

Like · Reply · 1y

 **Matthew Donald** Jaimeson Bruns, Jay Bruns

Like · Reply · 1y

 **Jaimeson Bruns** Dammit Matt..... also Daniel you have to see this too

Like · Reply · 1y

 **Daniel Prescott**



MEDIA1.TENOR.CO

Like · Reply · 1y

 **Rebecca Too** Kacey Carpenter Darryl Plunkie

Like · Reply · 1y

 **Nate Mitchell** Sarah Smith Trevor Combes

Like · Reply · 1y

Phil Wagner Tyler Downie

https://www.facebook.com/search/posts/?q=Matthew Bradley&epa=FILTERS&filters=eyJycF9hdXRob3IiOiJ7XCJuYW1lXCI6XCJhdXRob3JfbWVcli...    8/53



Like · Reply · 1y

**Bill Moore** Half a bubble off plumb.

Like · Reply · 1y

**Courtney R Phillips** Joseph Phillips

Like · Reply · 1y

**Patrick Dunning** Chris Lymber

Like · Reply · 1y

**Mitch Lieberman** Bethany Zeiders Lieberman

Like · Reply · 1y

**Pasua Chang** Kerchee Xiong

Like · Reply · 1y

> **Kerchee Xiong** Isnt it just 1 level, because they're all on the same floor? Lol
>
> Like · Reply · 1y

> **Pasua Chang** they're called levels. and there is a wrong on each level. LOL
>
> Like · Reply · 1y

**Barry Reitman**



Like · Reply · 1y

**Mike Nitroy** Matt Roberto

Like · Reply · 1y

> **Matt Roberto** I can't believe you've done this
>
> Like · Reply · 1y

**Courtney Fenner** Adam Rodgers Brooke Rodgers

Like · Reply · 1y

**Mel Mckenz** Chris Dion

Like · Reply · 1y

**Ron Zimmerman**



Like · Reply · 1y

**Michelle Schroeder** Richard Kern Hey I got ya some puns.

Like · Reply · 1y

**Craig Belson** Stephanie Kanavy Alexa LeVeque

Like · Reply · 1y

**Kristina Callisto** Jason van Loo

Like · Reply · 1y

 **Erik Perez** Yessica Hernandez this is you

Like · Reply · 1y

 **John J Fleming** Renée Thibeault

Like · Reply · 1y

 **Kylee Truswell** Luke Swadling

Like · Reply · 1y

 **Misty McNally** Bob Illick

Like · Reply · 1y

 **Madisyn Opdahl** Hayley Olson

Like · Reply · 1y

 **Brittany Ceason** Mahli Sawyer

Like · Reply · 1y

 **Brooke Olson** Ian HigginbothamRob Stover

Like · Reply · 1y

 **Joe D'Andrea** True. So true.

Like · Reply · 1y

 **Rachel Leigh Greene** Jay Greene Daniel 'Gauge' Greene

Like · Reply · 1y

      **Daniel Lee Greene** Yes. Yes it is.

     Like · Reply · 1y

 **Löras Deän Axölötl** Emily Miller

Like · Reply · 1y

      **Emily Miller** Listen. I have no time for your shenanigans!!!

     Like · Reply · 1y

      **Emily Miller** No...wait...found some!!!

     

     Like · Reply · 1y

 **Bethany Sweeney** Kyra Sweeney Brian Sweeney Tate Clement

Like · Reply · 1y

 **Andy Thatch** Nice to see everyone taking this in the right sprit.

Like · Reply · 1y

 **Morgan Nicolson Brown** Travis Sousa

Like · Reply · 1y



**Evan Ditty** Dave Ditty
Like · Reply · 1y

**Charlotte Hopson** Hal Hopson
Like · Reply · 1y                    1

**Darnel Cooper** Arrrrrgh.
Back to your corner!
Like · Reply · 1y                    1

**Sjoerd Roozenbeek** Corné Doevendans
Like · Reply · 1y                    1

**Kaylee Eppinette** Tiffany Bray Drake Eppinette Tyler Morrow
Like · Reply · 1y                    2

**Chris Dion** Nice
Like · Reply · 1y

**Trevor Combes** haha you must be highly spirited but yet so level
headed.
Like · Reply · 1y                    1

**Jordan Francis** Amanda
Like · Reply · 1y

    **Amanda Lamp** I'm so upset
    Like · Reply · 1y                    1

**Susan Jones** Shawn Jones
Like · Reply · 1y                    1

**Jean-Pierre Saint-Tran** Hailee Murphy
Like · Reply · 1y                    1

**Sarah Lloyd** Dylan Smith Maura Kane
Like · Reply · 1y                    1

**Richard Horvath** Mark Carter
Like · Reply · 1y                    1

**Suzanne Rumph** lol
Like · Reply · 1y

**Lindsey House** Megan House
Like · Reply · 1y

**Missy Ray** Adrian Fierro
Like · Reply · 1y                    1

**Eric Tremor** Guess noone's expecting to be level-headed around
here anyway
Like · Reply · 1y

**Tatem Spearman** Joanie Chamberland
Like · Reply · 1y                    1

    **Joanie Chamberland** #DED
    Like · Reply · 1y

https://www.facebook.com/search/posts/?q=Matthew Bradley&epa=FILTERS&filters=eyJjcF9hdXRob3IiOiJ7XCJuYW1lXCI6XCJhdXRob3JfbWVwl…    11/53



**Owen Guthrie** Jack Alexander

Like · Reply · 1y

**Joe Loiselle** Brian Morton dis you?

Like · Reply · 1y · Edited

**Faith CE Toh** what is wrong?

Like · Reply · 1y

    **Аня Кроули** On every level... it's punny

    Like · Reply · 1y

**Bridgett Celeste Dearing** Jacob Cummings godDAMMIT

Like · Reply · 1y

    **Jacob Cummings** HA

    Like · Reply · 1y

**Janine Jones** Zaiem Beg!

Like · Reply · 1y

**Charlie Richard McGinn** Jessica Sampson Lejeune

Like · Reply · 1y

**Shanae Strite** Daniel Carter Corey Strite

Like · Reply · 1y

**Whitney Hendrickson** Tim Wardle

Like · Reply · 1y

**Aeprylle Poodles** Michael Johnston

Like · Reply · 1y

**Olivia Paige** Justin Leroy

Like · Reply · 1y

**Kylie McConnell** Lmao Danny Steen

Like · Reply · 1y

**Kylie McConnell** Ashlie Jane Weis

Like · Reply · 1y

**Philippa Louise Grosse** Jasmine Quick

Like · Reply · 1y

**Beki Sampson** Liam Pilkington

Like · Reply · 1y

**Alex Gendreau** Steve Ste-marie

Like · Reply · 1y

**Dylan Scott Taylor** Lmao carpentry memes Malcolm Cabrigas

Like · Reply · 1y

    **Malcolm Cabrigas** Now this is the quality content that I like to see

    Like · Reply · 1y

    Lyndie Greenfield Seb Gent


Like · Reply · 1y


**Jeff Bennett** Whatever level your on ...... 5 wrongs still dont make a right.! .... ha ha ha.!
Like · Reply · 1y


**Katherine Anderson** Zak Anderson
Like · Reply · 1y


**Zak Anderson** Molly Sullivan-Stevens Matthew Davidson
Like · Reply · 1y


**Jasmine Hernandez** Brandon Monroe
Like · Reply · 1y


**Evvy Tirosh** Jesse Luis Rodriguez
Like · Reply · 1y


**Dahlia D'Luxe** Chelsea Donikowski
Like · Reply · 1y


**Chelsea Donikowski**

Like · Reply · 1y


**Holly Collingwood** Logan Wakinshaw
Like · Reply · 1y


**Logan Wakinshaw** Bnag = bang out of order
Like · Reply · 1y


**Kayla Fox** Martin Ward Alicia Daly
Like · Reply · 1y


**Jessica Marie** Rob Tankersley since i know you love the puns
Like · Reply · 1y


**Wally Smith** PLUMB WRONG
Like · Reply · 1y


**Caitlin Ruth** John Lehmann
Like · Reply · 1y


**Gigi DuClos** Joe
Like · Reply · 1y


**Joe Crowder** I think maybe they just need some help from Phil



Case 5:19-cv-00249-FL    Document 23-19    Filed 07/17/20    Page 15 of 55    **MB 025**

