IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) ) | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, | ) ) | **TO LOCAL CIVIL RULE 56.1 STATEMENT OF** |
| v. | ) ) | **UNDISPUTED MATERIAL FACTS IN** |
| ANALYTICAL GRAMMAR, INC., | ) ) | **SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | ) ) | |

Exhibit 16: True and correct copy of a document produced by Plaintiff in this action bearing the Bates Numbers MB_066-067 (Ex. 13 to Declaration of D. Booth)

# EDIT HISTORY.PDF

MB_066

Edit History

**Matthew Bradley**
December 8, 2017 at 2:02 PM · 233

This is wrong on so many levels

- Added 1 media to this post.



**Matthew Bradley**
December 14, 2018 at 7:48 PM · 4

This is wrong on so many levels

Please note that this picture is copyrighted. I appreciate all of you who shared it (very unexpectedly). Some people, however, are passing it off as their own work. I took the picture with my phone. This is the original photo (meme added). If you see anyone violating this copyright, please let me know. Thanks.
...

See More

- Removed 1 media from this post.
- Added 1 media to this post.

This is visible to anyone who can see this post.   Close