IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) ) | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, | ) | **TO LOCAL CIVIL RULE 56.1** |
| v. | ) ) | **STATEMENT OF UNDISPUTED MATERIAL FACTS IN** |
| ANALYTICAL GRAMMAR, INC., | ) ) | **SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | ) ) | |

Exhibit 17: True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0010 (Ex. 14 to Declaration of D. Booth)



Edit History

**Matthew Bradley**
December 8, 2017 at 5:02 PM · 👍233

This is wrong on so many levels

■ Added 1 media to this post.

**Matthew Bradley**
December 14, 2017 at 11:31 AM · 👍184

This is wrong on so many levels

(Wow! I am stunned! Over 10K shares. Time for a shameless plug for my blog, https://thewayiseethings72.wordpress.com/ . Warning... not all of it is funny.)

**Matthew Bradley**
December 14, 2017 at 11:49 PM · 👍335

This is wrong on so many levels

^^ This caption goes with the picture ^^

I added the stuff below after I went over 10K shares. Didn't realize it would change what people shared on their pages. I apologize to those who didn't like that.

(Wow! I am stunned! Over 10K shares. Time for a shameless plug for my blog, https://thewayiseethings72.wordpress.com/ . Warning... not all of it is funny.)

**Matthew Bradley**
December 14, 2018 at 10:48 PM · 👍4

This is wrong on so many levels

Please note that this picture is copyrighted. I appreciate all of you who shared it (very unexpectedly). Some people, however, are passing it off as their own work. I took the picture with my phone. This is the original photo (meme added). If you see anyone violating this copyright, please let me know. Thanks.

^^ This caption goes with the picture ^^

This is visible to anyone who can see this post.                         **Close**