**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No. 5:19-cv-249-FL**

| | |
|---|---|
| MATTHEW BRADLEY,<br><br>Plaintiff,<br>v.<br><br>ANALYTICAL GRAMMAR, INC.,<br><br>Defendant. | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Exhibit 18: True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0011-0013 (Ex. 15 to Declaration of D. Booth)


(2) Matthew Bradley
https://www.facebook.com/matthew.bradley.98434?fref=search&__tn__=%2Cd%2CP-R&eid=ARC9DdkS0u4OOOvcqtY-fEG8k8FD1cSQS7wm7xyjU3f0Eg
Matthew Bradley
Erin Home Create
Matthew Bradley Timeline 2017 December
Add Friend Follow
Intro
Things in Common
Photos
Friends
Matthew Bradley
December 8, 2017
This is wrong on so many levels
Please note that this picture is copyrighted. I appreciate all of you who shared it (very unexpectedly). Some people, however, are passing it off as their own work. I took the picture with my phone. This is the original photo (meme added). If you see anyone violating this copyright, please let me know. Thanks.
^^ This caption goes with the picture ^^
I added the stuff below after I went over 10K shares. Didn't realize it would change what people shared on their pages. I apologize to those who didn't like that.
(Wow! I am stunned! Over 10K shares. Time for a shameless plug for my blog, https://thewayiseethings72.wordpress.com/ . Warning... not all of it is funny.)
THIS IS WRONG
ON SO MANY LEVELS
Like Comment Share
(2) Matthew Bradle...
Publication1 - Publ...
1:45 PM
8/20/2019


(1) On the road home to Ra
This is wrong on so mar
WebVoyage Record View 1
https://www.facebook.com/analyticalgrammar/photos/a.167941616890/10154982827751891/?type=3&theater
Analytical Grammar/Grammar Planet
Published by Melissa Kenney [?]
December 16, 2017
This is wrong on so many levels.
Tag Photo
Add Location
Edit


AG0011



Matthew Bradley
https://www.facebook.com/matthew.bradley.98434?fref=search&__tn__=%2Cd%2CP-R&eid=ARC9DdkS0u4OOOvcqtY-fEG8k8FD1cSQS7wm7xyjU3f0Eg
Edit History
Matthew Bradley
December 8, 2017 at 5:02 PM · 233
This is wrong on so many levels
Added 1 media to this post.
Matthew Bradley
December 14, 2017 at 11:31 AM · 184
This is wrong on so many levels
(Wow! I am stunned! Over 10K shares. Time for a shameless plug for my blog, https://thewayiseethings72.wordpress.com/ . Warning... not all of it is funny.)
Matthew Bradley
December 14, 2017 at 11:49 PM · 335
This is wrong on so many levels
^^ This caption goes with the picture ^^
I added the stuff below after I went over 10K shares. Didn't realize it would
This is visible to anyone who can see this post.
Close
Photos
Friends · 706
1:42 PM
8/20/2019




Matthew Bradley
https://www.facebook.com/matthew.bradley.98434?fref=search&__tn__=%2Cd%2CP-R&eid=ARC9DdkS0u4OOOvcqtY-fEG8k8FD1cSQS7wm7xyjU3f0Eg
Edit History
Matthew Bradley
December 14, 2017 at 11:31 AM · 184
This is wrong on so many levels
(Wow! I am stunned! Over 10K shares. Time for a shameless plug for my blog, https://thewayiseethings72.wordpress.com/ . Warning... not all of it is funny.)
Matthew Bradley
December 14, 2017 at 11:49 PM · 335
This is wrong on so many levels
^^ This caption goes with the picture ^^
I added the stuff below after I went over 10K shares. Didn't realize it would change what people shared on their pages. I apologize to those who didn't like that.
(Wow! I am stunned! Over 10K shares. Time for a shameless plug for my blog, https://thewayiseethings72.wordpress.com/ . Warning... not all of it is funny.)
Matthew Bradley
December 14, 2018 at 10:48 PM · 4
This is wrong on so many levels
This is visible to anyone who can see this post.
Close
Photos
Friends · 706
1:43 PM
8/20/2019



AG0012


Matthew Bradley
https://www.facebook.com/matthew.bradley.98434?fref=search&__tn__=%2Cd%2CP-R&eid=ARC9DdkS0u4OOOvcqtY-fEG8k8FD1cSQS7wm7xyjU3f0Eg
Edit History
Matthew Bradley
December 14, 2017 at 11:49 PM · 335
This is wrong on so many levels
^^ This caption goes with the picture ^^
I added the stuff below after I went over 10K shares. Didn't realize it would change what people shared on their pages. I apologize to those who didn't like that.
(Wow! I am stunned! Over 10K shares. Time for a shameless plug for my blog, https://thewayiseethings72.wordpress.com/ . Warning... not all of it is funny.)
Matthew Bradley
December 14, 2018 at 10:48 PM · 4
This is wrong on so many levels
Please note that this picture is copyrighted. I appreciate all of you who shared it (very unexpectedly). Some people, however, are passing it off as their own work. I took the picture with my phone. This is the original photo (meme added). If you see anyone violating this copyright, please let me know. Thanks.
^^ This caption goes with the picture ^^
I added the stuff below after I went over 10K shares. Didn't realize it would
This is visible to anyone who can see this post.
Close
1:43 PM
8/20/2019


(1) Matthew Bradley
https://www.facebook.com/matthew.bradley.98434?fref=search&__tn__=%2Cd%2CP-R&eid=ARC9DdkS0u4OOOvcqtY-fEG8k8FD1cSQS7wm7xyjU3f0Eg
Edit History
funny.)
Matthew Bradley
December 14, 2018 at 10:48 PM · 4
This is wrong on so many levels
Please note that this picture is copyrighted. I appreciate all of you who shared it (very unexpectedly). Some people, however, are passing it off as their own work. I took the picture with my phone. This is the original photo (meme added). If you see anyone violating this copyright, please let me know. Thanks.
^^ This caption goes with the picture ^^
I added the stuff below after I went over 10K shares. Didn't realize it would change what people shared on their pages. I apologize to those who didn't like that.
(Wow! I am stunned! Over 10K shares. Time for a shameless plug for my blog, https://thewayiseethings72.wordpress.com/ . Warning... not all of it is funny.)
Removed 1 media from this post.
Added 1 media to this post.
This is visible to anyone who can see this post.
Close
1:44 PM
8/20/2019