IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | ) | |
| v. | ) | |
| ANALYTICAL GRAMMAR, INC., | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

The foregoing, contains supplemental materials, namely exhibits, related to Defendant's Appendix to Local Civil Rule 56.1 Statement of Undisputed Material Facts. [DE 29.]

                                                 Respectfully submitted,

                                                 Analytical Grammar, Inc.

                                                 By its attorneys:

Signed: July 17, 2020                /s/  Dan Booth
                                                       Dan Booth
                                                         Dan Booth Law LLC
                                                         60 Thoreau Street, #121
                                                         Concord, MA 01742
                                                         dan@danboothlaw.com
                                                         Local Civil Rule 83.1(e) Special Appearance

                                                         Christopher M. Thomas
                                                         N.C. State Bar No. 31834
                                                         christhomas@parkerpoe.com
                                                         Parker Poe Adams & Bernstein LLP
                                                         PNC Plaza
                                                         301 Fayetteville Street, Suite 1400 (27601)
                                                         P.O. Box 389
                                                         Raleigh, North Carolina 27602-0389
                                                         Telephone: (919) 835-4626
                                                         Facsimile: (919) 834-4564
                                                         Local Civil Rule 83.1(d) Counsel

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Albert P. Allan
ALLAN LAW FIRM, PLLC
435 East Morehead Street
Charlotte, NC 28202
Email: alallan@allaniplitigation.com

This the 17th day of July, 2020.

/s/ Dan Booth
Dan Booth
Dan Booth Law LLC
60 Thoreau Street, #121
Concord, MA 01742
dan@danboothlaw.com
Local Civil Rule 83.1(e) Special Appearance

Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
Local Civil Rule 83.1(d) Counsel