**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL**

| | | |
|---|---|---|
| _____ | ) | |
| MATTHEW BRADLEY, | ) | **DEFENDANT ANALYTICAL** |
| | ) | **GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, | ) | **TO LOCAL CIVIL RULE 56.1** |
| v. | ) | **STATEMENT OF** |
| | ) | **UNDISPUTED MATERIAL FACTS IN** |
| ANALYTICAL GRAMMAR, INC., | ) | **SUPPORT OF ITS MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| Defendant. | ) | |
| _____ | ) | |

Exhibit 20: True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0237-0243 (Ex. 17 to Declaration of D. Booth)

# FACEBOOK

Back to Newsroom

Facebook

# We're Making Our Terms and Data Policy Clearer, Without New Rights to Use Your Data on Facebook

April 4, 2018

## Topics

Facebook

Data and Privacy

Technology and Innovation

Election Integrity

Safety and Expression

Public Policy

Economic Opportunity

Strengthening Communities

## Featured News

Facebook



By _Erin Egan_, VP and Chief Privacy
Officer, Policy and _Ashlie Beringer_, VP
and Deputy General Counsel

It's important to show people in black
and white how our products work –
 it's one of the ways people can make
informed decisions about their
privacy. So we're proposing updates
to our terms of service that include
our commitments to everyone using
Facebook. We explain the services we
offer in language that's easier to read.
We're also updating our data policy to
better spell out what data we collect
and how we use it in Facebook,
Instagram, Messenger and other
products.

These updates are about making
things clearer. **We're not asking
for new rights to collect, use or**

With More Than
Half the World
Online, How Do
We Connect the
Rest?

February 25, 2020

## Facebook

**Big Tech Needs
More Regulation**

February 18, 2020

**share your data on Facebook. We're also not changing any of the privacy choices you've made in the past.** Here are a few examples of what you'll find:

- **New features and tools**: We're providing information on recently introduced features. Since we last updated our terms or data policy three years ago, you can now buy and sell items on Marketplace, start a fundraiser for a cause you care about, share Live and 360 video, and add creative effects to your photos.

- **Personalized experience**: Everyone's experience on Facebook is unique, and we're providing more information on how this works. We explain how we use data and why it's needed to customize the posts and ads you see, as well as the Groups, friends and Pages we suggest.

- **What we share**: We will never sell your information to anyone. We have a responsibility to keep people's information safe and secure, and we impose strict restrictions on how our partners can use and disclose data. We explain all of the circumstances where we share information and

make our commitments to people more clear.

- **Advertising**: You have control over the ads you see, and we don't share your information with advertisers. Our data policy explains more about how we decide which ads to show you.

- **One company**: Facebook is part of the same company as WhatsApp and Oculus, and we explain how we share services, infrastructure and information. We also make clear that Facebook is the corporate entity that provides the Messenger and Instagram services, which now all use the same data policy. Your experience isn't changing with any of these products.

- **Device information**: People have asked to see all the information we collect from the devices they use and whether we respect the settings on your mobile device (the short answer: we do). We've also added more specific information about the information we collect when you sync your contacts from some of our products, including call and SMS history, which people have recently asked about.

- **Addressing harmful behavior**: We better explain how we combat abuse

and investigate suspicious activity, including by analyzing the content people share.

For the next seven days, you'll be able to provide your feedback on the terms and data policy. Once finalized, we'll publish these documents and ask you to agree to them on Facebook, along with information about the choices you have over your privacy.

Categories: Company News, Data and Privacy, Facebook



## RELATED NEWS

ACLU249

Facebook

# Ready for California's New Privacy Law

We're ready for the California Consumer Privacy Act to come into effect because of the many investments we've made across our products to help people everywhere easily manage their privacy and understand their choices with respect to their data.

December 12, 2019

# FACEBOOK

Follow Us

## Company

Newsroom

Company Info

Careers

For Investors

Brand Resources

## Facebook Policies

Community Standards

Data Policy

Cookie Policy

Terms of Service

## Technologies

Facebook app

Messenger

Instagram

WhatsApp

Oculus

Workplace

Portal

Calibra

## Help Center

Facebook app Help Center

Messenger Help Center

Instagram Help Center

WhatsApp Help Center

Oculus Support

Workplace Help Center

Portal Help Center

© 2020 FACEBOOK

United States (English) ▼

Site Map