IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) ) | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, | ) ) | **TO LOCAL CIVIL RULE 56.1 STATEMENT OF** |
| v. | ) ) | **UNDISPUTED MATERIAL FACTS IN** |
| ANALYTICAL GRAMMAR, INC., | ) ) | **SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | ) ) | |

Exhibit 21: True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0253 (Ex. 18 to Declaration of D. Booth)

