IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, ) | **DEFENDANT ANALYTICAL** |
| ) | **GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, ) | **TO LOCAL CIVIL RULE 56.1** |
| v. ) | **STATEMENT OF** |
| ) | **UNDISPUTED MATERIAL FACTS IN** |
| ANALYTICAL GRAMMAR, INC., ) | **SUPPORT OF ITS MOTION FOR** |
| ) | **SUMMARY JUDGMENT** |
| Defendant. ) | |

Exhibit 22: True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0254 (Ex. 19 to Declaration of D. Booth)

