IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) ) | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, | ) | **TO LOCAL CIVIL RULE 56.1** |
| v. | ) ) | **STATEMENT OF UNDISPUTED MATERIAL FACTS IN** |
| ANALYTICAL GRAMMAR, INC., | ) ) | **SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | ) ) | |

Exhibit 24: True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0222-0228 (Ex. 21 to Declaration of D. Booth)



**Matthew Bradley**
December 8, 2017

This is wrong on so many levels

Please note that this picture is copyrighted. I appreciate all of you who shared it (very unexpectedly). Some people, however, are passing it off as their own work. I took the picture with my phone. This is the original photo (meme added). If you see anyone violating this copyright, please let me know. Thanks.
_____
^^ This caption goes with the picture ^^

I added the stuff below after I went over 10K shares. Didn't realize it would change what people shared on their pages. I apologize to those who didn't like that.

(Wow! I am stunned! Over 10K shares. Time for a shameless plug for my blog, https://thewayiseethings72.wordpress.com/ . Warning... not all of it is funny.)



😂👍 1.5K  867 Comments  19K Shares

👍 Like    💬 Comment    ↪ Share

**View previous comments**    50 of 630

**Ryan Landis** Mark Janssen
Like · Reply · 2y

**Edwin Krutsinger** That's the spirit!
Like · Reply · 2y



**John Crocker** Saves all that bobbing about......end up plumb tuckered out !
Like · Reply · 2y   1

**Talia Haykin** Rebahir Davis
Like · Reply · 2y   1
↳ Rebahir Davis replied · 1 Reply

**Breanna Bailey** Jacob
Like · Reply · 2y   1
↳ Jacob Shoopman replied · 1 Reply

**Ray Garcia** Thought of you, Brad Haist!
Like · Reply · 2y

**Kayla Elizabeth** Anthony Boggs
Like · Reply · 2y

**James Michael** Derrick James McKain
Like · Reply · 2y

**Shannon White** Alyssa Young
Like · Reply · 2y
↳ Alyssa Young replied · 1 Reply

**Danica Girard** Elise Daly 😆
Like · Reply · 2y   1

**Jay Giadad** Nusan
Like · Reply · 2y

**John Scott Major** I thought the theme was that someone is so hard headed that they believed that a tool that could not possibly be wrong, is wrong. Then I got it.
Like · Reply · 2y   1

**David Aho** May have to go down to dad's basement woodshop and do this
Like · Reply · 2y   1

**Bob Allen** Jennipher Bunyard
Like · Reply · 2y

**Jessica Staples** Will Russell Tim Leeroy Jenkins Patenall James Barrow thought you guys would appreciate this pun
Like · Reply · 2y

**Freyja Kivi** Jeremy Chapman
Like · Reply · 2y   1
↳ Jeremy Chapman replied · 2 Replies

**Jeremy Chapman**

Like · Reply · 2y

**Emma Clarke** Sue Spencer Mary Prodger







Case 5:19-cv-00249-FL    Document 30-6    Filed 07/17/20    Page 6 of 8
AG 0226

**Mick F Macklemore** I think it's the other way around. I'm not being a bully. Just calling out BS where I see it. I haven't threatened anybody, or called names. Verna, look at your own behavior. I think you'll find the bully
Like · Reply · 2y   1

**Matthew Bradley** Oh well... Now I am responsible for facebook not letting me edit my own post. I'll stop by their headquarters on my way home and get it straightened out.
Like · Reply · 2y   3

**Mick F Macklemore** ah yes, sarcasm. that solves the problem
Like · Reply · 2y   2

**Matthew Bradley** It helps me deal with people who cannot accept reality.
Like · Reply · 2y   2

**Verna Collier** Mick F Macklemore The ONLY Problem Here Is YOU SweetHeart 😉
Like · Reply · 2y   1

**Mick F Macklemore** as i said, STFU. this has nothing to do with you
Like · Reply · 2y   1

**Matthew Bradley** Umm... this is my wall. Verna is one of my friends. She is always welcome to post on MY wall.
Like · Reply · 2y   2

**Mick F Macklemore** obviously you're a liar and DID intend to abuse the sharing of this post as you did. Just fix it and it'll be over
Like · Reply · 2y   1

**Emily-Rose Cabrera** Mick F Macklemore Maybe it's unethical to feel so entitled to another's free content and to hijack a public space for a private conversation. Don't want to hear others' opinions? Use PM.
Like · Reply · 2y   3

**Rosie Sharon Joy** Yeah, wow... Mick is being pretty ridiculous here. If you had completely changed the content that would be one thing, but you didn't. You did nothing wrong, and most certainly nothing unethical. Don't let people with a weird axe to grind get you down.
Like · Reply · 2y   4

**Kay Kay** Mick F Macklemore this is a public forum, we all belong, and YOU are a massive DOUCHEBAG!!! Lol
Like · Reply · 2y   2

**Trudi Pavlovsky** I believe you can delete posts you share on your wall.... but I could be wrong
Like · Reply · 2y   1

**Mabs Curtis Sanok** Okay, I think some of you guys need to adopt a more level-headed approach to this.
Like · Reply · 2y   2

**Steven Yee** Don't worry about what keyboard warriors say on the Internet Matthew. You don't owe it to anybody to edit your post. You're not spewing hate and it's all meant to be in fun.

As for the stupid comments about "butting in", it's social media--if it was a... See More
Like · Reply · 2y   2

**Melissa Anne Belanger** Matthew Bradley, block button. Utilize it LOL.
Like · Reply · 2y   1

