IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) | DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT |
| Plaintiff, | ) | |
| v. | ) | |
| ANALYTICAL GRAMMAR, INC., | ) | |
| Defendant. | ) | |

Exhibit 25: True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0229-0235 (Ex. 22 to Declaration of D. Booth)



**Matthew Bradley**
December 8, 2017

This is wrong on so many levels

Please note that this picture is copyrighted. I appreciate all of you who shared it (very unexpectedly). Some people, however, are passing it off as their own work. I took the picture with my phone. This is the original photo (meme added). If you see anyone violating this copyright, please let me know. Thanks.

_____

^^ This caption goes with the picture ^^

I added the stuff below after I went over 10K shares. Didn't realize it would change what people shared on their pages. I apologize to those who didn't like that.

(Wow! I am stunned! Over 10K shares. Time for a shameless plug for my blog, https://thewayiseethings72.wordpress.com/ . Warning... not all of it is funny.)



😂👍 1.5K   867 Comments  19K Shares

👍 Like      💬 Comment      ↗ Share

View previous comments                    50 of 630

**Ryan Landis** Mark Janssen
Like · Reply · 2y

**Edwin Krutsinger** That's the spirit!
Like · Reply · 2y

**John Crocker** Saves all that bobbing about......end up plumb tuckered out !
Like · Reply · 2y  1

**Talia Haykin** Rebahir Davis
Like · Reply · 2y  1
↳ Rebahir Davis replied · 1 Reply

**Breanna Bailey** Jacob
Like · Reply · 2y  1
↳ Jacob Shoopman replied · 1 Reply

**Ray Garcia** Thought of you, Brad Haist!
Like · Reply · 2y

**Kayla Elizabeth** Anthony Boggs
Like · Reply · 2y

**James Michael** Derrick James McKain
Like · Reply · 2y

**Shannon White** Alyssa Young
Like · Reply · 2y
↳ Alyssa Young replied · 1 Reply

**Danica Girard** Elise Daly 😉
Like · Reply · 2y  1

**Jay Giadad** Nusan
Like · Reply · 2y

**John Scott Major** I thought the theme was that someone is so hard headed that they believed that a tool that could not possibly be wrong, is wrong. Then I got it.
Like · Reply · 2y  1

**David Aho** May have to go down to dad's basement woodshop and do this
Like · Reply · 2y  😆

**Bob Allen** Jennipher Bunyard
Like · Reply · 2y

**Jessica Staples** Will Russell Tim Leeroy Jenkins Patenall James Barrow thought you guys would appreciate this pun
Like · Reply · 2y

**Freyja Kivi** Jeremy Chapman
Like · Reply · 2y  1
↳ Jeremy Chapman replied · 2 Replies

**Jeremy Chapman**



Like · Reply · 2y

**Emma Clarke** Sue Spencer Mary Prodger









