**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL**

| | | |
|---|---|---|
| _____ | ) | |
| MATTHEW BRADLEY, | ) | **DEFENDANT ANALYTICAL** |
| | ) | **GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, | ) | **TO LOCAL CIVIL RULE 56.1** |
| v. | ) | **STATEMENT OF** |
| | ) | **UNDISPUTED MATERIAL FACTS IN** |
| ANALYTICAL GRAMMAR, INC., | ) | **SUPPORT OF ITS MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| Defendant. | ) | |
| _____ | ) | |

Exhibit 27: True and correct copy of a document produced by Defendant in this
action bearing the Bates Numbers AG0088-0095. (Ex. 24 to Declaration of D.
Booth)



Case 5:19-cv-00249-FL    Document 38-9    Filed 07/17/20    Page 2 of 9



Case 5:19-cv-00249-FL    Document 38-9    Filed 07/17/20    Page 3 of 9

**simonsaysabunchofstuff**   6 pts   Dec 14 2017   •••

Thats the spirit !

**Zuzecha**   6 pts   Dec 13 2017   •••

level with me here dad

**zeacorzeppelin10** via **Android** 📱   4 pts   Dec 14 2017   •••

**GaaraOfDaFunk**   3 pts   Dec 14 2017   •••

This picture says otherwise: https://imgur.com/a/eMNhS

+ 1 reply

**Slashenaar**   3 pts   Dec 14 2017   •••

If a level is wrong, you smash that shit

**goodmorningocd** via **iPhone** 📱   3 pts   Dec 13 2017   •••

Flat earth tools of course

**zipsline4** via **Android** 📱   3 pts   Dec 13 2017   •••

+ 1 reply

**Wylt** via **iPhone** 📱   3 pts   Dec 14 2017   •••

Do you want to experience true level?!

+ 1 reply

**NukeItFromOrbitMan** via **Android** 📱   3 pts   Dec 14 2017   •••

+ 1 reply

**boetker1991**   2 pts   Dec 14 2017   •••

The only thing I could think about:

+ 1 reply



**jts051686** via **iPhone** 📱    2 pts    Dec 14 2017    •••

**HypotheticalVelociraptor**    2 pts    Dec 14 2017    •••
so bad lol

**Shendorion**    2 pts    Dec 14 2017    •••
Making dad jokes with tools is beyond your average, everyday dad. This is . . . advanced dad.

**AnomolousHippopotomus** via **Android** 📱    2 pts    Dec 14 2017    •••
"Why has he kept so many fucking broken lev.. oooh.. Heh. Fuck you +1

**BigRCG** via **Android** 📱    2 pts    Dec 14 2017    •••

**fjduchess** via **Android** 📱    2 pts    Dec 14 2017    •••

**kibouchi** via **Android** 📱    2 pts    Dec 14 2017    •••
Hi Imgur, I'm Dad.

**DragonDildoChandelier** via **Android** 📱    2 pts    Dec 13 2017    •••

➕ 1 reply

**1wholurks** via **Android** 📱    2 pts    Dec 13 2017    •••

**abelincon56**    1 pt    Dec 14 2017    •••
Do you want to experience true level?

**Pointblankcommenter** via **Android** 📱    1 pt    Dec 13 2017    •••



**garybusey94** via iPhone  1 pt  Dec 15 2017  •••

Now if you want to experience true level...

**RxMxG**  1 pt  Dec 15 2017  •••

TIL that thing's called Level

**kspice**  1 pt  Dec 14 2017  •••

**WomanInTheRedDress** via Android  1 pt  Dec 14 2017  •••

I can't even...

**pinoykid13** via iPhone  1 pt  Dec 14 2017  •••

I can only hear Hannibal Buress saying this.

**moonshadow23**  1 pt  Dec 14 2017  •••

god dang it...

**Lethoreal**  1 pt  Dec 14 2017  •••

Didn't look at title first. Was very confused for like... 3-5 solid seconds.

**MogliDiosmio**  1 pt  Dec 14 2017  •••

*slowclap*

**ReeaaahImAParrot**  1 pt  Dec 14 2017  •••

https://www.youtube.com/watch?v=WrjwaqZfjIY

**Nchalada** via Android  1 pt  Dec 14 2017  •••

**phoenixgrinder**  1 pt  Dec 14 2017  •••

you earned your point. good show

**LivingStaticVoid**  1 pt  Dec 14 2017  •••

**Nipidus**  1 pt  Dec 14 2017  •••

had to sign in to upvote

**Beansidhe** 1 pt Dec 14 2017 •••

Nice one, Dad

**viila** 1 pt Dec 14 2017 •••

That IS so wrong! Why would you keep so many levels that are wrong?!

