**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL**

| | | |
|---|---|---|
| _____ | ) | |
| MATTHEW BRADLEY, | ) | **DEFENDANT ANALYTICAL** |
| | ) | **GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, | ) | **TO LOCAL CIVIL RULE 56.1** |
| v. | ) | **STATEMENT OF** |
| | ) | **UNDISPUTED MATERIAL FACTS IN** |
| ANALYTICAL GRAMMAR, INC., | ) | **SUPPORT OF ITS MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| Defendant. | ) | |
| _____ | ) | |

Exhibit 28: True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0044-0048 (Ex. 25 to Declaration of D. Booth)

Dr. Sheldon Cooper on Twitter: "This is wrong on so many levels. https://t.co/ES0yjaiz6L" / Twitter                                    9/6/19, 10:45 PM



- Home
- # Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- ⋯ More

**Tweet**

**Tweet**

Dr. Sheldon Cooper
@TheRealSheldonC

This is wrong on so many levels.



4:22 AM · Dec 14, 2017 · Twitter for iPhone

**558** Retweets   **1.9K** Likes

Ed Baker @edbaker1965 · Dec 14, 2017
Replying to @TheRealSheldonC
But all done in the right spirit so that's ok.
💬 1    🔁 2    ❤ 21

🔍 Search Twitter

**Relevant people**



Dr. Sheldon Cooper
@TheRealSheldonC
I'm a Caltech Theoretical P
a B.S., M.S., M.A., Ph.D., A
OMG Right? Bazinga!

**Boston trends**

#LosersStickTogether 👏
IT Chapter Two – Now Playing!
🔗 Promoted by IT Chapter Two 🎈🎈

Yankees

Mitch Moreland

Gruden



NFL
Raiders coach Jon Gruden
says Antonio Brown will play in

Fenway

Show more

Terms   Privacy policy   Cookies   Ad
More ⌄   © 2019 Twitter, Inc.



**Dr. Sheldon Cooper** @TheRealSheldonC · Dec 14, 2017

💬 2        🔁 9        ♡ 84        ⬆️

**Ed Baker** @edbaker1965 · Dec 14, 2017
I feel I deserved your haughty derision on this occasion but a reply does of course mean we are now BFFs

💬 1        🔁        ♡ 28        ⬆️

**Jonathan Stirland** @Stirlaj5 · Dec 14, 2017
That's what Restraining Orders are for Shelly

💬        🔁 1        ♡ 3        ⬆️

**Gina Miller, M.Ed.** @GinaBeckMiller · Dec 14, 2017
Replying to @TheRealSheldonC

💬        🔁        ♡ 11        ⬆️



**groot** @Groot_the_tree · Dec 14, 2017
Replying to @TheRealSheldonC
I am Groot

💬      ⟲ 1      ♡ 9      ⬆

**Stacey Bailey** @SbSbailey67 · Dec 14, 2017
Replying to @TheRealSheldonC

GIF

💬      ⟲      ♡ 3      ⬆

**Rose Silva** @rose_littlecat · Dec 15, 2017
Replying to @TheRealSheldonC

GIF

💬      ⟲      ♡ 3      ⬆

**Harry Monmouth** @HarryMonmouth · Dec 14, 2017
Replying to @TheRealSheldonC
You are so very whimsical.

💬      ⟲      ♡ 2      ⬆

**Andrew Grech** @AndrewJGrech · Dec 14, 2017
Replying to @TheRealSheldonC
That's the spirit! Let me level with you and get something straight - get your puns in before the bubble bursts!

💬      ⟲      ♡ 2      ⬆

**John Wallek** @john_wallek · Dec 14, 2017
Replying to @TheRealSheldonC
Cute! LOL

💬      ⟲      ♡      ⬆



**Wiked_Anton** @MWiked · Dec 14, 2017
Replying to @TheRealSheldonC
Dad jokes....omg

**diarmuid farrell** @DiarmuidFarrell · Dec 14, 2017
Replying to @TheRealSheldonC
@DeclanJKiely @deanpc118 haha

1                    1

**mrDeclanKiely** @DeclanJKiely · Dec 14, 2017
Don't know if we can be friends anymore.

3

**Metal Art Wales** @metalartwales · Dec 14, 2017
Replying to @TheRealSheldonC
😂😂😂

1

**Dino Butorac** @DinoButorac · Dec 14, 2017
Replying to @TheRealSheldonC
Five, to be exact.

1

**S.Dorrance** @SDorranceWindow · Dec 14, 2017
Replying to @TheRealSheldonC
The real Dr Cooper would use a laser level

**Steve Jones** @TheEulerID · Dec 14, 2017
Replying to @TheRealSheldonC
There's the Tim Vine version of that joke "crime in multi-storey car parks; it's wrong on so many levels".

1

**asci** @cyberartem · Dec 14, 2017
Replying to @TheRealSheldonC and @ALF_er
saved, in case of serious discussion

1

**Sharon Timms** @Sharonphul · Dec 14, 2017
Replying to @TheRealSheldonC
@SteveTimms - this is very much your humour.

1

Case 5:19-cv-00249-FL    Document 30-10    Filed 07/17/20    Page 5 of 6

Case 5:19-cv-00249-FL    Document 32-10    Filed 07/17/20    Page 6 of 6