**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No. 5:19-cv-249-FL**

_____

|  |  |  |
|---|---|---|
| MATTHEW BRADLEY, | ) | **DEFENDANT ANALYTICAL** |
|  | ) | **GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, | ) | **TO LOCAL CIVIL RULE 56.1** |
| v. | ) | **STATEMENT OF** |
|  | ) | **UNDISPUTED MATERIAL FACTS IN** |
| ANALYTICAL GRAMMAR, INC., | ) | **SUPPORT OF ITS MOTION FOR** |
|  | ) | **SUMMARY JUDGMENT** |
| Defendant. | ) |  |

_____)

 

Exhibit 29: True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0236 (Ex. 26 to Declaration of D. Booth)



Case 5:19-cv-00249-FL   Document 28-11   Filed 07/17/20   Page 2 of 2   AC0236