**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No. 5:19-cv-249-FL**

| | |
|---|---|
| MATTHEW BRADLEY,<br><br>Plaintiff,<br>v.<br><br>ANALYTICAL GRAMMAR, INC.,<br><br>Defendant. | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Exhibit 35: True and correct copy of a document produced by Defendant in this action bearing the Bates Number AG0021 (Ex. 32 to Declaration of D. Booth)

Search | Dan | Home | Create

**Matthew Bradley**
April 20, 2018 ·

**Aunty Acid** | Like Page
April 10, 2018 ·

We think you'll find these punderful.

WWW.TREND-CHASER.COM
**The Most Clever Puns The Internet Has To Offer**
We think you'll find these punderful.

6 · 4 Comments

Like | Comment | Share

**Matthew Bradley** Hey, I'm famous! My picture made the list of the most clever puns on the internet! Woo hoo! (2)
Like · Reply · 1y

**Matthew Bradley** Thanks Luke Thompson for letting me know. (1)
Like · Reply · 1y

**Matthew Bradley** About my picture: "The person who came up with this one definitely leveled up in the pun game." (3)
Like · Reply · 1y

**Diane Schultz Hosier** As soon as I saw it, I said Matthew Bradley 😀 (1)
Like · Reply · 1y

Write a comment...

Friend Requests | See All

Virginia Zeani
Confirm | Delete

Mary Anne Keeley Grace
Jacquelyn Cohen is a mutual friend.
Confirm | Delete

Jordan Marsh
28 mutual friends
Confirm | Delete

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2019

Chat