IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) | DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT |
| Plaintiff, | ) | |
| v. | ) | |
| ANALYTICAL GRAMMAR, INC., | ) | |
| Defendant. | ) | |

Exhibit 56: Merriam-Webster definition of the word "viral," located at <https://www.merriam-webster.com/dictionary/viral> (Ex. 51 to Declaration of D. Booth)



SINCE 1828

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY

- LOG IN
- REGISTER
- settings
- SAVED WORDS

viral

dictionary thesaurus　　view recents

Login or Register
Hello,

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY
- SETTINGS
-
- SAVED WORDS　　view recents

# viral

adjective

 Save Word

To save this word, you'll need to log in.

Log In

vi·ral | \ ˈvī-rəl  \

# Definition of *viral*

1 **:** of, relating to, or caused by a virus a viral infection
2 **:** quickly and widely spread or popularized especially by means of social media a viral video



Other Words from *viral*   More Example Sentences   Learn More about *viral*

Keep scrolling for more

# Other Words from *viral*

virally \ ˈvī-rə-lē \ adverb

# Examples of *viral* in a Sentence

Recent Examples on the Web The administrators posted the photos on Facebook and the post quickly went *viral*, gaining more than 314,000 shares in the first week. — Emily Vanschmus, *Better Homes & Gardens*, "These Seniors Are Searching for Pen Pals to Keep Them Connected While Social Distancing," 30 June 2020
Facebook user Nate Harves' June 15 post of the screenshots recently went *viral*. — Chelsey Cox, *USA TODAY*, "Fact check: An adviser for L'Oreal did not release message critical of white people," 30 June 2020

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'viral.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More ⊕⊖

# First Known Use of *viral*

1937, in the meaning defined at sense 1

# History and Etymology for *viral*

vir(us) + -al entry 1

Keep scrolling for more

# Learn More about *viral*

Share *viral*

[Post the Definition of viral to Facebook](#)  [Share the Definition of viral on Twitter](#) 

Time Traveler for *viral*



# The first known use of *viral* was in 1937

[See more words from the same year](#)

From the Editors at Merriam-Webster

['Virus' vs. 'Bacteria'](#)

### ['Virus' vs. 'Bacteria'](#)

[The key differences between two common pathogens](#)

# Dictionary Entries near *viral*

[Vipionidae](#)

[vir](#)

[virago](#)

[viral](#)

[Virales](#)

[viral marketing](#)

[virama](#)

[See More Nearby Entries](#)

# Statistics for *viral*

Last Updated

3 Jul 2020

Look-up Popularity

Top 30% of words

Cite this Entry

"Viral." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/viral. Accessed 10 Jul. 2020.

Style: MLA

Keep scrolling for more

More Definitions for *viral*

viral

*adjective*


# English Language Learners Definition of *viral*

**:** caused by a virus
**:** spreading very quickly to many people especially through the Internet

See the full definition for *viral* in the English Language Learners Dictionary

viral

adjective
vi·ral | \ ˈvī-rəl \

# Medical Definition of *viral*

**:** of, relating to, or caused by a virus viral infections

Other Words from *viral*

virally \ -rə-lē \ adverb

Keep scrolling for more

More from Merriam-Webster on *viral*

Rhyming Dictionary: Words that rhyme with *viral*

Spanish Central: Translation of *viral*

Nglish: Translation of *viral* for Spanish Speakers

Britannica English: Translation of *viral* for Arabic Speakers

Comments on *viral*

What made you want to look up *viral*? Please tell us where you read or heard it (including the quote, if possible).

SHOW COMMENTS



**WORD OF THE DAY**

histrionic

See Definitions and Examples »

Get Word of the Day daily email!

Your email address

**SUBSCRIBE**

165891285

**Test Your Vocabulary**

Words for Summer: A Quiz

- Which of the following words means "of or relating to summer"?

  - estival
  - brumal
  - vernal
  - hiemal

Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ

**Test Your Knowledge** - and learn some interesting things along the way.

TAKE THE QUIZ

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

**WORDS AT PLAY**

Case 5:19-cv-00249-FL   Document 30-38   Filed 07/17/20   Page 8 of 11

### Pushback, Outback, and More Words Ending in "Back"

Words ending in 'back' ...

### 'Precedented' and 'Unprecedented' Times

Are there "precedente ...

### A Trick for Dealing with Summer Heat: Estivate

It's like hibernating, but warme ...

### The Words of the Week - 7/3/20

Words from the week of 7/3/2 ...

## ASK THE EDITORS

### How to Remember the Spelling of 'Definitely'

A definitive answer.

### Video: Why Is There a 'C' in 'Indict'?

And who put it there, anyw ...

### Literally

How to use a word that (literal ...

### Is Singular 'They' a Better Choice?

The awkward case of 'his or h ...

## WORD GAMES

Case 5:19-cv-00249-FL   Document 30-38   Filed 07/17/20   Page 9 of 11

- **Words for Summer: A Quiz**

  Test your knowledge of words relat …

  **TAKE THE QUIZ** >

- **A More Exception(al) Quiz**

  Which of these things does …

  **TAKE THE QUIZ** >

- **Spell It**

  Can you spell these 10 commor …

  **TAKE THE QUIZ** >

- **Dictionary Devil**

  The dictionary has been scrambl …

  **PLAY THE GAME** >

Learn a new word every day. Delivered to your inbox!

[Your email add…]  **SUBSCRI >**

OTHER MERRIAM-WEBSTER DICTIONARIES

- SPANISH CENTRAL
- LEARNER'S ESL DICTIONARY
- WORDCENTRAL FOR KIDS
- VISUAL DICTIONARY


- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API |
Contact Us | Join MWU | Video | Word of the Year | Puku | Vocabulary Resources |
Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use |
Do Not Sell My Info

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary |
Browse the Spanish-English Dictionary

© 2020 Merriam-Webster, Incorporated