| | |
|---|---|
| MATTHEW BRADLEY, <br><br> Plaintiff, <br> v. <br><br> ANALYTICAL GRAMMAR, INC., <br><br> Defendant. | DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT |

Exhibit 57: Merriam-Webster definition of the word "meme," located at < https://www.merriam-webster.com/dictionary/meme> (Ex. 52 to Declaration of D. Booth) (Ex. 4 to Deposition of M. Bradley)



**SINCE 1828**

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY

- LOG IN
- REGISTER
-

  settings
- SAVED WORDS

meme



dictionary thesaurus   view recents

Login or Register
Hello,

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY
- SETTINGS
-

- SAVED WORDS   view recents

# meme

noun

Save Word

To save this word, you'll need to log in.

Log In

\ ˈmēm \





# Definition of *meme*

1 : an idea, behavior, style, or usage that spreads from person to person within a culture Memes (discrete units of knowledge, gossip, jokes and so on) are to culture what genes are to life. Just as biological evolution is driven by the survival of the fittest genes in the gene pool, cultural evolution may be driven by the most successful memes.
— Richard Dawkins
2 : an amusing or interesting item (such as a captioned picture or video) or genre of items that is spread widely online especially through social media … the band encouraged fans to make memes to advertise the U.S. release of their EP …— William Gruger The grumpy cat meme frowned its way onto the Internet in September 2012 and never turned its dissatisfied head back. Since then, the image of the cranky cat has grown more and more popular in direct proportion to appearing less and less impressed by fame.— Anastasia Thrift

↓ Other Words from *meme*   ↓ Did You Know?   ↓ More Example Sentences   ↓ Learn More about *meme*

Keep scrolling for more

# Other Words from *meme*

memetic \ mē-'me-tik 🔊 , mə- \ adjective
… the exhibition seeks to give a sense not only of Holmes's origins but of the real-world milieu in which Conan Doyle set him and of his memetic spread through the culture.  – Sam Leith

# Did You Know?

In his 1976 book *The Selfish Gene*, British scientist Richard Dawkins defended his newly coined word *meme*, which he defined as "a unit of cultural transmission." Having first considered, then rejected, "mimeme," he wrote: "'Mimeme' comes from a suitable Greek root, but I want a monosyllable that sounds a bit like 'gene.' I hope my classicist friends will forgive me if I abbreviate 'mimeme' to 'meme.'" (The suitable Greek root was *mim-*, meaning "mime" or "mimic." The English suffix *-eme* indicates a distinctive unit of language structure, as in "grapheme," "lexeme," and "phoneme.") "Meme" itself, like any good meme, caught on fairly quickly, spreading from person to person as it established itself in the language.

# Examples of *meme* in a Sentence

Recent Examples on the Web Maybe time in the wilderness was the best antidepressant, as inspirational *memes* in online backpacking forums promised. — Mathina Calliope, *Longreads*, "The Backcountry Prescription Experiment," 3 Dec. 2019 Sunday night had the perfect combination for great *memes* in Houston. — Matt Young, *Houston Chronicle*, "Hilarious memes celebrate Texans' win over Patriots," 2 Dec. 2019

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'meme.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More ⊕⊖

# First Known Use of *meme*

1976, in the meaning defined at sense 1

# History and Etymology for *meme*

Case 5:19-cv-00249-FL   Document 30-39   Filed 07/17/20   Page 3 of 14

alteration of *mimeme*, from *mim-* (as in *mimesis*) + *-eme*

Keep scrolling for more

## Learn More about *meme*

Share *meme*

Post the Definition of meme to Facebook    Share the Definition of meme on Twitter 

Time Traveler for *meme*



## The first known use of *meme* was in 1976

See more words from the same year

Listen to Our Podcast about *meme*








Theme music by Joshua Stamper ©2006 New Jerusalem Music/ASCAP

Get Word of the Day delivered to your inbox!

