IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) ) | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, | ) ) | **TO LOCAL CIVIL RULE 56.1 STATEMENT OF** |
| v. | ) ) | **UNDISPUTED MATERIAL FACTS IN** |
| ANALYTICAL GRAMMAR, INC., | ) ) | **SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | ) ) | |

**NOTICE OF FILING**

The foregoing, contains supplemental materials, namely exhibits, related to Defendant's Appendix to Local Civil Rule 56.1 Statement of Undisputed Material Facts. [DE 29.]

                                               Respectfully submitted,

                                               Analytical Grammar, Inc.

                                               By its attorneys:

Signed: July 17, 2020                  /s/ Dan Booth
                                                Dan Booth
                                                Dan Booth Law LLC
                                                60 Thoreau Street, #121
                                                Concord, MA 01742
                                                dan@danboothlaw.com
                                                Local Civil Rule 83.1(e) Special Appearance

                                                Christopher M. Thomas
                                                N.C. State Bar No. 31834
                                                christhomas@parkerpoe.com
                                                Parker Poe Adams & Bernstein LLP
                                                PNC Plaza
                                                301 Fayetteville Street, Suite 1400 (27601)
                                                P.O. Box 389
                                                Raleigh, North Carolina 27602-0389
                                                Telephone: (919) 835-4626
                                                Facsimile: (919) 834-4564
                                                Local Civil Rule 83.1(d) Counsel

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Albert P. Allan
ALLAN LAW FIRM, PLLC
435 East Morehead Street
Charlotte, NC 28202
Email: alallan@allaniplitigation.com

This the 17th day of July, 2020.

/s/ Dan Booth
Dan Booth
Dan Booth Law LLC
60 Thoreau Street, #121
Concord, MA 01742
dan@danboothlaw.com
Local Civil Rule 83.1(e) Special Appearance

Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
Local Civil Rule 83.1(d) Counsel