IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | ) | |
| v. | ) | |
| ANALYTICAL GRAMMAR, INC., | ) | |
| Defendant. | ) | |

Exhibit 58: True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0108-0109 (Ex. 53 to Declaration of D. Booth)

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

← Tweet

**Adam McCann**
@AssembledAdam

Well this is wrong on so many levels...



7:41 PM · Aug 1, 2016 · Twitter Web Client

237 Retweets    475 Likes

Search Twitter

**Relevant people**

**Adam McCann**
@AssembledAdam
Founder of @ClaimerApp. ...
your dev costs back from H...
claimer.io Bio:
cofounderslab.com/profile/...

**Boston trends**

#LosersStickTogether
IT Chapter Two – Now Playing!
Promoted by IT Chapter Two

Yankees

Mitch Moreland

Gruden
NFL
Raiders coach Jon Gruden says Antonio Brown will play in

Fenway

Show more

Terms   Privacy policy   Cookies   Ad
More   © 2019 Twitter, Inc.

