IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) | DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT |
| Plaintiff, | ) | |
| v. | ) | |
| ANALYTICAL GRAMMAR, INC., | ) | |
| Defendant. | ) | |

Exhibit 59: True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0110-0114 (Ex. 54 to Declaration of D. Booth)



Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

← Thread

**Luke Redpath**
@lukeredpath

This is wrong on so many levels...



8:18 PM · Sep 26, 2017 from Colchester, England · Tweetbot for iOS

996 Retweets   2.4K Likes

Search Twitter

**Relevant people**

**Luke Redpath**
@lukeredpath
Experienced Ruby and iOS and developer based in Co Essex. Interested in remote and freelance projects. Cy poker player.

**Boston trends**

#LosersStickTogether 🎈
IT Chapter Two – Now Playing!
↗ Promoted by IT Chapter Two 🎈🎈

Yankees

Mitch Moreland

Gruden

NFL
Raiders coach Jon Gruden says Antonio Brown will play in

Fenway

Show more

Terms   Privacy policy   Cookies   Ad
More ⌄   © 2019 Twitter, Inc.





Case 5:19-cv-00249-FL    Document 31-2    Filed 07/17/20    Page 4 of 6

**Annie Adams** @CaspianSpatula · Sep 28, 2017
Replying to @lukeredpath
@timbd I feel like you would appreciate this

💬 1    🔁    ♡ 1

**Tim Dowling** @timbd · Sep 28, 2017
That's the spirit

💬 1    🔁    ♡ 3

**Annie Adams** @CaspianSpatula · Sep 28, 2017
Taking it to a whole new level

💬 1    🔁    ♡ 5

**Luke Redpath** @lukeredpath · Sep 28, 2017
Badum-tish!

**Marcus P Pelletier** @DotMPP · Oct 5, 2017
Replying to @lukeredpath and @jayhipps
UFO Caught on Tape



💬 1    🔁    ♡ 3

**Marcus P Pelletier** @DotMPP · Oct 5, 2017
Disclaimer: That's my daughter in the photo and she wrote the joke… I'm just the messenger

💬 1    🔁    ♡ 2

**Luke Redpath** @lukeredpath · Oct 5, 2017
Her Dad has taught her well. 👍🏻

💬    🔁    ♡ 2

Case 5:19-cv-00249-FL    Document 81-2    Filed 07/17/20    Page 5 of 6

