IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | ) | |
| v. | ) | |
| ANALYTICAL GRAMMAR, INC., | ) | |
| Defendant. | ) | |

Exhibit 62: True and correct copy of a document produced by Defendant in this action bearing the Bates Numbers AG0004-0005 (Ex. 58 to Declaration of D. Booth)

# Erin Karl

| | |
|---|---|
| **From:** | Erin Karl |
| **Sent:** | Monday, August 19, 2019 10:02 AM |
| **To:** | SHudson@WorldPatents.com; RL@LiebowitzLawFirm.com |
| **Subject:** | Fwd: Bradley v Analytical Grammar |
| **Attachments:** | Bradley - Analytical Grammar.pdf |

Gentlemen,

I'm resending my email from three days ago regarding my settlement offer and request for extension.

Please respond.

Regards,

Erin Karl


Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Erin Karl <ekarl@analyticalgrammar.com>
Date: 8/16/19 5:10 PM (GMT-05:00)
To: SHudson@WorldPatents.com, RL@LiebowitzLawFirm.com
Subject: Bradley v Analytical Grammar

Mr. Hudson and Mr. Liebowitz,

My company Analytical Grammar just received your lawsuit over a photo by Matthew Bradley on our Facebook page. Mr. Bradley never contacted us about the photo so this lawsuit is the first time we heard anything about copyright infringement. The photo was a viral meme and we thought that sharing it on Facebook was permitted. We didn't remove or alter any copyright management information. Nothing identified Mr. Bradley as the photographer when we came across the photo. We will have it taken down promptly if you request it.

I apologize for anything we've done. We want to make amends. We are prepared to settle this matter by making a $500 payment. Please let us know if he will accept.

Otherwise I'm not sure what we'll do. We haven't been involved in a lawsuit before and we haven't engaged a lawyer to handle this case. We hope that won't be necessary. Since we only get three weeks to answer, we would need time to figure out our options. Can you give us an extension of time - at least another two weeks? Thank you.


Sincerely,

1

Case 5:19-cv-00249-FL    Document 31-5    Filed 07/17/20    Page 2 of 3

Erin Karl
Analytical Grammar

Sent from my Verizon, Samsung Galaxy smartphone