# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | |
| v. | |
| ANALYTICAL GRAMMAR, INC., | |
| Defendant. | |

Exhibit 63: Emails between Seth Hudson, counsel for Plaintiff, and Dan Booth, counsel for Defendant, dated August 20, 2019 and August 21, 2019 (Ex. 59 to Declaration of D. Booth)

**From:** Seth Hudson shudson@worldpatents.com
**Subject:** RE: Bradley v. Analytical Grammar, Inc., No. 5:19-cv-00249 (E.D.N.C.)
**Date:** August 21, 2019 at 12:21 PM
**To:** Dan dan@danboothlaw.com, Richard Liebowitz RL@liebowitzlawfirm.com



Dan,

Your synopsis below captures our conversation. We agree to an extension up to and including September 13, 2019 in which defendant may respond to the complaint. We will not file an Affidavit of Service beforehand.

Richard- please contact Dan and speak with him directly about the proposed settlement offer.

Seth

**Seth L. Hudson**
**Partner**
Admitted in NC, SC and TN, USPTO Registered



4500 Cameron Valley Parkway, Suite 350
Charlotte, NC 28211 USA
Tel: 704.790.3600
Fax: 704.366.9744
shudson@worldpatents.com

---

**From:** Dan <dan@danboothlaw.com>
**Sent:** Wednesday, August 21, 2019 12:17 PM
**To:** Seth Hudson <shudson@worldpatents.com>; Richard Liebowitz <RL@liebowitzlawfirm.com>
**Subject:** Re: Bradley v. Analytical Grammar, Inc., No. 5:19-cv-00249 (E.D.N.C.)

Gentlemen,

This email memorializes my conversation with Seth Hudson this morning. Seth, thanks for your call. Seth advised that he is acting as local counsel in this matter and Richard is lead counsel. In response to my request, and my client's earlier request, Seth has agreed to grant our request for an extension of time to respond to the complaint, and agreed that the plaintiff will not file an affidavit of service or seek entry of default during the extension. We had requested a two-week extension: from August 23 to September 6. Seth agreed and generously offered us three or four weeks as needed, subject to the 90-day service deadline of Fed. R. Civ. P. 4(m). Seth informed us that the court requires defendants seeking an extension to file any motion for an extension. However, acknowledging that Analytical has not yet secured local counsel, we reached a "gentleman's agreement" that the plaintiff will not require a motion from Analytical during the extension period, again so long as a filing is made before the 90-day deadline.

If negotiations do not lead to a settlement, we expect to file an answer before then. The complaint was filed on June 18, so Rule 4(m) would not require service until September 16. I

complaint was filed on June 13, so Rule 4(m) would not require service until September 13. I propose that we agree to a three-week extension to respond to the complaint, until September 13, to allow time for negotiations and for Analytical to secure local counsel. Please confirm.

Thank you again for your cooperation. I hope settlement discussions will be fruitful and I look forward to hearing from you.

Dan Booth
Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742
646-573-6596
dan@danboothlaw.com


> On Aug 20, 2019, at 4:31 PM, Dan <dan@danboothlaw.com> wrote:
>
> Gentlemen,
>
> I have been engaged to represent Analytical Grammar in this action.
>
> My client regrets the unlicensed use of Mr. Bradley's photo and, on Friday, offered to accept entry of judgment for $500 to resolve the matter. My client believed in good faith that its use of the viral meme was permissible and would not constitute an infringement.
>
> If Mr. Bradley is willing to consider a settlement, then while we negotiate terms, would you agree to brief two week extension of our time to respond to the complaint? Service was received by mail on or about August 2, so we are due to respond by Friday, August 23, unless an extension is allowed. I would need to both locate and engage local counsel before I can enter an appearance and file an answer, which will be challenging in the time remaining. Your cooperation would be greatly appreciated.
>
> Also, my client has asked if Mr. Bradley requests the removal of his photo from Analytical Grammar's Facebook page. Please instruct.
>
> Regards,
>
> Dan Booth
> Dan Booth Law LLC
> 60 Thoreau Street #121
> Concord, MA 01742
> 646-573-6596
> dan@danboothlaw.com