# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:19-cv-249-FL

|  |  |  |
|---|---|---|
| | ) | |
| MATTHEW BRADLEY, | ) | **DEFENDANT ANALYTICAL** |
| | ) | **GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, | ) | **TO LOCAL CIVIL RULE 56.1** |
| v. | ) | **STATEMENT OF** |
| | ) | **UNDISPUTED MATERIAL FACTS IN** |
| ANALYTICAL GRAMMAR, INC., | ) | **SUPPORT OF ITS MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| Defendant. | ) | |
| | ) | |

Exhibit 65: True and correct copy of a document produced by Plaintiff in this action bearing the Bates Numbers MB_070-072 (Ex. 57 to Declaration of D. Booth)

# SEPTEMBER 2019 Response to Drills.PDF

MB_070



**Search**                                      Matthew    Home    Create

**Matthew Bradley**
September 2

These things ... occur to me...

23                                    43 Comments  5 Shares

Like          Comment          Share

**Matthew Bradley** As always... please feel free to share.
Like · Reply · 9w                                    6

     Suzanne DeStaffany replied · 17 Replies

**Vicki N David Slawienski** You always make me smile..ty
Like · Reply · 9w                                    1

     Rob Fischer replied · 2 Replies

**Jennifer Ippoliti** Matt, Matt, Matt, have you learned nothing from the "so many levels" debacle? Watermark those photos, man!
Like · Reply · 9w                                    3

     Hide 17 Replies

     **Matthew Bradley** Actually... I copyrighted that photo.
     Like · Reply · 9w                                    1

     **Matthew Bradley** and I'll do the same here if it takes off.
     Like · Reply · 9w                                    1

     **Nandu Nandini** You freaking stole my thoughts
     Reply · 8w

     **Cassandra Boone** Yeah he's learned his lesson    copyright if it "takes off", meaning encourage people to share *then* copyright and sue after they share the image. Of course he's not going to watermark, no one would touch it if they knew where it was coming from.
     Like · Reply · 8w · Edited                                    23

     **Matthew Bradley** Cassandra Boone if you don't want to share, that's fine. I have never and will never sue anyone for sharing any of my posts. Your insinuation that I have done and that I posted these so I could do so again is uninformed and insulting.
     Like · Reply · 8w

     **Nandu Nandini** You are suing analytical grammar
     Reply · 8w                                    3

## Friend Requests                                    See All

**Dave Schimansky**
Confirm    Delete

**Debra Weinrit Berman**
Confirm    Delete

**Dorothy Czachowski Chester**
Confirm    Delete

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2019

Jaime Gallegos
Martin Silva
Flora Floen
Daphne Bradley                    20h
Michael Brennan
Cynthia Bradley Hoff…

**GROUP CONVERSATIONS**

LGF OLD TYMERS
Robyn, Daniel, Paul

**MORE CONTACTS (35)**

Benton Frazier Lobley
Brenelyn Pino Caro
Cassidy Bradley
Christine Boyer
Dawn M. DeWitt
Deborah Wallace
Denise Doring VanBu…
Diane Doring
Didi F. Galera
Dustin White
Earl Sussman
Garry Magruder
Gmz Aldolfo
Jacqueline Smith
Joan Pat
Kelley Busby Tiemens

Search

Case 5:19-cv-00249-FL     Document 31-8     Filed 07/17/20     Page 3 of 4     MB_071

Search           Matthew    Home    Create



claim it's yours. Anyone can put thoughts down on a square and make it a meme. So all these above memes have appeared as thoughts in my head and perhaps other people's heads, so we can sue you for using our thoughts to make memes

Reply · 8w    4

**Matthew Bradley** Nandu Nandini I *took* that picture. Not anyone else. That's my handwriting on the levels.

Like · Reply · 8w

**Cassandra Boone** Matthew Bradley if I'm misinformed I would welcome the correct information. Maybe you should take your friends advice and use a watermark on your photos to avoid confusion.

Like · Reply · 7w    2

**Matthew Bradley** Cassandra Boone Maybe I will. I honestly hadn't thought of it before. I tend to believe people are honest, so it never really occurred to me I would have to.

Like · Reply · 7w    3

**T. Thomas Tracy** Matthew Bradley when did you copyright the "wong" image? And how do people know that you've copyrighted something? So you tell people to freely share, waiting for a potential victim, then you copyright and sue. What part of this am I getting wrong?

Reply · 7w · Edited    6

**Amanda Jean Cook** Cassandra Boone truth... exactly what this scum bag is doing... "nailed it" on the head.

Like · Reply · 7w    3

**Matthew Bradley** T. Thomas Tracy what part are you getting wrong? Well... ALL of it.

Like · Reply · 7w

**T. Thomas Tracy** Matthew Bradley Ok. Your version?

Reply · 7w    1

**T. Thomas Tracy** Or I will stick with my version...

Reply · 7w

**Matthew Bradley** T. Thomas Tracy do whatever you choose. I have no obligation to make sure that you are well-informed. On the bright side, I understand that ignorance is bliss.

Like · Reply · 7w

**Rob Fischer** Matthew Bradley
https://danboothlaw.com/.../2019/09/Analytical-Complaint.pdf
how about I inform them then.

Like · Reply · 6w

   Write a reply...

**Brian E Furey** Which is the drll bit?
https://youtu.be/EsfF3O-dVMY

YOUTUBE.COM
**Drilling A Hole in A Rock the Old Way**

Like · Reply · 9w    1

**Nandu Nandini** They occur to many people nothing special here

Reply · 8w    3

**Matthew Bradley** Since it's nothing special, I won't burden you with having to see it anymore.

Like · 8w

   Write a comment...



Jaime Gallegos

Martin Silva

Flora Floen

Daphne Bradley   20h

Michael Brennan

Cynthia Bradley Hoff…

GROUP CONVERSATIONS

LGF OLD TYMERS
Robyn, Daniel, Paul

MORE CONTACTS (35)

Benton Frazier Lobley

Brenelyn Pino Caro

Cassidy Bradley

Christine Boyer

Dawn M. DeWitt

Deborah Wallace

Denise Doring VanBu…

Diane Doring

Didi F. Galera

Dustin White

Earl Sussman

Garry Magruder

Gmz Aldolfo

Jacqueline Smith

Joan Pat

Kelley Bugby Tiemens