IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY,<br><br>    Plaintiff,<br>v.<br><br>ANALYTICAL GRAMMAR, INC.,<br><br>    Defendant. | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S MOTION TO EXCLUDE UNDISCLOSED EVIDENCE AND ARGUMENT ON DAMAGES AND PROFITS UNDER FED. R. CIV. P. 37(c)** |

Pursuant to Federal Rule of Civil Procedure 26 and 37, Defendant Analytical Grammar, Inc. ("Analytical") moves for an order to exclude Plaintiff Matthew Bradley ("Bradley") from offering any evidence or making any argument about any damages Bradley sustained or profits Analytical attained under the Copyright Act, 17 U.S.C. §§ 504(b) and 1203(c)(2). Bradley's initial disclosures did not provide the computation of damages required under Rule 26(a)(1)(A)(iii) and the disclosures were never supplemented pursuant to Rule 26(e)(1). The failure is neither justified nor harmless. Therefore, Bradley should be excluded from making any damages case pursuant to Rule 37(c).

The instant motion is further based on the memorandum of points and authorities, exhibits thereto, and the declaration filed in support hereof; the papers on file in this matter; and on such other evidence or argument as the Court may consider in a hearing on this matter.

Dated: July 17, 2020

                                                Respectfully submitted,

                                                Analytical Grammar, Inc.

                                                By its attorneys:

DAN BOOTH LAW LLP

/s/ Dan Booth
Daniel G. Booth
60 Thoreau Street, #121
Concord, MA 01742
dan@danboothlaw.com
Local Civil Rule 83.1(e) Special Appearance

PARKER POE ADAMS & BERNSTEIN LLP

Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
Local Civil Rule 83.1(d) Counsel

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Albert P. Allan
ALLAN LAW FIRM, PLLC
435 East Morehead Street
Charlotte, NC 28202
Email: alallan@allaniplitigation.com

This the 17th day of July, 2020.

/s/ Dan Booth
Dan Booth
Dan Booth Law LLC
60 Thoreau Street, #121
Concord, MA 01742
dan@danboothlaw.com
Local Civil Rule 83.1(e) Special Appearance

Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
Local Civil Rule 83.1(d) Counsel