IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-249-FL

_____
)
MATTHEW BRADLEY, )
 )
    Plaintiff, )
v. )
 )
ANALYTICAL GRAMMAR, INC., )
 )
    Defendant. )
_____)

## [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE

    This matter comes before the Court on Defendant Analytical Grammar, Inc.'s Motion to Exclude Undisclosed Evidence and Argument on Damages and Profits Under Fed. R. Civ. P. 37(c). Having carefully considered the motion and the evidence offered in support thereof, the Court finds that Plaintiff Matthew Bradley failed to include a computation of any actual damages or recoverable profits in his initial disclosures as required by Fed. R. Civ. P. 26(a)(1)(A)(iii) and failed to supplement his disclosures with that information as required by Fed. R. Civ. P. 26(e)(1). The Court further finds that Plaintiff failed to meet his burden to demonstrate that the failures were harmless or substantially justified under Fed. R. Civ. P. 37(c). Therefore, the Court ORDERS that Defendant's motion is GRANTED and that Plaintiff may not offer any evidence or make any argument to show that he sustained any actual damages, or that Analytical attained any profits, attributable to either claim he alleged.

    Further, the Court finds that actual damages and profits were the only viable forms of relief requested by Plaintiff on his claim of copyright infringement, and because he is precluded from offering evidence in support thereof, the Court ORDERS that Plaintiff's copyright claim is DISMISSED and ENTERS JUDGMENT on behalf of Defendant on that claim.

SO ORDERED this the _____ day of _____, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge
