INDEX TO EXHIBITS

TO DECLARATION OF DAN BOOTH

Exhibit 1:   Plaintiff Matthew Bradley's Rule 26(a)(1) Initial Disclosures

Exhibit 2:   Bradley's Responses to Defendant's First Request for Production of Documents

Exhibit 3:   Email from Dan Booth to Plaintiff's counsel dated 01/20/20

Exhibit 4:   Email from Plaintiff's counsel to Dan Booth dated 01/23/20

Exhibit 5:   Screenshot of Custom Ink account page produced by Bradley

Exhibit 6:   Defendant's Rule 26(a)(1) Initial Disclosures

Exhibit 7:   Defendant's Expert Designation