IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, <br><br>　　　Plaintiff, <br><br>v. <br><br>ANALYTICAL GRAMMAR, INC., <br><br>　　　Defendant. | **DECLARATION OF DAN BOOTH IN SUPPORT OF DEFENDANT ANALYTICAL GRAMMAR, INC.'S MOTION TO EXCLUDE UNDISCLOSED EVIDENCE AND ARGUMENT ON DAMAGES AND PROFITS UNDER FED. R. CIV. P. 37(c)** |

Exhibit 5: Screenshot of a webpage provided by Plaintiff Bradley in a supplemental response to Defendant's Document Request No. 20 on January 23, 2020



TALK TO A REAL PERSON
800-293-4232

CHAT WI
Chat N

# Welcome back!

Please log in to view your orders and manage your designs.

| **Saved Designs** | 3 Designs |

Group Order Forms 🔒

Order History 🔒

Fundraising 🔒



### wrong1
Product: Gildan Ultra Cotton T…
Color: Blue Dusk
Last Saved: Jan 22, 2020

[ Edit Design ]

Buy Now

Set Up Group Order



### ds2019wor2
Product: Gildan Ultra Cotton T…
Color: Carolina Blue
Last Saved: Oct 31, 2019

[ Edit Design ]

Buy Now

Set Up Group Order



### ds2019worl
Product: Gildan Ultra Cotton T…
Color: Carolina Blue
Last Saved: Oct 31, 2019

[ Edit Design ]

Buy Now

Set Up Group Order

Don't see what you're looking for?

[ Enter a different email address ]   [ **View Designs** ]

**Talk to a Real Person 7 Days a Week**

8am-Midnight ET Mon-Fri  |  10am-6pm ET Saturday  |  10am-9pm ET Sunday

800
Ser

© 2020 CustomInk, LLC. All rights reserved.