IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) | **DECLARATION OF DAN BOOTH IN SUPPORT OF DEFENDANT ANALYTICAL GRAMMAR, INC.'S MOTION TO EXCLUDE UNDISCLOSED EVIDENCE AND ARGUMENT ON DAMAGES AND PROFITS UNDER FED. R. CIV. P. 37(c)** |
| Plaintiff, | ) | |
| v. | ) | |
| ANALYTICAL GRAMMAR, INC., | ) | |
| Defendant. | ) | |

Exhibit 6: Defendant Analytical's Expert Designation

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-249-FL

| | ) | |
|---|---|---|
| MATTHEW BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | ANALYTICAL GRAMMAR, |
| v. | ) | INC.'S EXPERT DESIGNATION |
| | ) | |
| ANALYTICAL GRAMMAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and in accordance with the Court's October 23, 2019 Case Management Order, Defendant Analytical Grammar, Inc. ("Analytical") designates the following expert witness who is expected to be called at trial:

>Aram Sinnreich
>School of Communication
>American University
>4400 Massachusetts Avenue, NW
>Washington, DC 20016

Professor Sinnreich is expected to testify regarding customs and norms related to memes in social media as they pertain to the nature of Plaintiff Matthew Bradley's photograph, the purpose and character of Analytical's use thereof, the amount and substantiality of the portion used in relation to the photograph as a whole, and any effect of that use on the potential market for or value of the photograph.

Analytical reserves the right to supplement or modify this designation on or before April 27, 2020, the date set in the Case Management Order for service of the disclosures required by Rule 26(a)(2).

1

DATED this 20th day of March, 2020.

/s/ Dan Booth
Dan Booth (special appearance entered)
Dan Booth Law LLC
60 Thoreau Street #121
Concord, Massachusetts 01742
dan@danboothlaw.com
Massachusetts Bar No. 672090

*Attorney for Defendant Analytical Grammar, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Analytical Grammar, Inc.'s Expert Designation was served via email, pursuant to a prior agreement between the parties, upon the parties' counsel Al Allan at alallan@allaniplitigation.com, Seth Hudson at shudson@worldpatents.com, and Richard Liebowitz at rl@liebowitzlawfirm.com on this March 20, 2020.

/s/ Dan Booth