**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No. 5:19-cv-249-FL**

| | |
|---|---|
| MATTHEW BRADLEY, ) | |
|     Plaintiff, ) | |
| ) | |
|  - against – ) | **PLAINTIFF MATTHEW** |
| ) | **BRADLEY'S MOTION FOR** |
| ) | **PARTIAL SUMMARY** |
| ANALYTICAL GRAMMAR, INC. ) | **JUDGMENT** |
| ) | |
| ) | |
|     Defendant. ) | |

**PLEASE TAKE NOTICE** that Plaintiff Matthew Bradley ("Plaintiff") respectfully moves this Court for partial summary judgment in accordance with Rule 56 of the Federal Rules of Civil Procedure on Count I of Plaintiff's complaint for copyright infringement, for the summary dismissal of nine affirmative defenses raised by Defendant Analytical Grammar, Inc. ("Defendant") - failure to state a claim (first affirmative defense), license (second affirmative defense), acquiescence (third affirmative defense), standing (fourth affirmative defense), justification (fifth affirmative defense), fair use (sixth affirmative defense); *de minimis* use (seventh affirmative defense); unclean hands (eigth affirmative defense); and copyright misuse (ninth affirmative defense) - and for summary dismissal of Defendant's counterclaims for invalidity (first counterclaim) and declaratory judgment of non-infringement (second counterclaim).

Partial summary judgment is proper in this case because there is no genuine issue of material fact regarding the aforementioned cause of action, affirmative defenses, and counterclaims, and because Plaintiff is entitled to judgment as a matter of law.

Plaintiff's motion is made upon the annexed declarations of Matthew Bradley, dated July 17, 2020, Richard Liebowitz, dated July 17, 2020, and the exhibits attached thereto; the annexed statement pursuant to Local Rule 56.1 of the United States District Court for the Eastern District of North Carolina of material facts as to which there is no genuine issue to be tried; the memorandum of law in support thereof; and the pleadings and prior proceedings herein, and any hearing to be held in this matter.

Dated: July 17, 2020

Respectfully submitted:

LIEBOWITZ LAW FIRM, PLLC

**By:/Richard Liebowitz/**
Richard Liebowitz
N.Y. Bar No. 5357702
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
T: (516) 233-1660
F: (516) 233-1660
RL@LiebowitzLawFirm.com

*Counsel for Plaintiff*
*Matthew Bradley*

ALLAN LAW FIRM, PLLC

**By:/Albert P Allan/**
Albert P. Allan
N.C. Bar No. 18882
435 East Morehead Street
Charlotte, NC 28202
T: 704-371-5605
F: n/a
alallan@allaniplitigation.com

*Local Civil Rule 83.1(d) Counsel*
*for Plaintiff Matthew Bradley*