IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEM BRADLEY, )<br>    Plaintiff, )<br>          )<br> - against –      )<br>          )<br>          )<br>ANALYTICAL GRAMMAR, INC. )<br>          )<br>          )<br>    Defendant.   ) | **APPENDIX** |

    **PLEASE TAKE NOTICE** that Plaintiff Matthew Bradley ("Plaintiff") respectfully submits the following appendix to Plaintiffs' statement of material facts.

Dated: July 17, 2020
Charlotte, North Carolina

                     Respectfully submitted:

                     LIEBOWITZ LAW FIRM, PLLC

                     **By:/Richard Liebowitz/**
                     Richard Liebowitz
                     N.Y. Bar No. 5357702
                     11 Sunrise Plaza, Suite 305
                     Valley Stream, NY 11580
                     T: (516) 233-1660
                     F: (516) 233-1660
                     RL@LiebowitzLawFirm.com

                     *Counsel for Plaintiff*
                     *Matthew Bradley*

                     ALLAN LAW FIRM, PLLC

                     **By:/Albert P Allan/**
                     Albert P. Allan

N.C. Bar No. 18882
435 East Morehead Street
Charlotte, NC 28202
T: 704-371-5605
F: n/a
alallan@allaniplitigation.com

*Local Civil Rule 83.1(d) Counsel
for Plaintiff Matthew Bradley*