# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**
**VAu 1-355-121**
Effective Date of Registration:
December 14, 2018

## Title
- **Title of Work:** Wrong on Many Levels

## Completion/Publication
- **Year of Completion:** 2018

## Author
- **Author:** Matthew Bradley
- **Author Created:** photograph
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1967

## Copyright Claimant
- **Copyright Claimant:** Matthew Bradley
  1008 Elsbree Ln, Windsor, CA, 95492, United States

## Rights and Permissions
- **Name:** Matthew Bradley
- **Email:** mbradley@brad-tech.com
- **Telephone:** (707)837-2893
- **Address:** 1008 Elsbree Ln
  Windsor, CA 95492 United States

## Certification
- **Name:** Matthew Joseph Bradley
- **Date:** December 14, 2018

**MB_088**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Bradley Matthew
Search Results: Displaying 7 of 38 entries



***Wrong on Many Levels.***

|  |  |
|---:|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001355121 / 2018-12-14 |
| **Application Title:** | Wrong on Many Levels. |
| **Title:** | Wrong on Many Levels. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Matthew Bradley, 1967- . Address: 1008 Elsbree Ln, Windsor, CA, 95492, United States. |
| **Date of Creation:** | 2018 |
| **Authorship on Application:** | Matthew Bradley, 1967- ; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Matthew Bradley, 1008 Elsbree Ln, Windsor, CA, 95492, United States, (707) 837-2893, mbradley@brad-tech.com |
| **Names:** | [Bradley, Matthew, 1967-](#) |



Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page