IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) ) | **DEFENDANT ANALYTICAL GRAMMAR, INC.'S APPENDIX** |
| Plaintiff, | ) ) | **TO ITS SEPARATE STATEMENT OF** |
| v. | ) ) | **FACTS AND RESPONSES TO PLAINTIFF'S STATEMENT** |
| ANALYTICAL GRAMMAR, INC., | ) ) | **PURSUANT TO LOCAL RULE 56.1(a)** |
| Defendant. | ) ) | |

1. Declaration of Dan Booth dated August 6, 2020

2. Declaration of Michael Duffey in Support of Defendant Facebook, Inc.'s Motion to Dismiss Plaintiff's Consolidated Complaint, dated and filed November 2, 2018 in *In re Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843 (VC) (Ex. 1 to Declaration of D. Booth)

3. Exhibit 26 to that Declaration of Michael Duffey in *In re Facebook* (Ex. 2 to Declaration of D. Booth)

4. Pretrial Order No. 20 entered September 9, 2019 on *In re Facebook*. The Pretrial Order has been reported at 402 F. Supp. 3d. 767 (N.D. Cal. 2019) (Ex. 3 to Declaration of D. Booth)

5. Exhibit 48 to that Declaration of Michael Duffey in *In re Facebook* (Ex. 4 to Declaration of D. Booth)


Dated: August 7, 2020

Respectfully submitted,

/s/ Dan Booth
Dan Booth
Dan Booth Law LLC
60 Thoreau Street, #121
Concord, MA 01742
dan@danboothlaw.com
Local Civil Rule 83.1(e) Special Appearance

Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com

Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
Local Civil Rule 83.1(d) Counsel

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Albert P. Allan
ALLAN LAW FIRM, PLLC
435 East Morehead Street
Charlotte, NC 28202
Email: alallan@allaniplitigation.com

Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Email: RL@liebowitzlawfirm.com

This the 7th day of August, 2020.

/s/ Dan Booth
Dan Booth
Dan Booth Law LLC
60 Thoreau Street, #121
Concord, MA 01742
dan@danboothlaw.com
Local Civil Rule 83.1(e) Special Appearance

Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
Local Civil Rule 83.1(d) Counsel