IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MATTHEW BRADLEY, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 5:19-cv-249 |
| ANALYTICAL GRAMMAR, INC., | ) |
| Defendant. | ) |

## NOTICE OF CORRECTION

Local Counsel to Plaintiff Matthew Bradley respectfully provides this notice of an incorrect signature block in Document No. 46—Plaintiff's Response to Defendant's Statement Pursuant to Local Rule 56.1. The signature block shows local counsel's signature without his bar number and without the designation that he is signing the document as Local Civil Rule 83.1(d) Counsel for Defendant. Counsel has spoken to counsel for Mr. Bradley and has been advised to file this notice as the method of correction.

Mr. Allan's signature block should be as follows:

>Albert P. Allan
>Allan Law Firm, PLLC
>435 East Morehead Street
>Charlotte, NC 28202
>alallan@allaniplitigation.com
>(704) 371-5605
>Fax: None
>N.C. State Bar No. 18882
>Local Civil Rule 83.1(d) Counsel for Plaintiff
>Matthew Bradley

Respectfully submitted.

August 10, 2020 /s/Albert P. Allan
Albert P. Allan

ALLAN LAW FIRM, PLLC
409 East Boulevard
Charlotte, NC 28203
alallan@allaniplitigation.com
Tel: (704) 371-5605
Fax: None
N.C. Bar No. 18882
Local Civil Rule 83.1(d) Counsel for
Plaintiff Matthew Bradley

**Certificate of Service**

I, Albert P Allan, hereby certify that on August 10, 2020, the foregoing Notice of Correction was served upon counsel of record via the Court's CM/ECF System, which will deliver copies to the following:

Dan G. Booth, Esq.
dan@danboothlaw.com

Christopher M. Thomas, Esq.
christhomas@parkerpoe.com

Catherine R.L. Lawson, Esq.
catherinelawson@parkerpoe.com

Richard Liebowitz,Esq.
RL@LiebowitzLawFirm.com

August 10, 2020

<u>s/Albert P. Allan</u>
Albert P. Allan