# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY,<br>   Plaintiff,<br><br>- against –<br><br>ANALYTICAL GRAMMAR, INC.<br><br>   Defendant. | PLAINTIFF'S APPENDIX IN RESPONSE TO DEFENDANT'S SEPARATE STATEMENT OF ALLEGED FACTS AND RESPONSES TO PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 56.1(a) |

1. 2d Declaration of Richard Liebowitz, dated August 21, 2020

2. Defendant's Rule 26(a) Initial Disclosures, October 23, 2019

3. Defendant's Responses to Plaintiff's First Set of Interrogatories, dated November 23, 2019

4. Defendant's Amended Responses to Plaintiff's First Set of Interrogatories, dated February 21, 2020

Dated: Valley Stream, New York
Executed this 21st Day of August, 2020

                 Respectfully submitted:

                 LIEBOWITZ LAW FIRM, PLLC

                 **By:/Richard Liebowitz/**
                 Richard Liebowitz
                 N.Y. Bar No. 5357702
                 11 Sunrise Plaza, Suite 305
                 Valley Stream, NY 11580
                 T: (516) 233-1660
                 F: (516) 233-1660
                 RL@LiebowitzLawFirm.com

                 *Counsel for Plaintiff*

*Matthew Bradley*

ALLAN LAW FIRM, PLLC

**By:/Albert P Allan/**
Albert P. Allan
N.C. Bar No. 18882
435 East Morehead Street
Charlotte, NC 28202
T: 704-371-5605
F: n/a
alallan@allaniplitigation.com

*Local Civil Rule 83.1(d) Counsel for Plaintiff Matthew Bradley*