IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, | ANALYTICAL GRAMMAR, INC.'S MOTION FOR LEAVE TO FILE A SURREPLY IN RESPONSE TO MATTHEW BRADLEY'S REPLY |
| Plaintiff, | |
| v. | |
| ANALYTICAL GRAMMAR, INC., | |
| Defendant. | |

Analytical Grammar, Inc. ("Analytical") respectfully requests leave to file the attached surreply to address the new argument raised by Matthew Bradley ("Bradley") in his reply papers, (DE 55 at 1-2, 9 & DE 57) contending that certain of Analytical's arguments and evidence, rebutting and impeaching Bradley's motion for partial summary judgment (DE 35), should be stricken. For the reasons set forth in the memorandum and the proposed surreply submitted herewith, Bradley's request to strike is unfounded and should be denied, and Analytical's surreply should be filed and considered along with the summary judgment papers.

Therefore, and for the reasons further provided in the proposed surreply filed herewith, the Court should grant Analytical leave to file its proposed surreply, or deem it filed as proposed, and deny Bradley's request to strike.

Respectfully submitted,

Analytical Grammar, Inc.

By its attorneys:

Signed: August 27, 2020                    /s/ Dan Booth
                                           Dan Booth
                                           Dan Booth Law LLC
                                           60 Thoreau Street, #121
                                           Concord, MA 01742
                                           dan@danboothlaw.com
                                           Local Civil Rule 83.1(e) Special Appearance

                                           Christopher M. Thomas
                                           N.C. State Bar No. 31834
                                           christhomas@parkerpoe.com
                                           Parker Poe Adams & Bernstein LLP
                                           PNC Plaza
                                           301 Fayetteville Street, Suite 1400 (27601)
                                           P.O. Box 389
                                           Raleigh, North Carolina 27602-0389
                                           Telephone: (919) 835-4626
                                           Facsimile: (919) 834-4564
                                           Local Civil Rule 83.1(d) Counsel

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following:

Albert P. Allan
ALLAN LAW FIRM, PLLC
435 East Morehead Street
Charlotte, NC 28202
Email: alallan@allaniplitigation.com

Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Email: RL@liebowitzlawfirm.com

This the 27th day of August, 2020.

/s/ Dan Booth
Dan Booth
Dan Booth Law LLC
60 Thoreau Street, #121
Concord, MA 01742
dan@danboothlaw.com
Local Civil Rule 83.1(e) Special Appearance

Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
Local Civil Rule 83.1(d) Counsel