IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ANALYTICAL GRAMMAR, INC., | ) ) |
| Defendant. | ) ) |

**ORDER GRANTING DEFENDANT ANALYTICAL GRAMMAR, INC.'S MOTION FOR LEAVE TO FILE A SURREPLY**

This matter comes before the Court on Defendant Analytical Grammar, Inc.'s Motion for Leave to File a Surreply in Response to Plaintiff Matthew Bradley's Reply. Having carefully considered the motion and the record, the Court finds that Defendant has shown good cause for the motion, and that the proposed surreply should be considered in deciding Plaintiff's motion for partial summary judgment. Therefore, the Court ORDERS that Defendant's Motion is GRANTED and directs Defendant to file its proposed surreply on the docket not later than **September 30, 2020.**

This the 25th day of September, 2020.

_____
United States District Court