UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MATTHEW BRADLEY, )<br>           Plaintiff, )<br>)<br>v. )<br>)<br>ANALYTICAL GRAMMAR, INC. )<br>           Defendant. ) | **JUDGMENT**<br>No. 5:19-CV-249-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment and motion in limine and plaintiff's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 3, 2021, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is GRANTED and plaintiff's motion for summary judgment is DENIED.

**This Judgment Filed and Entered on March 3, 2021, and Copies To:**
Richard P. Liebowitz / Albert Allan (via CM/ECF Notice of Electronic Filing)
Catherine R. L. Lawson / Christopher M. Thomas / Dan G. Booth / Sloan L. E. Carpenter (via CM/ECF Notice of Electronic Filing)

March 3, 2021                      PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk