IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - against – | ) |
| | ) |
| ANALYTICAL GRAMMAR, INC. | ) |
| | ) |
| Defendant. | ) |

**RICHARD LIEBOWITZ'S RESPONSE TO
COURT'S ORDER TO SHOW CAUSE**

Richard Liebowitz, via undersigned counsel, respectfully submits this response to the Court's Order to Show Cause, dated February 18, 2021. [Dkt. #62]:

1. As of November 30, 2020, Mr. Liebowitz was temporarily suspended from practice in the United States District Court for the Southern District of New York pending further hearing (the "SDNY suspension").

2. On December 14, 2020, Mr. Liebowitz notified the United States District Court for the Eastern District of North Carolina ("EDNC") of the SDNY suspension. A true and correct copy of the notification, dated 12/14/20, is attached hereto as Exhibit A.

3. On January 27, 2021, EDNC ordered Mr. Liebowitz to show cause why imposition of a reciprocal suspension was unwarranted. A true and correct copy of the EDNC order is attached hereto as Exhibit B.

4. Mr. Liebowitz did not respond to the EDNC order within 30 days.

5. In light of the Clerk's entry of judgment against Plaintiff, dated March 3, 2021 [Dkt. #64], the case is now closed. To the extent further proceedings are required, then in

the interests of justice, Mr. Liebowitz respectfully requests leave of Court to continue to appear as counsel for the limited purpose of helping Plaintiff to oppose any ancillary motion practice brought by Defendant.

Dated: March 4, 2021
Charlotte, North Carolina

Respectfully submitted:

LIEBOWITZ LAW FIRM, PLLC

By: */s/RichardLiebowitz/*
Richard Liebowitz
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com

*Lead Counsel for Plaintiff*


ALLAN LAW FIRM, PLLC

By: */s/Albert P Allan/*
Albert P. Allan
N.C. Bar No. 18882
435 East Morehead Street
Charlotte, NC 28202
T: 704-371-5605
F: n/a
alallan@allaniplitigation.com

*Local Civil Rule 83.1(d) Counsel for Plaintiff Matthew Bradley*

## Certificate of Service

I, Albert P. Allan, hereby certify that on March 4, 2021, the foregoing RICHARD LIEBOWITZ'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE was served upon counsel of record using the court's CM/ECF system, which will send notifications of the filing to the following:

Dan G. Booth, Esq.
dan@danboothlaw.com

Sloan L.E. Carpenter, Esq.
sloancarpenter@parkerpoe.com

Catherine R.L. Lawson, Esq.
catherinelawson@parkerpoe.com

Christopher M. Thomas, Esq.
christhomas@parkerpoe.com

Date: March 4, 2021

/s/*Albert P. Allan*
Albert P. Allan