FILED

JAN 2 7 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

ORDER TO SHOW CAUSE

IN THE MATTER OF DISCIPLINARY PROCEEDINGS AGAINST RICHARD P. LIEBOWITZ

Richard P. Liebowitz. is appearing as a special appearance attorney, pursuant to Local Civil Rule 83.1(e)(1). On November 30, 2020, the Committee on Grievances for the United Sates District Court for the Southern District of New York interimly suspended Mr. Liebowitz from the practice of law. On December 28, 2020, counsel for Mr. Liebowitz notified this court of the pending action against Mr. Liebowitz and provided this court with a copy of the order. The order is attached.

Pursuant to Local Civil Rule 83.7b(b)(ii), Richard P. Liebowitz is ordered to demonstrate to this court why imposition of identical discipline is unwarranted. Failure to respond within 30 days from receipt of this Order will result in the imposition of identical discipline. Any response to this order may be filed with court by mailing the response to: Clerk of Court, Attention: Attorney Discipline Clerk, Post Office Box 25670, Raleigh, North Carolina 27611.

SO ORDERED. This the 27 day of January, 2021.

Peter A. Moore, Jr.
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In the Matter of                          :
                                          :   M-2-238
Richard Liebowitz,                        :
                                          :   **AMENDED ORDER**
                                          :
                        Respondent.       :
------------------------------------------------------X

This matter comes before the Committee on Grievances for the Southern District of New York (the "Committee") to consider the imposition of discipline against respondent Richard Liebowitz ("Respondent") based upon charges brought against him by the Committee on August 5, 2020 (the "Charges"), to which Respondent responded on September 25, 2020. Given the current status of the investigation as confidential, both the Charges and the investigation underlying their imposition are referenced without detail in this Order. The full Committee (consisting of Chief Judge McMahon, Judges Castel, Daniels, Nathan, Stanton, Vyskocil, Magistrate Judges Aaron, Cott, and McCarthy, and the undersigned as Chair) has now reviewed Respondent's submission, as well as the record developed during the Committee's investigation. After careful deliberation, the Committee is unanimously of the view that the Charges are strongly supported by the record. What is more, the Committee is unanimously of the view that interim disciplinary measures against Respondent must be put in place immediately.

The preliminary remedy of an interim suspension is available to the Committee in situations where it is appropriate to protect the public from future disciplinary violations of a respondent during the pendency of proceedings before this Committee. The record in this case — which includes Respondent's repeated disregard for orders from this Court and his unwillingness to change despite 19 formal sanctions and scores of

other admonishments and warnings from judges across the country — leads the Committee to the view that recurrence is highly likely. In short, in light of the nature and seriousness of the Charges, the strength of the record supporting those Charges, and the risk and danger of recurrence, the Committee concludes that an interim suspension of Respondent from the practice of law before this Court pending final adjudication of the charges against him is warranted. In the exercise of its discretion, the Committee will defer the final adjudication of the charges against Respondent currently pending before this Committee, as well as any other charges this Committee sees fit to bring against Respondent in the future as part of these disciplinary proceedings, until after Respondent has had an opportunity to present his defense to the Charges at an evidentiary hearing before a Magistrate Judge of this Court.

Accordingly, for the reasons set forth above, Respondent is hereby suspended from practicing law in the Southern District of New York, effective the date hereof, pending the outcome of these proceedings and until further order of this Court. It is further ordered that Respondent is commanded to desist and refrain from the practice of law in the Southern District of New York in any form, either as principal or agent, clerk or employee of another; that Respondent is forbidden to appear as an attorney or counselor-at-law before any judge or Court in the Southern District of New York; that Respondent is forbidden to give another an opinion as to the law or its application or advice in relation thereto as to any matter in the Southern District of New York, all effective the date hereof, until such time as disciplinary matters pending before

the Committee have been concluded and until further order of this Court.

Dated: November 30, 2020
New York, New York

SO ORDERED.

Katherine Polk Failla
*Chair, Committee on Grievances of the United States District Court for the Southern District of New York*