IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - against – | ) |
| | ) |
| ANALYTICAL GRAMMAR, INC. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF PLAINTIFF'S LAST KNOWN ADDRESS**

As instructed by the Court in its March 19, 2021 order, Local Civil Rule 83.1(d) Counsel hereby notifies the Court that Plaintiff Matthew Bradley's last-known mailing address is 1008 Elsbree Lane, Windsor, California 95492. The information was received from Mr. Liebowitz via email on March 22, 2021.

Respectfully submitted, this 22nd day of March 2021:

/s/*Albert P Allan*
Albert P. Allan
N.C. Bar No. 18882

Allan Law Firm, PLLC
435 East Morehead Street
Charlotte, NC 28202
(t): 704-371-5605
(e) alallan@allaniplitigation.com
(f) n/a

*Local Civil Rule 83.1(d) Counsel
for Plaintiff Matthew Bradley*

## Certificate of Service

I, Albert P. Allan, hereby certify that on March 22, 2021, the foregoing **NOTICE OF PLAINTIFF'S LAST KNOWN ADDRESS** was served upon counsel of record using the court's CM/ECF system, which will send notifications of the filing to the following:

Dan G. Booth, Esq.
dan@danboothlaw.com

Sloan L.E. Carpenter, Esq.
sloancarpenter@parkerpoe.com

Catherine R.L. Lawson, Esq.
catherinelawson@parkerpoe.com

Christopher M. Thomas, Esq.
christhomas@parkerpoe.com

Date: March 22, 2021 /s/*Albert P. Allan*
　　　　　　　　　　　　　　　　　　　　　Albert P. Allan