UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Case No. 5:19-cv-249-Fl

| | |
|---|---|
| MATTHEW BRADLEY,<br><br>    Plaintiff<br><br>v.<br><br>ANALYTICAL GRAMMAR, INC.<br>    Defendant | **ORDER** |

This matter coming before the undersigned on motion of Plaintiff Matthew Bradley for an additional thirty (30) days, through and including May 28, 2021, within which to designate successor counsel to replace Mr. Richard Liebowitz, who was disqualified from representing Plaintiff by Order of this Court [Docket #68], or to file a notice of self-representation; and it appearing that good cause for the extension of time exists and that counsel for Defendant has consented;

IT IS ORDERED that the time within which Plaintiff must comply with the Court's order, Docket #68, is extended by thirty days, until **May 28, 2021**.

SO ORDERED, this the ____ day of April, 2021.

                                                                               _____
                                                                               LOUISE W. FLANAGAN
                                                                               United States District Judge