UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Case No. 5:19-cv-249-Fl

| | |
|---|---|
| MATTHEW BRADLEY,<br>    Plaintiff<br><br>v.<br><br>ANALYTICAL GRAMMAR, INC.<br>    Defendant | **ENTRY OF APPEARANCE BY<br>SUSAN FREYA OLIVE<br>AS COUNSEL FOR PLAINTIFF** |

    Susan Freya Olive, a member of the Bar of this Court, hereby enters her appearance as counsel of record on behalf of Plaintiff, Matthew Bradley.

    The undersigned further gives notice that this entry of appearance satisfies, on behalf of Plaintiff, the Court's Order (DE 68; extended by DE 71) that he designate counsel of record to replace disqualified former counsel Richard Liebowitz, on or before May 28, 2021.

    Respectfully submitted this 27th day of May, 2021.

/s/ Susan Freya Olive
Susan Freya Olive
 NC Bar No. 7252
**OLIVE & OLIVE, P.A.**
Counsel for Plaintiff

500 Memorial Street
P.O. Box 2049
Durham, NC 27702-2049
Phone: (919) 683-5514
emailboxEDNC@oliveandolive.com

*Entry of Appearance- Page 1*
Case 5:19-cv-00249-FL   Document 72   Filed 05/27/21   Page 1 of 2

**CERTIFICATE OF SERVICE**

      Undersigned counsel for Plaintiff certifies that the foregoing document was served this date on Defendant by electronically filing the same with the Clerk of Court using the CM/ECF System, which will send notification via electronic means to counsel for Defendant, on this 27th day of May, 2021.

      /s/ Susan Freya Olive
Susan Freya Olive
 NC Bar No. 7252
**OLIVE & OLIVE, P.A.**
500 Memorial Street
P.O. Box 2049
Durham, NC 27702-2049
Phone: (919) 683-5514
emailboxEDNC@oliveandolive.com