UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Case No. 5:19-cv-249-Fl

| | |
|---|---|
| MATTHEW BRADLEY,<br>    Plaintiff<br><br>v.<br><br>ANALYTICAL GRAMMAR, INC.<br>    Defendant | **ORDER** |

This matter coming before the Court on motion of Plaintiff, and it appearing to the Court that Defendant has consented thereto and that good cause exists as set out in the motion and accompanying memorandum; and it appearing to the Court that the disclosure requested therein are reasonable and are in the interests of justice, and that this Court has inherent authority to control proceedings and counsel appearing before it to and to enter this Order;

IT IS ORDERED that:

1. proceedings herein are stayed for a further period of **thirty (30) days**, through and including **June 27, 2021**; and

2. disqualified former counsel Richard Liebowitz shall **immedately** disclose to the parties the identity of each malpractice carrier(s), and a copy of each insurance policy, that does or may cover any malpractice committed by former counsel and his firm by reason of their actions and failures to act on behalf of Plaintiff in connection with this litigation.

SO ORDERED, this the \_\_\_\_ day of May, 2021.

                                                                         _____
                                                                         LOUISE W. FLANAGAN
                                                                         United States District Judge