IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - against – | ) |
| | ) |
| ANALYTICAL GRAMMAR, INC. | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS LOCAL RULE 83.1(d) COUNSEL**

Attorney Albert P. Allan, current Local Civil Rule 83.1(d) counsel for Matthew Bradley, hereby moves to withdraw as counsel in this case.

In support of this motion, Matthew Bradley is now represented by Susa Freya Olive, Esq. an attorney whose offices are located in Durham, North Carolina, and who is admitted to practice in the Eastern District of North Carolina. As such, Mr. Bradley has no further need for Local Civil Rule 83.1(d) counsel. Ms. Olive and Mr. Allan have communicated regarding this matter, and Ms. Olive has agreed that Mr. Allan's services are no longer needed.

Therefore, Albert Allan moves to withdraw as Local Rule 83.1(d) counsel in this matter.

Respectfully submitted, this 10th day of June 2021.

/s/*Albert P Allan*
Albert P. Allan
N.C. Bar No. 18882
Allan Law Firm, PLLC
435 East Morehead Street
Charlotte, NC 28202
(t): 704-371-5605
(e) alallan@allaniplitigation.com
(f) n/a

*Local Civil Rule 83.1(d) Counsel*
*for Plaintiff Matthew Bradley*

## Certificate of Service

I, Albert P. Allan, hereby certify that on June 10, 2021, the foregoing MOTION TO WITHDRAW AS LOCAL RULE 83.1(d) COUNSEL was served upon counsel of record using the court's CM/ECF system, which will send notifications of the filing to the following:

Dan G. Booth, Esq.
dan@danboothlaw.com

Sloan L.E. Carpenter, Esq.
sloancarpenter@parkerpoe.com

Catherine R.L. Lawson, Esq.
catherinelawson@parkerpoe.com

Christopher M. Thomas, Esq.
christhomas@parkerpoe.com

Richard P. Liebowitz
RL@LiebowitzLawFirm.com

Susan Freya Olive
solive@oliveandolive.com

Date: June 10, 2021 /s/*Albert P. Allan*
　　　　　　　　　　　　　　　　　　　　　　　　Albert P. Allan