IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, | ) |
|                      Plaintiff, | ) |
| | ) |
|  - against – | ) |
| | ) |
| ANALYTICAL GRAMMAR, INC. | ) |
| | ) |
|                      Defendant. | ) |

## DECLARATION OF LUKE A. DALTON

I, LUKE A. DALTON, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

1. I am counsel for Liebowitz Law Firm, PLLC and Richard Liebowitz, Esq. (collectively, "LLF") and am admitted to practice law in this District.

2. I submit this Declaration in support of LLF's Motion to Quash and for a Protective Order.

3. Attached as Exhibit A is a true and correct copy of a Subpoena submitted with a Motion to Quash filed by LLF in the matter of *Ward v. Consequence Holdings, LLC*, 3:18-cv-01734 (S.D. Ill.).

4. Attached as Exhibit B is a true and correct copy of the docket sheet from *Ward v. Consequence Holdings, LLC*, 3:18-cv-01734 (S.D. Ill.), including the text order at Docket No. 51, when accessed as of 15 June 2021.

Respectfully submitted, this the 15th day of June, 2021.

/s/ LUKE A. DALTON
Luke A. Dalton
N.C. Bar No: 41188
luke.dalton@mgclaw.com
McAngus Goudelock & Courie, PLLC
Post Office Box 30516
Raleigh, North Carolina 27622
Telephone: (919) 719-8204
Facsimile: (919) 510-9825
*Counsel for Liebowitz Law Firm, PLLC and Richard Liebowitz*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this June 15th, 2021, I electronically filed the foregoing Declaration of Luke A. Dalton with the Clerk of Court using the CM/ECF system, which will serve the document on registered users, and that I have emailed the document to the following:

Susan Freya Olive
Olive & Olive, P.A.
emailboxednc@oliveandolive.com
Attorney for Plaintiff

Dan Booth
Dan Booth Law LLC
dan@danboothlaw.com
Attorney for Analytical Grammar, Inc.

/s/ LUKE A. DALTON
Luke A. Dalton (N.C. Bar No: 41188)
luke.dalton@mgclaw.com
McAngus Goudelock & Courie, PLLC
Post Office Box 30516, Raleigh, North Carolina 27622
Telephone: (919) 719-8204
*Counsel for Liebowitz Law Firm, PLLC and Richard Liebowitz*