**Marty Springer** It might hurt if you were on the level, but it could tilt either way.

Like · Reply · 1y

**Sara Rauchel Denzer** Tyler Denzer

Like · Reply · 1y

**Tyler Denzer** Hahaha

Like · Reply · 1y

**Kayla Malek** Why do I enjoy this

Like · Reply · 1y

**Ada Quinn** Elissa Harris

Like · Reply · 1y

**Kayla Tate** Adrin Williams

Like · Reply · 1y

**Joe Crowder** Walk on home boy



Like · Reply · 1y

**Joseph Hennessy** I had to steal this

Like · Reply · 1y                                              1

**Jodie Westmacott-James** Dan

Like · Reply · 1y

**Isaac Pennell** Connor Ryerson

Like · Reply · 1y                                              1

**Beth Parkhurst** Here, Billy Billy Billy . . . WHOMP! That OK, Bill Bensburg ?

Like · Reply · 1y                                                      1

**Joseph Kylo** Seth Koberg

Like · Reply · 1y

**Kellye Andrews** Jeffrey Cale

Like · Reply · 1y                                          1

**April Amorose** I love something has me belly laughing for almost a minute!
I love this

Like · Reply · 1y

**Sheri Leyden** James Scanlon

Like · Reply · 1y     1

**Jordan Shephard** Matt Peters

Like · Reply · 1y     1

**Shaylin Smith** Ethan Smith

Like · Reply · 1y     1

**Adrienne Wilson** Hahaha. Clever.

Like · Reply · 1y

**Korinn Lawrence Riddell** Kelly Running

Like · Reply · 1y     1

**Katie Beale** Scott Chasteen

Like · Reply · 1y

**Amanda Puffer** Efrain Reagan

Like · Reply · 1y     1

**Emily Liu** Gregory Gosnell

Like · Reply · 1y

**Hayley Waters** Zoe Waters why

Like · Reply · 1y     1

**Nicole Reeves** Scott Whitlow

Like · Reply · 1y     1

    **Scott Whitlow** Takes me back

    Like · Reply · 1y     1

**Alex Sturgill** Ryan Balton

Like · Reply · 1y

**Tattiana Efi Hubert** Monica Villanueva

Like · Reply · 1y

**Loh Lah Sii** Matthew Allan Ramirez

Like · Reply · 1y

**Jesse Kopelman** Janine Kurēn

Like · Reply · 1y     1

**Chelsea Reynolds** Allana Christine Keller

Like · Reply · 1y     1

    **Allana Christine Keller**





MEDIA1.TENOR.CO

Like · Reply · 1y

 **Allana Christine Keller** Hahahhahahahaa!!!!
Like · Reply · 1y

 **Robert Dukeshire** As an Architectural Designer, I'm not sure which I like more. The original photo, or Wally's retort.
Like · Reply · 1y

 **Eoin Olsen** Rigel Pawlak
Like · Reply · 1y

 **Sean Jones** That's hilarious!!
Like · Reply · 1y

 **Matt Butcher** James Spencer
Like · Reply · 1y

 **Ian Ravary** Charles
Like · Reply · 1y

 **Jake Benoit** Daniel Benoit Howard Sharp
Like · Reply · 1y

 **Brady Tanner** Rory McInnes dying
Like · Reply · 1y

 **Tasha Arcand** Eric Rabell
Like · Reply · 1y

 **Eric Rabell** UGH WHY LMAO
Like · Reply · 1y

 **Danielle Baylor** Amanda Henson
Like · Reply · 1y

 **Monce Gee** Jesus Perez
Like · Reply · 1y

 **Jesus Perez** Quite clever
Like · Reply · 1y

 **Mai Tai** Aries Castro
Like · Reply · 1y

 **Emily Rose Jones** Dan Penness
Like · Reply · 1y

 **Lea Turner** Algis Petrusevicius
Like · Reply · 1y

 **Lea Turner** Luke Smith

Like · Reply · 1y

 **Luke Smith**



Like · Reply · 1y

 **Armando J Esparza** Janine

Like · Reply · 1y

 **Tiffany Michelle Pitts** Tracy Penny

Like · Reply · 1y

 **Ellie Kay**



TENOR

Like · Reply · 1y

 **Ellie Kay** Morrgyn Kuhns

Like · Reply · 1y

 **Morrgyn Kuhns**

Like · Reply · 1y

 **Robert Murphy** wrong - dont - make it right

Like · Reply · 1y

 **Jeanette Lofsky** Jason Blackson

Like · Reply · 1y

 **Jason Blackson** a little ashamed to say this took me a few seconds to process

Like · Reply · 1y

 **Randy Nguyen** Austin Voyer

Like · Reply · 1y

 **Ally Garcia** Jonathan Matthew Dennehy

Like · Reply · 1y

 **Anaïs Baker** Mi Ka

Like · Reply · 1y

 **Michelle DeWitt Johnson** Pam Fikter

Like · Reply · 1y

 **Angel Ann**



TENOR

Like · Reply · 1y

 **Angel Ann**



TENOR

Like · Reply · 1y

 **Shelby Robinson** Hahaha **Bradley Gibson**

Like · Reply · 1y

      **Bradley Gibson** Haha I don't get it?

     Like · Reply · 1y

      **Shelby Robinson** Lol really?    read the thing they wrote for the picture lol

     Like · Reply · 1y

     View 2 more replies

 **Sarah Baicker** Seth Daniel Rabinowitz

Like · Reply · 1y



Lola Fish

Like · Reply · 1y

**Matt Ray** Pat

Like · Reply · 1y

**Joseph Paul Sauder** Yuk, yuk, yuk!

Like · Reply · 1y

**Andrea Lemus** Michael Kemp you would say this

Like · Reply · 1y

**Will Tucker** Haha

Like · Reply · 1y

**Tim Kozlowski** Dad puns. Love it

Like · Reply · 1y

**Mike Miller** i love this. May i put the caption on the image and credit you?

Like · Reply · 1y

**Jade Wilson** Jon Cole

Like · Reply · 1y                    1

**Jon Cole**

Like · Reply · 1y

**Maddie Witte** Isy Dean show James this

Like · Reply · 1y                    1

**Keri-Elizabeth Waites** Dallin Adams

Like · Reply · 1y

**Brenda Denise**



TENOR

Like · Reply · 1y

**Breanne Davis** Joe Atterberry

Like · Reply · 1y

**Wallace James** Bryan Patterson

Like · Reply · 1y

**Sarah-Louise McVie** Stephen Mcvie x

Like · Reply · 1y

**Bailey Jones Curtright** Josh Curtright

Like · Reply · 1y

**Michael Filosa** Michael Holycross

Like · Reply · 1y

**Matt Peterson** Steven Siler

Like · Reply · 1y

> **Steven Siler** Lol. So good. This is NEXT level humor that is just plumb amazing. This joke will stick with me a long time.
>
> Like · Reply · 1y