**Cattrina** 1 pt Dec 14 2017 •••

uuuh tools <3

**iNeedADog** 1 pt Dec 14 2017 •••

you have now graduated from Dad school

**sunray091** 1 pt Dec 14 2017 •••

You deserve the upvotes.

**Milkthief** 1 pt Dec 14 2017 •••

It's only wrong in spirit!

**GermanForJohn** via Android ⬜ 1 pt Dec 14 2017 •••

Hi funny, I'm Dad.

**TacoFox** 1 pt Dec 14 2017 •••

Its especially wrong to use spirit levels in the construction of 3d printers...use a god damn t-square.

**prettygeekygirl** via iPhone ⬜ 1 pt Dec 14 2017 •••

Dad? When did you find Imgur?

+ 1 reply

**Pieala** 1 pt Dec 14 2017 •••

Is that a dad workshop joke?

**gsmdo** 1 pt Dec 14 2017 •••

That's the spirit! +1

**MrAskani** 1 pt Dec 14 2017 •••

I love tellinmg Dad jokes. He also loves to listen to them.

**forrestokun** 1 pt Dec 14 2017 •••

STOOOOOP

**Dpwdesigns** via Android ⬜ 1 pt Dec 14 2017 •••

All you need is a level level to see if your level is level

**Beltalowda** via Android ⬜ 1 pt Dec 14 2017 •••

Is that you Depeche Mode ?

**rakkarn** via Android ⬜ 1 pt Dec 14 2017 •••

Case 5:19-cv-00249-FL     Document 89-9     Filed 07/17/20     Page 7 of 9

**PmMeGifsForSauce**   1 pt   Dec 14 2017   •••

**mulligylan** via Android   1 pt   Dec 14 2017   •••

"I hope you didn't fuck up the bubble"- coworkers when I drop a level on the floor

**samsneed**   1 pt   Dec 14 2017   •••

**magicrhombus**   1 pt   Dec 14 2017   •••

Visual puns are the best puns.

**ThisMeetsAllofMyKoalafications** via Android   1 pt   Dec 14 2017   •••

Pun face https://imgur.com/a/jEDBH

**isaacthereal** via iPhone   1 pt   Dec 14 2017   •••

**GoodyGowild** via iPhone   1 pt   Dec 14 2017   •••

**thelittlemaninthecorner** via iPhone   0 pts   Dec 14 2017   •••

**LSAH** via iPhone   1 pt   Dec 14 2017   •••

How to correctly use the term 'literally'.

**ValoSaurusRex** via Android   1 pt   Dec 14 2017   •••

Dad? Is that you?

**Gunthervonhinten** via iPhone   1 pt   Dec 14 2017   •••

On 5 levels, to be very precise.

**delilahviolet** via iPhone   1 pt   Dec 14 2017   •••

This was the second post I saw on imgur when I opened it. Now I want to throw my phone



**DarkViper715**   1 pt   Dec 14 2017   •••

I...

**WhiteWolf001** via iPhone □   1 pt   Dec 14 2017   •••

Shop teacher level "wrong"

**jetterbobby** via Android □   1 pt   Dec 14 2017   •••

You.

**Mahnarch**   1 pt   Dec 14 2017   •••

*an hour later* Wife: "Honey! Where'd all the blue tape go?"

**iiii**   1 pt   Dec 14 2017   •••

What are these?

➕ 1 reply

**HibernatingArtNapper** via Android □   1 pt   Dec 14 2017   •••

It took me longer than I care to admit to understand the joke.

**wanderingdreams**   1 pt   Dec 14 2017   •••

Eh, I smiled.

**JellyGnome** via Android □   1 pt   Dec 14 2017   •••

Kin hell, brilliant!

**hamx3** via iPhone □   1 pt   Dec 14 2017   •••

Nice

**miahtSuperVillain** via Android □   1 pt   Dec 14 2017   •••

He warned us

Case 5:19-cv-00249-FL   Document 39-9   Filed 07/17/20   Page 9 of 9