Your email address    Sign Up 

From the Editors at Merriam-Webster



The History of 'Meme'

## The History of 'Meme'

ThE HiStOrY oF 'mEmE'



Meme, Ninja, Baseball: Who Used it...

## Meme, Ninja, Baseball: Who Used it First?

Meet the Authors Behind the Words



Trending: Meme

## Trending: Meme

After a phrase from the presidential debate went viral ...

# Dictionary Entries near *meme*

membranous

membranous labyrinth

membranula

meme

memento

memento mori

Case 5:19-cv-00249-FL   Document 30-39   Filed 07/17/20   Page 5 of 14

memetics

See More Nearby Entries

## Statistics for *meme*

Last Updated

5 Dec 2019

Look-up Popularity

Top 1% of lookups

Cite this Entry

"Meme." *The Merriam-Webster.com Dictionary*, Merriam-Webster Inc., https://www.merriam-webster.com/dictionary/meme. Accessed 12 December 2019.

Style: MLA

Keep scrolling for more

More Definitions for *meme*

meme

noun


## English Language Learners Definition of *meme*

: an idea, behavior, style, or usage that spreads from one person to another in a culture
: an amusing or interesting picture, video, etc., that is spread widely through the Internet

More from Merriam-Webster on *meme*

Rhyming Dictionary: Words that rhyme with *meme*

Nglish: Translation of *meme* for Spanish Speakers

Comments on *meme*

What made you want to look up *meme*? Please tell us where you read or heard it (including the quote, if possible).

SHOW COMMENTS

Case 5:19-cv-00249-FL   Document 30-39   Filed 07/17/20   Page 6 of 14



## Test Your Vocabulary

Semantic Drift Quiz



**Test Your Knowledge** - and learn some interesting things along the way.

Case 5:19-cv-00249-FL   Document 30-39   Filed 07/17/20   Page 7 of 14



TAKE THE QUIZ

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

### WORDS AT PLAY



- **The (Not Always) Cheery History of 'Cheer'**

  To your health

Case 5:19-cv-00249-FL   Document 30-39   Filed 07/17/20   Page 8 of 14

- 

  ### 'They' Is Merriam-Webster's Word of the Year 2019

  Take a deeper dive on our 2019 pick

- 

  ### Word of the Year 2019 | They

  Our Word of the Year 'they,' plus 10 more

- 

  ### A Guide to Surviving Winter

  Our Favorite Quotations About Winter

Case 5:19-cv-00249-FL Document 30-39 Filed 07/17/20 Page 9 of 14

ASK THE EDITORS



## 2019 Word of the Year: Behind the Scenes

How we chose 'they'



## Is It 'Hanger' or 'Hangar'?

How to remember which is which

- 

  ### Literally

  How to use a word that (literally) drives some people nuts.

- 

  ### Is Singular 'They' a Better Choice?

  The awkward case of 'his or her'

**WORD GAMES**

- 

# Semantic Drift Quiz

A challenging quiz of changing words.

**TAKE THE QUIZ**



## A Thanksgiving Word Quiz

We are thankful for obscure words.

**TAKE THE QUIZ**



## Spell It

Can you spell these 10 commonly misspelled words?

**TAKE THE QUIZ**

Case 5:19-cv-00249-FL   Document 30-39   Filed 07/17/20   Page 12 of 14



## Bee Cubed

Listen to the words and spell through all three levels.

**PLAY THE GAME**

Learn a new word every day. Delivered to your inbox!

Your email address

---

OTHER MERRIAM-WEBSTER DICTIONARIES

- SPANISH CENTRAL
- LEARNER'S ESL DICTIONARY
- WORDCENTRAL FOR KIDS
- VISUAL DICTIONARY

- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US

• • • •

Case 5:19-cv-00249-FL   Document 30-39   Filed 07/17/20   Page 13 of 14

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Video | Word of the Year | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary | Browse the Spanish-English Dictionary

© 2019 Merriam-Webster, Incorporated