**K Layne Crawford** Jessica Lyn Hoffman

Like · Reply · 1y

**Andrew Castaneda** Robin Lance

Like · Reply · 1y

**Roxanne Hense** Alex Hense

Like · Reply · 1y

**Chrissytor Hoppes** Zack Hoppes

Like · Reply · 1y

**Megan Haas** T.J. Haas

Like · Reply · 1y

**Lee Ann Egger Lyons**



TENOR

Like · Reply · 1y

**Alyssa Squires** Calvin GD

Like · Reply · 1y

**Calvin Greenham**



TENOR

Like · Reply · 1y


**Maggie Hill** GlennTerri Lawrence

Like · Reply · 1y


**GlennTerri Lawrence** That pun should be torpedoed.

Like · Reply · 1y


**Melanie Hays** Daniel

Like · Reply · 1y


**Matt Lancaster** Peter Tremmel

Like · Reply · 1y


**Alissa Bishop** Robert

Like · Reply · 1y


**Simon Hill** Trevor Jordan

Like · Reply · 1y


**Tom Siebenmorgen** Donnie Thacker you appreciate a good pun,
lol

Like · Reply · 1y


**Reddock Davenport** David Price

Like · Reply · 1y


**David Price** Ha.

Like · Reply · 1y


**Harley Netasha Aguirre** Scooby

Like · Reply · 1y


**Jessy Hernandez** Melissa Hernández

Like · Reply · 1y


**Rayne Marie Brashier** Guy Black

Like · Reply · 1y


**Cody Scott Baker** Michael von Ende-Becker

Like · Reply · 1y


**Frank Ney**

Like · Reply · 1y


**Danny Alvarado** Uriel Hernandez

Like · Reply · 1y


**Ronan O'Beirne** Richard O'Beirne

Like · Reply · 1y

 **Kathy Briscoe** Sharing!

Like · Reply · 1y

 **Natalie Moore** Tanner McKay

Like · Reply · 1y

 **Loren Collins** Lyle Collins

Like · Reply · 1y

 **TeddiJo Marie** Jared Angele

Like · Reply · 1y

 **James Fox** I don't geet it.

Like · Reply · 1y

     **WhiteEagle Perry** There are many levels with the word wrong on them, thus wrong on so many levels. It's a bad pun.

    Like · Reply · 1y

     **James Fox** Thank you sir. I did not think any one would take me seriusly. I was joking. I'm sorry for wasting your time. Thank you for taking the time to explane

    Like · Reply · 1y

    View 2 more replies

 **Uriel Hernandez** Danny Alvarado

Like · Reply · 1y

 **David Royall**



GIPHY

Like · Reply · 1y

 **Sol Smith** Ray Lacina

Like · Reply · 1y

 **Scarlett Valle** Tony Tran

Like · Reply · 1y

 **Tony Tran**

Like · Reply · 1y

**Eric Webster** Phil

Like · Reply · 1y

**Delaney Wade** Dan Kuchta

Like · Reply · 1y

**Lisa D'Agostino** Matt Ide

Like · Reply · 1y

**Will Wilson** nickin the pic

Like · Reply · 1y

**Golden Gift Boardley** Brianna Williams

Like · Reply · 1y                               1

**Brianna Driscoll** Paul Richardson

Like · Reply · 1y

    **Paul Richardson** At first I wasn't sure if this was on the level.
    But after looking into it further, this is no mistape.

    Like · Reply · 1y                               1

    **Brianna Driscoll**



MEDIA1.TENOR.CO

    Like · Reply · 1y

**August Yocher** Emma Sonas                 1

Like · Reply · 1y

    **Emma Sonas**                           1

    Like · Reply · 1y

**Nancy Flynn Brennan** On so many "levels" lol

Like · Reply · 1y

**Kourtney Dagger** Neil Bergeron bahahahaha

Like · Reply · 1y

**Buddy Rush** I'll level with you all, this is funny !

Like · Reply · 1y                               1

**Melody Briggs** Jeff Chevrette

Like · Reply · 1y

**Luther D Ransom Jr** I'm familiar with the bubble.

Like · Reply · 1y

https://www.facebook.com/search/posts/?q=Matthew Bradley&epa=FILTERS&filters=eyJycF9hdXRob3IiOiJ7XCJuYW1lXCI6XCJhdXRob3JfbWVcl…      23/53

**Marissa Freeman** Jeffrey Guaquil

Like · Reply · 1y          1

**Craig Morgan** Brevan Couch Alex Gaddy

Like · Reply · 1y          2

**Mj Jensen** Christopher Helm

Like · Reply · 1y          1

> **Christopher Helm** Hahah love it
>
> Like · Reply · 1y

**Maureen Monroe Brady** Brian Roche

Like · Reply · 1y

**Michael Lowrey** I'm really on the bubble about this. It seems to be on the straight and level though.

Like · Reply · 1y

**Kymrie Dean** Justin Dean Jeff Lamb

Like · Reply · 1y          1

**Sandra Adams** Snort!

Like · Reply · 1y

**Robb Lindsey** Jeff Stachowski

Like · Reply · 1y

**Hannah Brockhurst** Tyler

Like · Reply · 1y          1

**Allan Kidd** That boy is about a half a bubble outa plumb

Like · Reply · 1y          1

**Budd Rose** the bubbles about to burst...

Like · Reply · 1y

**Cote Barkley** Kaitlyn Totten

Like · Reply · 1y

**Jason Stephens**



Like · Reply · 1y

**Ryan Landis** Mark Janssen

Like · Reply · 1y

**Edwin Krutsinger** That's the spirit!

Like · Reply · 1y

**John Crocker** Saves all that bobbing about... send im up plumb

tuckered out !

Like · Reply · 1y

**Talia Haykin** Rebahir Davis

Like · Reply · 1y

> **Rebahir Davis** B'H: I don't get it?
>
> Like · Reply · 1y

**Breanna Bailey** Jacob

Like · Reply · 1y

> **Jacob Shoopman** Lol
>
> Like · Reply · 1y

**Ray Garcia** Thought of you, Brad Haist!

Like · Reply · 1y

**Kayla Elizabeth** Anthony Boggs

Like · Reply · 1y

**James Michael** Derrick James McKain

Like · Reply · 1y

**Shannon White** Alyssa Young

Like · Reply · 1y

> **Alyssa Young**
>
> Like · Reply · 1y

**Danica Girard** Elise Daly

Like · Reply · 1y

**Jay Giadad** Nusan

Like · Reply · 1y

**John Scott Major** I thought the theme was that someone is so hard headed that they believed that a tool that could not possibly be wrong, is wrong. Then I got it.

Like · Reply · 1y

**David Aho** May have to go down to dad's basement woodshop and do this

Like · Reply · 1y

**Bob Allen** Jennipher Bunyard

Like · Reply · 1y

**Jessica Staples** Will Russell Tim Leeroy Jenkins Patenall James Barrow thought you guys would appreciate this pun

Like · Reply · 1y

**Freyja Kivi** Jeremy Chapman

Like · Reply · 1y

> **Jeremy Chapman** Haha wring on so many levels. What's really wrong is the fact that they believe that that is level when truly they are mistaken



Like · Reply · 1y

 **Jeremy Chapman**



Like · Reply · 1y

 **Jeremy Chapman**



Like · Reply · 1y

 **Emma Clarke** Sue Spencer Mary Prodger

Like · Reply · 1y

  **Mary Prodger** Bloody beaut Emma Clarkey.      xx

 Like · Reply · 1y

 **Ashley Church** Joseph Strickland

Like · Reply · 1y

 **Paul Robles** You guys are not on the level.

Like · Reply · 1y

 **Hamish McDonald** Chad Bowen

Like · Reply · 1y

 **Aly Carter** Madison

Like · Reply · 1y

  **Madison Bickel** I hate

 Like · Reply · 1y

 **Solomon Harvey IV** Lindsey

Like · Reply · 1y

 **Phill Boyd** Jonathan McCloskey

Like · Reply · 1y

  **Jonathan McCloskey** Getting on my level, huh?

 Like · Reply · 1y

**MB_038**



**Jim Graves** On the level or just plumb bob straight?

Like · Reply · 1y

**Tony Shelton** Martin Chavez

Like · Reply · 1y

**Tyro Kathar** Aki Douthat

Like · Reply · 1y

**Odette Coulter** Groan!!!!!

Like · Reply · 1y

**Michelle Lee** Nik Carlson

Like · Reply · 1y

**Steve Bundy** Bradley is dead-level nuts.

Like · Reply · 1y

**Britt Yenser** Craig Underwood

Like · Reply · 1y

**Janu JD** Greg Simmons                    1

Like · Reply · 1y

> **Greg Simmons** If I had a dollar for every time I've seen this
> excellent pun...
>
> Well, to level with you, I'd have about $6 AUD.              1
>
> Like · Reply · 1y · Edited
>
> > **Janu JD** I have a few suggestions what to do with that $6
> >                                                              1
> > Like · Reply · 1y
>
> View 2 more replies

**Shauna Ryan** Zach Spears                      1

Like · Reply · 1y

> **Zach Spears** Ohhh I love it
>
> Like · Reply · 1y

**Serenity Danielle Kothe** Brandon Stearns
                                                    1
Like · Reply · 1y

**Chelsea J. Maher** Matt Harris
                                                1
Like · Reply · 1y

**Tony Alexander** Jade Marie

Like · Reply · 1y

**Honna Evan** Spring Hawkins Northrup
                                              2
Like · Reply · 1y

> **Spring Hawkins Northrup** Ashley is going to love it
>
> Like · Reply · 1y

**Brandon Stearns** Adam Coz Bryson Stearns Michael Rowen
                                                              1
Like · Reply · 1y

> **Michael Rowen** I'm mad

https://www.facebook.com/search/posts/?q=Matthew Bradley&epa=FILTERS&filters=eyJyYF9hdXRob3IiOiJ7XCJuYW1lXCI6XCJhdXRob3JfbWVcl...    27/53



**Adam Coz** Hahaha

Like · Reply · 1y

**Misty Cummings**

Like · Reply · 1y

**Samantha Marie Lamont** Cassidy Ann Arsenault Chelsea
Rasmussen Ty Borgford

Like · Reply · 1y                                                    1

**Chelsea Rasmussen** Ew

Like · Reply · 1y

**Brett Chandler** This is easily the funniest thing I've seen all week.
Maybe all year.

Like · Reply · 1y                                                    1

**Britney Stanley** I'm stealing this!

Like · Reply · 1y                    1

**Amy McIntyre** Have you seen this one, Cathy?

Like · Reply · 1y

**Chrissy Riem** Midas Vreeburg

Like · Reply · 1y              1

**Midas Vreeburg** Dont get it

Like · Reply · 1y

**Angie Fogo Moulton** What's the deal here? It just goes to a blog. I
have no idea where to go from there.

Like · Reply · 1y

**Rob Nguyen** Up

Like · Reply · 1y

**Matthew Bradley** Sorry, the picture is the joke... I included
the link to my blog because I thought people might enjoy it. I
really didn't expect 100 shares, so this is kind of surprising to
me. (I can't even post my comments in the right thread! I
actually put this with the next comment...)

Like · Reply · 1y

**Taylor Long** Chris Hopkins

Like · Reply · 1y

**Chris Hopkins** Why....

Like · Reply · 1y

**Taylor Long** Because I know you live for me tagging you in
posts like these

Like · Reply · 1y

View 4 more replies

**Megan Darby** Kaley Blankenship

Like · Reply · 1y

**Kaley Darby** My kind of humor! Lol!

Like · Reply · 1y

 **Clay Weber** Lucus Schultz

Like · Reply · 1y

 **Pablo F Silvas** good one, ha

Like · Reply · 1y

 **Mick F Macklemore** That was sleazy to edit and plug your blog after it was shared. Deleting right now

Reply · 1y

 **Matthew Bradley** Your choice. I just thought some people would like it. I didn't expect to get 100 shares let alone 12,000. If I had intended it to be a plug for my blog, I would have put it in at the beginning. BTW, I make no money from my blog whatsoever, so I had no other motivation other than I hope people would enjoy it. Sorry you don't like it.

Like · 1y

 **Mick F Macklemore** Still sleazy. When somebody shares your post, they are sharing the content as provided on THEIR WALL. When you then change the content after the fact, you are commandeering THEIR wall with content they didn't intend to share. Regardless of compensation, it's not ethical.

1y

View 29 more replies

 **Allison Stedman** Kyle Adams

Like · Reply · 1y

 **Kyle Adams** What am i looking at here?

Like · Reply · 1y

 **Allison Stedman** Kyle Adams you don't get it??

Like · Reply · 1y

View 1 more reply

 **Victoria Adams** Matthew Salas huehuehue

Like · Reply · See Translation · 1y

 **Matthew Salas** *laughs In construction hat*

Like · Reply · 1y · Edited

 **Victoria Adams** LMAO

Like · Reply · 1y

 **Naomi Milne** Myles Edwards

Like · Reply · 1y

 **Tracy Hartman** I thought it was kinda funny

Like · Reply · 1y

 **Daniel Kulakowski** Tom Aaron Bill.....

Like · Reply · 1y

 **Bill Brown** Not even on a friday

Like · Reply · 1y

**Tom Ford** No.

Like · Reply · 1y

View 1 more reply

**Aaron Swope** Jenny Cash

Like · Reply · 1y

**Robin Cassidy** Are you on the level? What's wrong with these?

Like · Reply · 1y

**Shawn Campbell** It must be true

Like · Reply · 1y

**Julian Mott** That's plum dumb!

Like · Reply · 1y

**Annie Hawkins** has anyone tagged bo burnham yet

Like · Reply · 1y

**Mausie Mauserton** Jerry

Like · Reply · 1y

> **Jerry Miller** Yes, this was sent to me!
>
> Like · Reply · 1y

**Joey Michael Harrington** Charlotte Elizabeth Eileen LaDuke

Like · Reply · 1y

**Brittany Leann Bledsoe** Dwayne Bledsoe

Like · Reply · 1y

**Tim Jarboe** Ben F. Gay IV

Like · Reply · 1y

**Laura Helene Finkelstein**     Gregory M. Smith

Like · Reply · 1y

**Hope Bartels** Thomas Goodyear

Like · Reply · 1y

**Deborah S Garland** James Brandy Day Shope

Like · Reply · 1y

> **Brandy Shope** Lmbo. I have no idea why I laughed that hard.
>
> Like · Reply · 1y

**Paula Boardman** Luke Hantzis

Like · Reply · 1y

**Mary C. Knapp** So much for being level- headed...

Like · Reply · 1y

**Emi Dowse** Anthony

Like · Reply · 1y

**Linda McCormick** That's painful!

Like · Reply · 1y

**Frances Schneider** Very punny!



**Kathy Kilduff** ouch!

Like · Reply · 1y

**Michael Lynn-Moller** Chris Rowe

Like · Reply · 1y

**Kolby Lirette** Robert Bostick

Like · Reply · 1y

**Curtis J Kevin** John Twelfth Manderson

Like · Reply · 1y

> **John Anderson** But its wrong in tiny levels! Old ass ones at that! Lol il bust out my torpedo, the2' the4' and 6' how bout dah!
>
> Like · Reply · 1y

**Anthony Gardner** Chris Gigga Giacobbe Michael Hixy Hicks

Like · Reply · 1y

**Josh Vallee** Omg!! This got some traction Matthew!

Like · Reply · 1y

> **Matthew Bradley** I know! Still can't believe it! I am stunned! The good news is I thought of something even better... Coming soon.
>
> Like · Reply · 1y
>
> **Josh Vallee** You better trademark it and tag your blog right from the get-go..... SIGH
>
> Like · Reply · 1y
>
> View 1 more reply

**Michael Crowe** Graeme

Like · Reply · 1y

**Leonard Gonzales** Just level with me.

Like · Reply · 1y

**Courtney Marie Perkins** Dale Perkins                    1

Like · Reply · 1y

**Alexia Arthur** Jay Arthur

Like · Reply · 1y

**Celine Sparey** Jamie Muzz                    1

Like · Reply · 1y

**Martha Smith** Hahahahah

Like · Reply · 1y

**Jen Winslow** His bubble has burst.

Like · Reply · 1y

**Jeff Pops Robinson** Bubblehead...

Like · Reply · 1y

Brenda L. Deming

Like · Reply · 1y

Liz Medaris This is just wrong on so many levels.

Like · Reply · 1y          2

Ronnie Pendergrass Yep! I'm Level Headed!

Like · Reply · 1y

Austin James Muncrief Tucker Ron Stotler

Like · Reply · 1y

Ron Stotler



Like · Reply · 1y

Ron Stotler Your not ready to experience true level

Like · Reply · 1y

View 1 more reply

Tonya Welch Morgan Kelsoe

Like · Reply · 1y

Andi Barton Makayla Duvall

Like · Reply · 1y          1

Brian Baswell Catherine Elizabeth

Like · Reply · 1y

Wendy Bee Goddammit Hunter Chaucer I'm blaming you for this
one

Like · Reply · 1y

Shey Gabrielle Junqueira Angel Marie Santos-Rivera

Like · Reply · 1y

Sarah Ainger Tod Snyder

Like · Reply · 1y

Devyn Magazu Brian Magazu

Like · Reply · 1y

Devyn Magazu Adam Owens

Like · Reply · 1y

MB 044

 **Brandy Lee** Chuck Hopper

Like · Reply · 1y

 **Chuck Hopper**



Like · Reply · 1y

 **Brandy Lee**

Like · Reply · 1y

 **Kathy Doan** Oh that's BAD !

Like · Reply · 1y

 **Jennifer Pickert** Byron Oliver

Like · Reply · 1y

 **Austin Sullivan** Avery Marvel

Like · Reply · 1y

 **Cody Grant** Jed JohnGerard Grant

Like · Reply · 1y

 **Jed JohnGerard Grant**



TENOR

Like · Reply · 1y

 **Deanna Cunningham Carter** Joseph Carter

Like · Reply · 1y

 **Ellen Leahy** I    the blog "Paul"

 Jock Rader Grooooan
Like · Reply · 1y

 Jasmine Belle Johnson



Like · Reply · 1y

 Chris Medeiros David Michael Knight
Like · Reply · 1y

 Ben Leatherdale Garrett Nieuwstraten
Like · Reply · 1y

 Norman Hartwell Yes
Like · Reply · 1y

 Morganne Castiglione Tom Castiglione
Like · Reply · 1y

 Sasha Sweet



Like · Reply · 1y

 Sasha Sweet That took me five seconds too long to figure out.
Like · Reply · 1y

 Glen Janoushek You have always been a1/2 bubble off
Like · Reply · 1y

 Cyndi Bradbury Matthew
Like · Reply · 1y

 Markus Smith Cody Kennedy this is what I think of your leeks!

Like · Reply · 1y

**Cody Kennedy** This is on a whole other level

Like · Reply · 1y

**Lynn Zonge** Tom says funny, I say stupid!

Like · Reply · 1y

**John Zammit** Thanks for leveling with us!

Like · Reply · 1y

**Bryn Greenleaf** Punny!

Like · Reply · 1y

**Darian Tinder** Blake Tinder

Like · Reply · 1y

**Paul Beban** Jess Goldman

Like · Reply · 1y

**Jess Goldman**

Like · Reply · 1y

**Paul Beban** Right Jess? I knew this would speak to you

Like · Reply · 1y

View 1 more reply

**Veronica Moschetti Reich** I've done my level best not to laugh at this.

Like · Reply · 1y

**Quinn Edgecombe** Chanceler Meints

Like · Reply · 1y

**Chanceler Meints** Idk wtf I'm looking at

Like · Reply · 1y

**Quinn Edgecombe** I know... it's just wrong on so many levels...

Like · Reply · 1y

**Rick Peake** George Dowker

Like · Reply · 1y

**Jayden Hagood** Cody Patrick Lennen

Like · Reply · 1y

**Brandon Hoffert** Adam Hann

Like · Reply · 1y

**Adam Hann** Wow

Like · Reply · 1y

**Emily Howard** Stephen Howard

Like · Reply · 1y

**Priscilla Armijo** Ah....ok,not.

**Alice Freist** Ed Moller

Like · Reply · 1y

**Matthew Robison** Ben. Sounds like one of yours...

Like · Reply · 1y

**Samantha Furr** Zackary Taylor

Like · Reply · 1y

**Ali Decker** Dan, Quentin

Like · Reply · 1y

**Kit-Kat Garcia** Eduardo Garcia

Like · Reply · 1y                                    1

   **Eduardo Garcia**

   Like · Reply · 1y

**Gabbie Farnsworth** Jack Hale

Like · Reply · 1y                                    1

**Jonathan Harris** Austin Crumley

Like · Reply · 1y

   **Austin Crumley** Could you say this pun playing field has
   been leveled now?

   Like · Reply · 1y

**Caitlin Flynn**



TENOR
                                                                    2

Like · Reply · 1y

   **Thom Higgins** Why do we even have that lever?!

   Like · Reply · 1y

**Lee Hartman Bateman** Kelly Laboe

Like · Reply · 1y

**David Babinski** Billie Ritter Ford

Like · Reply · 1y

**Sam Warner** Jose Partida

Like · Reply · 1y                    1

**Eileen Lee** Very clever .tongue in cheek.

Like · Reply · 1y

**Kyle Spence** Michael Jamison

Like · Reply · 1y                    1

**Michelle Corey** Yancy Peake

Like · Reply · 1y                    2

**Sam Smith** Flat Earth Rules.... That is all..

Like · Reply · 1y                    3

**Kimberly Martin** Kenneth Dean Ball Rebecca Lynn Ball

Like · Reply · 1y                    3

**Mandy Smith** Dammit Shaena Backman . Jason Thompson
Hayden Smith

Like · Reply · 1y                    2

    **Shaena Backman** They were trying to level the playing field

    Like · Reply · 1y                    2

    **Shaena Backman** Now we need to take this to the next level

    Like · Reply · 1y

    View 3 more replies

**Heather Boston** Natalia Garcia

Like · Reply · 1y

**Matthew McNeill** Brilliant!

Like · Reply · 1y

**Joan Lewis Clipp**

Like · Reply · 1y

**Nicole Kenney Johnson** Ed Kenney Micah Mayes

Like · Reply · 1y

**Heidi Trudell** Mariano

Like · Reply · 1y

**Eva Bachelder** Hahaha Michael C Bachelder

Like · Reply · 1y

**Meredith Dill** Image caption: 5 small levels (for hanging pictures,
etc) with "Wrong" written on blue painters tape on each.

Like · Reply · 1y

**Milena Eritrea** I dont get it?

Like · Reply · 1y



 **Fer Mosquera** Wrong on so many levels...

Like · Reply · 1y

 **Milena Eritrea** Lol

Like · Reply · 1y

 **Matthew Coleman** Dylan Bourne

Like · Reply · 1y

 **Jonatan Baez** There is wrong writen on a few torpedoes!

Like · Reply · 1y

 **Matthew Balley** Chris Manousakis

Like · Reply · 1y

 **Mikayla Jo Miller** Abe Miller

Like · Reply · 1y

 **Thalia Nugent Carrada I** Sophia

Like · Reply · 1y

 **Sophia Honeysuckle** I am ded

Like · Reply · 1y

 **Jason Fishback** Kate Courtney Alexis McGrede Andrea White

Like · Reply · 1y

 **Jeff LeMieux** Not only wrong on all levels, and labelled wrong on all levels but none of them are "on" the level...

Like · Reply · 1y

 **Matthew Dunn** https://youtu.be/w-wbWGwZ7_k


YOUTUBE.COM
Experience True Level (Rick and Morty Season 3)

Like · Reply · 1y

 **Ansley Nicole Hammond** Cori Meredith Karissa Zepeda

Like · Reply · 1y

 **Robert James** Michael Watson

Like · Reply · 1y

 **Kenneth W. Hammes**



Like · Reply · 1y



**Jack Lottey** I am 7

Like · Reply · 1y



**Moreton Mansley** That's the spirit. Level headed judgment, keeps you well balanced.

Like · Reply · 1y



**Paul Casart** A bit too level-headed, lol
The pic/pun is pretty funny, imo.

Like · Reply · 1y



**Colin Richardson** Only 37 more attempts until they got it right

Like · Reply · 1y



**Tegan Taungakava** Phill Glasson

Like · Reply · 1y



**Sam Williams** Cody Ty Stice

Like · Reply · 1y



**Van Dozier** Took a few seconds!

Like · Reply · 1y



**Sarah Frances** Dawson Holm

Like · Reply · 1y



**Diane Lingenfelter**     it! Never realized 'whiskey sticks' could be so wrong!

Like · Reply · 1y



     **Andy McBride** That's very old term!

     Like · Reply · 1y



**Erin Barr**     Dave Dow

Like · Reply · 1y



**Alex Raethke** Bradley Morris

Like · Reply · 1y



**Edward Hughes** That's the spirit !

Like · Reply · 1y



**Erridajha Hissom** Jesse Driscoll

Like · Reply · 1y



**Ann Bird** https://youtu.be/8eXj97stbG8



YOUTUBE.COM
Two Drums and a Cymbal Fall off a Cliff

Like · Reply · 1y



**Beri Instone** Jemma Fettes

Like · Reply · 1y



**Sarah Messenger** Ted Messenger it took me a second but I got it

Like · Reply · 1y



**Glenn Petersen** One of theses days Wes Selwood. I,m going to slap you

Like · Reply · 1y                                                              1

**Jessica Gwilliam** Katie Mae
                                                          1
Like · Reply · 1y

   **Katie Mae** Omg lol                              2

   Like · Reply · 1y

   **Katie Mae** Michael Haley                         1

   Like · Reply · 1y

   View 2 more replies

**Barbara J Huber** Laura Elisabeth Huber
                                                         1
Like · Reply · 1y

**Grace Davis** Kelly Davis
                                              1
Like · Reply · 1y

**Jeff Wright** Boring view today
                                              2
Like · Reply · 1y

**Mary Chaddock** Rick Woodard
                                          1
Like · Reply · 1y

**Brittany Michelle Avery** Roger Harmon

Like · Reply · 1y

**Stefania Schaeffer** Jared Bernardy

Like · Reply · 1y

**Melissa Marie Guirola** Ben Beebe Alex Garner Sam Willet
                                                          1
Like · Reply · 1y

**Jared Bernardy** Don't forget to calculate for the curvature of the earth. That's why you can't go wrong with a plum bob.

Like · Reply · 1y                                                              7

   **Mike Young** Jared don't you know the earth is flat...lol.

   Like · Reply · 1y                                   2

   **Dave Knight** I think I remember hearing that name at the end of a Waltons episode: Good night, Plumb Bob.

   Like · Reply · 1y

   View 2 more replies

**Louis Senecal** I write what ever i want you know what i think about what other people think?not. Happy holidays to you

Like · Reply · 1y

**Celine Ankrum** Drew Beaudoin

Like · Reply · 1y

**Hannah McDowell** Vik Keels I think this your kind of thing

Like · Reply · 1y

   **Vik Keels** LOL I'm dead

**Hannah McDowell** Shannon Walker Sarah Adele Saltiel

Like · Reply · 1y

**Sarah Adele Saltiel** Oh my GOOOOOOOOOD    2

Like · Reply · 1y

**John Pope** They're all half a bubble off?    2

Like · Reply · 1y

**Chelsy Pavolini** Jon Paul    2

Like · Reply · 1y

**Jill Bohn** Groan    2

Like · Reply · 1y

**Suzi Rozga** Caleb Price

Like · Reply · 1y

**Amber Jelken** Calleigh Wichman Clay Eaton

Like · Reply · 1y

**Calleigh Wichman**

Like · Reply · 1y

**Carolyn Meyer** Jon Meyer

Like · Reply · 1y

**Jon Meyer** Heh hehheh

Like · Reply · 1y

**Miles O'Neal** I shared it, and I am now a fan of your blog!

Like · Reply · 1y

**Matthew Bradley** Thank you so much! New blog posting coming soon!

Like · Reply · 1y

**Victoria Lindgren-Streicher** Missy Kobzos

Like · Reply · 1y

**M Issy Marie** Hahahahaha I love it

Like · Reply · 1y

**Don Grammer Jr.**



Like · Reply · 1y

 **Micheal Lingy Lingard** Alex Hopson

Like · Reply · 1y

 **Alex Hopson** So good

Like · Reply · 1y

 **Robert A. Ackley**



Like · Reply · 1y

 **Gloria Wood** Clever!

Like · Reply · 1y

 **Austin Jeffrey** Cool..

Like · Reply · 1y

 **Brittani Alvey** Dave, did you label these?

Like · Reply · 1y

 **Dave Crisp** Lol

Like · Reply · 1y

 **Josh Vallee** Over 17k shares.... That's seriously impressive!!! If I'm not mistaken, I may have left the very first comment on this too.... Lol

Like · Reply · 1y

 **Darby Stouffer** Ted Stiemann

Like · Reply · 1y

 **Ryan McMullen** Will Dove. Your welcome

Like · Reply · 1y

 **Will Dove** Thank you!

Like · Reply · 1y

 **Colleen McCann** Laughing....

Like · Reply · 1y

 **Alannah Rose Blaise** Kristen Carvajal

Like · Reply · 1y

 **Dan Barnes** I have a starrett level. That bitch is dead on

Like · Reply · 1y

 **Anne Lloyd-Jones** Robert Cheshire

Like · Reply · 1y

 **Alice Leavell-Paetsch** Not on my Leavell. Lol

Like · Reply · 1y

**Joan Campbell** 😭😭😭😭😭😭

Like · Reply · 1y

**Lydia Cotch** Sam Cotch

Like · Reply · 1y

> **Sam Cotch** Lol
>
> Like · Reply · 1y

> **Sam Cotch** Stephen Lapprich you'll appreciate this one
>
> Like · Reply · 1y

**Christine Doying Mercer** Good one..

Like · Reply · 1y

**Noel Barron** Shéa McLaughlin

Like · Reply · 1y

**Dalen Von Essen** I love it!!!

Like · Reply · 1y

**Patti Brett** https://youtu.be/KtuA6Qylpyo



YOUTUBE.COM
Mac DeMarco // On the Level (Official Audio)

Like · Reply · 1y

 **Lucina Joy Stafford** Hilarious

Like · Reply · 1y

 **Alli L. Marion** Will Buchanan

Like · Reply · 1y

 **Wendy Conrad** Haha

Like · Reply · 1y

 **Marian Beck** Groaner!!!

Like · Reply · 1y

 **Emily Landers** Mark Whittaker last one

Like · Reply · 1y

> **Mark Whittaker** Brilliant
>
> Like · Reply · 1y

 **Curtis Lawson** I got it now!

Like · Reply · 1y

 **Lynda Carroll** Clive Palmer

Like · Reply · 1y

 **Elizabeth Ferguson** Kevin Sullivan

Like · Reply · 1y

>  **Kevin Sullivan**



Like · Reply · 1y

**Cody Parris-Miller** sounds like someone's confident that what they built is level but the levels are wrong

Like · Reply · 1y                                                                2

**Michelle Das Neves** Nuno Vaz Dos Ramos

Like · Reply · 1y

**Stephen Cockle** Olly

Like · Reply · 1y

**Todd Carns** Emilie Pacleb, Elisabeth Carns wanted me to tag you in this

Like · Reply · 1y

**Karen Kinch** Hahaha!

Like · Reply · 1y

**Ron Coursol** I use a green laser level

Like · Reply · 1y

**Karissa Crunkk** Kayla Marc-Aurele I'm just going to tag you in a shit ton of puns because I know you appreciate them

Like · Reply · 1y                                                                2

> **Kayla Marc-Aurele** Hahahahaha omg yeeees   please do!!
>
> Like · Reply · 1y

**Shelby Meyer** Kyle Meyer

Like · Reply · 1y                                                                1

**Christina Soo** Michelle Kim

Like · Reply · 1y

**Christina Soo** Tina Tung

Like · Reply · 1y

**Jenna Lepper** Olagoke Afolabi Eden Rogers

Like · Reply · 1y                                                                2

**Daniel Ewry** IS THIS....ON THE LEVEL!!!....

Like · Reply · 1y                                                                4

**David M Glowen** Scott Phillips Chuck French

Like · Reply · 1y                                                                1

**Julio Mena** Carlos Diaz

Like · Reply · 1y                                                                1

**David Lynch** Scumbag

Like · Reply · 1y                                                                1

**Rosemary Morin Budgell** Shelly Cox too funny!

Like · Reply · 1y                                                                1

**Robert Conn** Dora Robertson

Like · Reply · 1y

https://www.facebook.com/search/posts/?q=Matthew Bradley&epa=FILTERS&filters=eyJycF9hdXRob3IiOiJ7XCJuYW1lXCI6XCJhdXRob3JfdWVcl…     44/53



**Kip Priddy** That was too obvious they're all laying on their sides and not on a flat object

Like · Reply · 1y                                        2

> **Crystal Slaght-Silvermane** Nah that's just a play on words; wrong.... many levels....
>
> Like · Reply · 1y

**Linda Schulte Altruz** ?

Like · Reply · 1y                                        2

**Wanda McGee Paisano** Love it!

Like · Reply · 1y

**Peggy Johnson** Do none of these work or do you not know how to read them?

Like · Reply · 1y                                        3

> **Kodee N. Fox** It's a pun. He wrote "wrong" on multiple levels. Hence, wrong on many levels. Wordplay.
>
> Like · Reply · 1y                                        5

> **Peggy Johnson** Oh boy! I really am tired. Thanks!!!
>
> Like · Reply · 1y

**Larry Caldwell** Groan..

Like · Reply · 1y

**Colby Cady** None of you are on my level.

Like · Reply · 1y

**Crystal Slaght-Silvermane** TOO PUNNY!!!!!

Like · Reply · 1y

**Robert S Hayward Jr** Sooooooooo bad...

Like · Reply · 1y

**Stuart Gilchrist** Hahahahahaha

Like · Reply · 1y

**Lyda Waters** Lol hahahaha

Like · Reply · 1y

**Dave Drury** Merry Christmas Kelly Harvey and Ron Bender

Like · Reply · 1y

> **Ron Bender** & a Happy New Year to you Dave... Thank you!
>
> Like · Reply · 1y

**Vanshika Agarwal** Purushartha Singh

Like · Reply · 1y

**Tyler Torres** Evie Herndon

Like · Reply · 1y

**Madi Allen** Toby Allen

Like · Reply · 1y

**Leanne Kyle** Wrong on so many different levels!!!



Darren Mills Amelia, what i think of your jokes. Lol

Like · Reply · 1y

Amelia Ralph

Like · Reply · 1y

George Steiner LOl

Like · Reply · 1y

Ramsey Sierra Illtyd Fernandez

Like · Reply · 1y

Bob Frood Corny! But it attracted a lot of comments. Not all nice.

Like · Reply · 1y

Erika Britt Arthur Seder

Like · Reply · 1y

Lucy Clark Awesome... hahaha!!

Like · Reply · 1y

Tom Hoehler Well, at least you tried your level best...

Like · Reply · 1y

Tom Barrows Face palm!

Like · Reply · 1y

Brian Burrow Tami

Like · Reply · 1y

Michael Miller Relatively level and I'm not talkin bout my cousin Billy Bob.

Like · Reply · 1y

Daniel Mize I use a speed square and a plumb bob...

Like · Reply · 1y · Edited

Brenda Debra Bernal Hahahaha

Like · Reply · 1y

Matthew Bradley If you liked my previous post, check out the latest one...

Like · Reply · 1y

Aaron Lott Eric Lyle Schultz

Like · Reply · 1y

Catherine Derowitsch Well glad someone besides me did not understand.

Like · Reply · 1y

Martin Skrelunas Tracy Walton Alexander

Like · Reply · 1y

Talia Stokes Keegan DeVoy

Like · Reply · 1y

**Keegan DeVoy** Solid pun

Like · Reply · 1y

**David Mclaughlin** You should join "the wits end".

Like · Reply · 1y

**Liz Chandler** Ed Truzzolino

Like · Reply · 1y

**Ed Truzzolino** omg liz

Like · Reply · 1y

**Liz Chandler** don't you love it

Like · Reply · 1y

**Sovhan Tenderholt** Bob Tenderholt

Like · Reply · 1y                    1

**Marian Seid Rubin** Very    !

Like · Reply · 1y

**Erik Leland** Kyla Beans

Like · Reply · 1y        1

**Jessica Hoyt** Kim Soles

Like · Reply · 1y        1

**Kim Soles**



MEDIA1.TENOR.CO

Like · Reply · 1y                    1

**Jessica Hoyt**

GIPHY

Like · Reply · 1y

View 1 more reply

**Katelynn Faithe Wright** Macala Dawn McQuillan



Macala Dawn McQuillan Heh... Punny

Like · Reply · 1y

**Zack Breitbach** Nicholas Moler-Gallardo

Like · Reply · 1y

**Susan Rose** Cindy Killam...

Like · Reply · 1y

**Jeanette Richey** Slade Henson

Like · Reply · 1y

**Cindy Killam** Laura Keating

Like · Reply · 1y    1

**Shannon Hall-Bulzone** John Bulzone...dad joke for you. Lol

Like · Reply · 1y

**Jessica Varnum** Sara Sebul

Like · Reply · 1y

**Eve Yarroll** That's wrong on so many levels

Like · Reply · 1y    8

     **Sue Edwards** Thank you!! I didn't get it!!

     Like · Reply · 1y · Edited

**Howard Shen** damn the torpedos!

Like · Reply · 1y    1

**Jean Hall** Not level

Like · Reply · 1y

**Liam Durnin** Laura Shaw    x x

Like · Reply · 1y

     **Laura Shaw** Oh dear    . X

     Like · Reply · 1y

**Connie Carlson** J

Like · Reply · 1y

**Lee Creech** De-har!!! Awesome

Like · Reply · 1y

**Sheryl Bernhardt** You keep me going!!!

Like · Reply · 1y

**Spring Howlett**

Like · Reply · 1y

**Lucy Wallis** Lols

Like · Reply · 1y

**Margaret Bennett** I need to level with you about that picture



**Will George** Lee Mullett

Like · Reply · 1y

**Rich Olson** Sure is!

Like · Reply · 1y

**Sarita Khan** LOL

Like · Reply · 1y

**Susan Ryan** 5 wrongs don't come from a right angle?

Like · Reply · 1y

>  **Tommy MacLuckie** Literally 'wrong' written on masking tape on "so many" ie this number of... levels.
>
> Quite funny. A great pun.
>
> Like · Reply · 1y · Edited

 **Holly Hansen**

Like · Reply · 1y

 **Derrick Eisenbeis** I really enjoyed this as I thought it was good engineering humor, yet when I showed the picture to an engineer at my office he looked at it, puzzled, for a minute, then asked me with a straight face "so we need to re-calibrate them?

Like · Reply · 1y

>  **Matthew Bradley** *facepalm* (and I am an engineer)
>
> Like · Reply · 1y

>  **Afurahâ Brehánn** Matthew what field of engineering?
>
> Like · Reply · 1y

> View 1 more reply

 **Matthew Bradley** Only 295 shares to go above 20,000!

Like · Reply · 1y

>  **Mark McKendrick** You sad fucker.
>
> Like · Reply · 2w

>  Write a reply...

**Diana Burgess** Our family portrait

Like · Reply · 1y

 **Buck Smith** Is this your original picture?

Like · Reply · 1y

> **Matthew Bradley** Yes! I took it in the physics lab at SRJC.
>
> Like · Reply · 1y

> **Buck Smith** Wow I have seen this a couple of times on twitter now
>
> Like · Reply · 1y

View · 1 more reply


**Krystal De Betta** Anthony De Betta
Carla Barone… See More

Like · Reply · 1y


**Aurora Fiorintina**



MEDIA1.TENOR.CO

Like · Reply · 1y


**Dot Maxcy** Yep, sure is!

Like · Reply · 1y


**John Troy** Last time I hung a picture on to nails.

Like · Reply · 1y


**Matthew Bradley** Yeah... Originally, I took this photo in my lab and just posted it thinking it would get about 50 likes. Never dreamed it would take off like it did. So I started making nicer ones (like you did) and ... Got about 50 likes.

Like · Reply · 1y


**Matthew Bradley** And it was supposed to be a riddle.... Gee.... Never expected this in a million years

Like · Reply · 1y


**Josh Vallee** Matthew Bradley still, effing brilliant.

Like · Reply · 1y


**Mark McKendrick** I remember someone doing the exact same thing in my junior woodwork class when I was like.... nine years old. It *isn't * that clever - neither is it original.

Like · Reply · 2w


**Christine Boyer** "Wrong On So Many Levels" COOL riddle, Matt!!!!!!

Like · Reply · 1y


**Rolland C. Coutinho** I remember co opting this for my profile.

Thanks Matthew Bradley. You are one truly demented individual!

Like · Reply · 1y


**Matthew Bradley** Rolland C. Coutinho Very true...some things never change.

Like · Reply · 1y


**Alexa Berube** James Gannon

Like · Reply · 47w


**James Gannon**

MB 062



TENOR

Like · Reply · 47w

 **Thom Poole** This is such a Julia Hobbs joke!
Like · Reply · 47w

 **Julia Hobbs** Ha! It *so* is!
Like · Reply · 47w

 **Regina Makowski Breda** Are you being on the level with me?
Like · Reply · 47w

 **Shauna Vizina** Oh I finally got it. Duh
Like · Reply · 47w

 **Ellyn Thompson** Gotta tag Alexander 'Das' Otto...
Like · Reply · 47w

 **Alexander 'Das' Otto** Yeeeesssss!!!
Like · Reply · 47w

 **Hunter Gray** Ben Paramonov
Like · Reply · 47w

 **Laura Rice** Jessie Hinton
Like · Reply · 47w

 **Jessie Hinton**



MEDIA1.TENOR.CO

Like · Reply · 47w

 **Ricco Wayne Fleming** Matthew Bradley - can you post a non-meme version? It'd be fun to see who gets it without the actual phrase

Like · Reply · 47w

MB 063



**Matthew Bradley** No problem:
https://www.facebook.com/photo.php?
fbid=10156805285222068&set=a.113164917067&type=3&th
eater

Like · Reply · 47w

 **Ricco Wayne Fleming** Thanks!

Like · Reply · 47w

View 2 more replies

**Hannah Brockhurst** Tyler

Like · Reply · 47w

**Becky Goudge** Kirk Donaldson

Like · Reply · 47w

**Melanie Chapman** Cheryl Tomlin

Like · Reply · 22w

**Jnet Moran**                    Taylor Moran

Like · Reply · 17w

**Bette Kisner** Concrete, and clever....

Like · Reply · 7w

 **Mark McKendrick** ...but not original.

Like · Reply · 2w

**Bette Kisner** Concrete, and clever....

Like · Reply · 7w

**Mark McKendrick** ....but not original.

Like · Reply · 2w

**Amy Hamilton-Peek** Just here because I heard about what
appears to be a frivolous lawsuit. Do you have proof that Analytical
Grammar was claiming it as their own rather than just sharing a pic
they saw? How many people/companies are you suing?



Like · Reply · 5w

**Brett Ellefson** Suing Veterans over a photograph he posted
online.. What a douche..

Like · Reply · 5w

 **Katie Chase Hubbard** I am confused by how you claim a copyright
simply by stamping it as such and do not post the copyright.gov
verification including copyright date? P.s. lots of pictures are posted
thousands of times on the internet. Are you going to be suing every
offender to your copyright?


COPYRIGHT.GOV
U.S. Copyright Office

Like · Reply · 4w

 **Mark McKendrick** Katie.... it's not even original. In fact, it's a
very old gag repeated in many, many woodwork shops down
the years. In fact, I recall some wag making the exact same
gag in my first junior woodwork class when I was like.... nine
years old.... about FIFTY-FIVE years ago.



Like · Reply · 2w

**Carla Moore-Williams** It's a classic bait and switch with scam lawyer.

Like · Reply · 2w

Write a comment...

;