CLOSED,DRR

# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:18-cv-01734-NJR-MAB



Ward v. Consequence Holdings, LLC
Assigned to: Chief Judge Nancy J. Rosenstengel
Referred to: Magistrate Judge Mark A. Beatty
Cause: 17:101 Copyright Infringement

Date Filed: 09/17/2018
Date Terminated: 09/11/2019
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Jesse Ward**     represented by    **Richard P. Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580
516-233-1660
Fax: 516-612-2740
Email: rl@liebowitzlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Consequence Holdings, LLC**     represented by    **Daniel G. Booth**
Dan Booth Law LLC
60 Thoreau Street
Suite 121
Concord, MA 01742
646-573-6596
Email: dan@danboothlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

Case 5:19-cv-00249-FL     Document 79-3     Filed 06/15/21     Page 1 of 7

| | | |
|---|---|---|
| 09/17/2018 | [1](#) | COMPLAINT against Consequence Holdings, LLC ( Filing fee $ 400 receipt number 0754-3673388.), filed by Jesse Ward. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Summons, # [6](#) Civil Cover Sheet, # [7](#) Copyright Form)(Liebowitz, Richard) (Entered: 09/17/2018) |
| 09/18/2018 | [2](#) | Notice of Judge Assignment. Judge Nancy J. Rosenstengel and Magistrate Judge Donald G. Wilkerson assigned. All future documents must bear case number 18-1734-NJR-DGW. If the parties consent to Magistrate Judge assignment, the consent form with instruction is attached for your convenience. (dmw2) (Entered: 09/18/2018) |
| 09/18/2018 | [3](#) | AO 121 Report of Filing. (dmw2) (Entered: 09/18/2018) |
| 09/18/2018 | [4](#) | Summons Issued as to Consequence Holdings, LLC. (dmw2) (Entered: 09/18/2018) |
| 09/18/2018 | 5 | NOTICE OF ACTION. See Local Rule 83.1(f). In all cases filed in, removed to, or transferred to this court, all attorneys, including government attorneys, shall file a written entry of appearance before addressing the court. Attorney Liebowitz does not have a Notice of Appearance on file in this case. (dmw2) (Entered: 09/18/2018) |
| 09/28/2018 | [6](#) | NOTICE of Appearance by Richard M. Liebowitz on behalf of Jesse Ward (Liebowitz, Richard) (Entered: 09/28/2018) |
| 12/21/2018 | 7 | NOTICE OF IMPENDING DISMISSAL: Plaintiff filed his complaint on September 17, 2018, and pursuant to Rule 4(m), he had 90 days in which to serve Defendant. The 90-day deadline has passed without any indication that service was achieved or waived. Accordingly, pursuant to Rule 4(m), NOTICE IS HEREBY GIVEN that this case will be dismissed without prejudice for want of prosecution unless Defendant is properly served and notice of service is provided to the Court by 1/11/2019. (klh2) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 12/21/2018) |
| 12/21/2018 | [8](#) | SUMMONS Returned Executed by Jesse Ward. Consequence Holdings, LLC served on 9/25/2018, answer due 10/16/2018. (Liebowitz, Richard) (Entered: 12/21/2018) |
| 12/26/2018 | 9 | NOTICE OF IMPENDING DISMISSAL: The record before the Court indicates that Defendant Consequence Holdings, LLC was served on Sept. 25, 2018 (Doc. 8), however, Defendant failed to file an answer or other responsive pleading by the deadline on October 16, 2018. *See* Fed. R. Civ. P. 12(a)(1)(A). NOTICE IS HEREBY GIVEN that Defendant will be dismissed for want of prosecution unless Plaintiff moves for a clerk's entry of default under Federal Rule of Civil Procedure 55(a) by January 25, 2018. Plaintiff should be sure to follow the requirements of Local Rule 55.1 when filing his motion for entry of default. (klh2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 12/26/2018) |
| 01/08/2019 | 10 | Case Reassigned to Magistrate Judge Mark A. Beatty. Magistrate Judge Donald G. Wilkerson no longer assigned to the case. (lmb) (Entered: 01/08/2019) |
| 01/24/2019 | [11](#) | MOTION for Entry of Default *under FRCP 55(a)(1) and L.R. 55.1(a)* by Jesse Ward. (Attachments: # [1](#) Exhibit Proposed Certificate of Default)(Liebowitz, Richard) (Entered: 01/24/2019) |
| 01/25/2019 | 12 | NOTICE REGARDING FILING re [11](#) Motion for Entry of Default filed by Jesse Ward. Plaintiff has attached Clerk's Certificate of Default to the motion. Proposed documents should not be attached to the entry. (amv)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 01/25/2019) |

Case 5:19-cv-00249-FL    Document 79-3    Filed 06/15/21    Page 2 of 7

| | | |
|---|---|---|
| 01/25/2019 | [13](#) | SET ASIDE Clerk's ENTRY OF DEFAULT as to Consequence Holdings, LLC, Granting [11](#) MOTION for Entry of Default *under FRCP 55(a)(1) and L.R. 55.1(a)* filed by Jesse Ward. (amv) Modified on 8/20/2019 (amv). (Entered: 01/25/2019) |
| 01/25/2019 | [14](#) | STRICKEN BY ORDER OF COURT NOTICE by Jesse Ward re 12 Notice Regarding Filing, *of Proposed Clerk's Certificate of Default* (Liebowitz, Richard) (Entered: 01/25/2019) |
| 01/28/2019 | 15 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking [14](#) Notice (Other) of Proposed Clerk's Certificate of Default filed by Jesse Ward. Proposed documents shall not be filed, refer Electronic Case filing-Submitting a Proposed Document located on the Court's website. Default has been entered see Doc. 13. (amv)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 01/28/2019) |
| 04/01/2019 | 16 | NOTICE OF IMPENDING DISMISSAL: A review of the docket indicates the Clerk of Court entered default against Defendant Consequence Holdings, LLC on January 25, 2019 (Doc. 13), but Plaintiff has not taken any further action. NOTICE IS HEREBY GIVEN that this case will be dismissed by the Court for want of prosecution unless Plaintiff takes action on or before April 22, 2019, to move for default judgment against Defendant pursuant to Federal Rule of Civil Procedure 55(b). Signed by Chief Judge Nancy J. Rosenstengel on 4/1/2019. (jmp2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 04/01/2019) |
| 04/22/2019 | [17](#) | MOTION for Default Judgment as to *Liability for Count I: Copyright Infringement; Count II: Removal of CMI; and for attorneys' fees and costs* by Jesse Ward. (Liebowitz, Richard) (Entered: 04/22/2019) |
| 04/22/2019 | [18](#) | MEMORANDUM in Support re [17](#) MOTION for Default Judgment as to *Liability for Count I: Copyright Infringement; Count II: Removal of CMI; and for attorneys' fees and costs* filed by Jesse Ward. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E)(Liebowitz, Richard) (Entered: 04/22/2019) |
| 05/08/2019 | 19 | ORDER: Plaintiff Jesse Ward has moved for default judgment under Fed. R. Civ. P. 55(b), but has not complied with Southern District of Illinois Local Rule 55.1(b), which requires Plaintiff to state that a copy of the motion has been mailed to Defendants last known address. Plaintiff is ORDERED to affirm that his Motion for Default Judgment (Doc. 17) has been mailed to Defendants last known address. Signed by Chief Judge Nancy J. Rosenstengel on 5/8/2019. (jmp2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 05/08/2019) |
| 06/27/2019 | 20 | NOTICE OF IMPENDING DISMISSAL: The Clerk of Court entered default against Defendant Consequence Holdings, LLC on January 25, 2019 (Doc. 13), and Plaintiff Jesse Ward moved for default judgment on April 22, 2019 (Doc. 17). But Plaintiff's motion for default judgment is deficient because he does not verify that he sent a copy of the motion to Defendant's last known address, as required under Local Rule 55.1(b). On May 8, 2019, the Court ordered Plaintiff to affirm that he sent the motion to Defendant's last known address, but he has yet to comply with the order. NOTICE IS HEREBY GIVEN that this case will be dismissed pursuant to Federal Rule of Civil Procedure 55(b) unless Plaintiff takes action on or before July 11, 2019. Signed by Chief Judge Nancy J. Rosenstengel on 6/27/2019. (jmp2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/27/2019) |
| 06/27/2019 | | Set Deadlines: Action due by 7/11/2019. (amv) (Entered: 06/27/2019) |
| 07/11/2019 | [21](#) | CERTIFICATE OF SERVICE by Jesse Ward on 7/11/19. (Liebowitz, Richard) Modified on 7/12/2019 (amv). (Entered: 07/11/2019) |

Case 5:19-cv-00249-FL     Document 79-3     Filed 06/15/21     Page 3 of 7

| | | |
|---|---|---|
| 07/12/2019 | 22 | NOTICE OF MODIFICATION re 21 Return of Service Executed filed by Jesse Ward. Incorrect filing type used by filer. Docket text was modified to read (Certificate of Service). No further action is required by the filer in relation to this notification. (amv)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/12/2019) |
| 08/02/2019 | 23 | MOTION to Appear Pro Hac Vice by Attorney Daniel G. Booth $200 fee paid,receipt number 0754-3945147 by on behalf of Consequence Holdings, LLC. (Booth, Daniel) (Entered: 08/02/2019) |
| 08/02/2019 | 24 | NOTICE of Appearance by Daniel G. Booth on behalf of Consequence Holdings, LLC (Booth, Daniel) (Entered: 08/02/2019) |
| 08/02/2019 | 25 | MOTION to Set Aside Default by Consequence Holdings, LLC. (Booth, Daniel) (Entered: 08/02/2019) |
| 08/02/2019 | 26 | MEMORANDUM in Support re 25 MOTION to Set Aside Default filed by Consequence Holdings, LLC. (Attachments: # 1 Affidavit Declaration of Alex Young, # 2 Exhibit 1 to Young Declaration, # 3 Exhibit 2 to Young Declaration, # 4 Exhibit 3 to Young Declaration, # 5 Exhibit 4 to Young Declaration, # 6 Affidavit Declaration of Dan Booth, # 7 Exhibit 1 to Booth Declaration, # 8 Exhibit 2 to Booth Declaration)(Booth, Daniel) (Entered: 08/02/2019) |
| 08/03/2019 | 27 | RESPONSE in Opposition re 17 MOTION for Default Judgment as to *Liability for Count I: Copyright Infringement; Count II: Removal of CMI; and for attorneys' fees and costs* filed by Consequence Holdings, LLC. (Booth, Daniel) (Entered: 08/03/2019) |
| 08/05/2019 | 28 | ORDER granting 23 Motion to Appear Pro Hac Vice by Attorney Booth on behalf of Consequence Holdings, LLC. (kdw)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 08/05/2019) |
| 08/19/2019 | 29 | ORDER GRANTING 25 Motion to Set Aside Default: For good cause shown, the Clerk's entry of default (Doc. 13) is SET ASIDE, and the motion for default judgment Doc. 17 is DENIED. Defendant SHALL respond to the Complaint within 21 days. The parties are ADVISED that they must move the Court for an extension of time of any deadlines set by the Court. Signed by Chief Judge Nancy J. Rosenstengel on 8/19/2019. (jmp2) Modified on 8/20/2019 (amv). (Entered: 08/19/2019) |
| 09/09/2019 | 30 | MOTION to Dismiss for Lack of Jurisdiction ( Responses due by 10/15/2019), MOTION for Sanctions by Consequence Holdings, LLC. (Attachments: # 1 Affidavit of Dan Booth, # 2 Exhibit A, # 3 Exhibit B)(Booth, Daniel) (Entered: 09/09/2019) |
| 09/10/2019 | 31 | NOTICE of Voluntary Dismissal by Jesse Ward (Liebowitz, Richard) (Entered: 09/10/2019) |
| 09/10/2019 | 32 | MOTION for Leave to File *a Supplemental Brief* by Consequence Holdings, LLC. (Attachments: # 1 Exhibit Supplemental Letter Brief)(Booth, Daniel) (Entered: 09/10/2019) |
| 09/11/2019 | 33 | ORDER: On September 10, 2019, Plaintiff Jesse Ward filed a motion to voluntary dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) (Doc. 31). Under the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action without a Court Order before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Here, Defendant Consequence Holdings, LLC has not answered the complaint or filed a motion for summary judgment. Accordingly, this action is DISMISSED without prejudice and the Clerk of Court is DIRECTED to enter judgment closing this case. Signed by Chief Judge Nancy J. Rosenstengel on 9/11/2019. (jmp2)THIS |

| | | |
|---|---|---|
| | | TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 09/11/2019) |
| 09/11/2019 | 34 | CLERK'S JUDGMENT. Approved by Chief Judge Nancy J. Rosenstengel on 9/11/2019. (jmp2) (Entered: 09/11/2019) |
| 01/10/2020 | 35 | MOTION for Attorney Fees by Consequence Holdings, LLC. (Attachments: # 1 Affidavit of Dan Booth, # 2 Exhibit A (Second Complaint), # 3 Exhibit B (Second Notice of Dismissal))(Booth, Daniel) (Entered: 01/10/2020) |
| 01/24/2020 | 36 | RESPONSE in Opposition re 35 MOTION for Attorney Fees filed by Jesse Ward. (Liebowitz, Richard) (Entered: 01/24/2020) |
| 01/28/2020 | 37 | REPLY to Response to Motion re 30 MOTION to Dismiss for Lack of Jurisdiction MOTION for Sanctions , 35 MOTION for Attorney Fees filed by Consequence Holdings, LLC. (Booth, Daniel) (Entered: 01/28/2020) |
| 04/28/2020 | 38 | MOTION for Leave to File *Supplemental Authority* by Consequence Holdings, LLC. (Attachments: # 1 Exhibit Federal Circuit Decision in Dragon Intellectual Property)(Booth, Daniel) (Entered: 04/28/2020) |
| 05/07/2020 | 39 | ORDER granting in part and denying in part 30 Motion for Sanctions; 35 Motion for Attorney Fees; finding as moot 38 Motion for Leave to File. Within thirty days of this Order, Mr. Liebowitz and the Liebowitz Law Firm, jointly and severally, shall pay monetary sanctions to the Court (payable to the Clerk of the United States District Court, Southern District of Illinois) in the amount of $10,000 and fees to Consequence in the amount of $10,000. Within one week of receipt, Consequence shall file proof of such payment. Signed by Chief Judge Nancy J. Rosenstengel on 5/7/2020. (dhg) (Entered: 05/07/2020) |
| 06/04/2020 | 40 | MOTION to Vacate 39 Order on Motion for Attorney Fees,,, Order on Motion for Leave to File,, , MOTION to Stay *Execution of the Court's Sanctions Order Pending Resolution of this Motion, or of the Intended Appeal (If Necessary)* by Jesse Ward. (Attachments: # 1 Affidavit Declaration of Richard Liebowitz, # 2 Exhibit A: Certificate of Dissolution re: Consequence Holdings, LLC, # 3 Exhibit B: Application for Reinstatement)(Liebowitz, Richard) (Entered: 06/04/2020) |
| 06/05/2020 | 41 | ORDER re 40 Motion to Vacate and Motion to Stay. The Court has reviewed Plaintiff's motion and determined that none of his arguments has merit. Ordering a response would place a unnecessary burden on the Defendant. Therefore, the Court DENIES Plaintiff's 40 Motion to Vacate and Motion to Stay. Signed by Chief Judge Nancy J. Rosenstengel on 6/5/2020. (anb2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/05/2020) |
| 06/05/2020 | 42 | MOTION to Amend/Correct 39 Order on Motion for Attorney Fees,,, Order on Motion for Leave to File,, , MOTION to Continue by Jesse Ward. (Attachments: # 1 Affidavit Declaration of Richard Liebowitz, # 2 Exhibit Proposed Order)(Liebowitz, Richard) (Entered: 06/05/2020) |
| 06/08/2020 | 43 | ORDER re 42 Motion to Amend/Correct and Motion to Continue: Defendant Consequence Holdings, LLC is ORDERED to respond to the Motions on or before June 22, 2020. As partial payment in the interim towards fulfillment of the Plaintiff's obligation under the Court's Order in Doc. 39 , Plaintiff Jesse Ward is ORDERED to pay $1666.66 TODAY, $833.33 of which shall be paid to the Clerk of Court and $833.33 of which shall be paid to Defendant. Plaintiff is ORDERED to file proof of such payment on or before June 9, 2020. Signed by Chief Judge Nancy J. Rosenstengel on 6/8/2020. (anb2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/08/2020) |
| 06/08/2020 | | Sanction fee: $ 833.33, receipt number 34625101929 (ack) (Entered: 06/08/2020) |

Case 5:19-cv-00249-FL   Document 79-3   Filed 06/15/21   Page 5 of 7

| | | |
|---|---|---|
| 06/09/2020 | 44 | AFFIDAVIT re 43 Order,,, Set Motion and R&R Deadlines/Hearings,, by Jesse Ward. (Liebowitz, Richard) (Entered: 06/09/2020) |
| 06/15/2020 | | Sanction fee: $ 9166.67, receipt number 34625102038 (ack) (Entered: 06/15/2020) |
| 06/15/2020 | 45 | AFFIDAVIT re 43 Order,,, Set Motion and R&R Deadlines/Hearings,, 39 Order on Motion for Attorney Fees,,, Order on Motion for Leave to File,, *Certificate of Payment Made in Full* by Jesse Ward. (Liebowitz, Richard) (Entered: 06/15/2020) |
| 06/15/2020 | 46 | MOTION to Withdraw 42 MOTION to Amend/Correct 39 Order on Motion for Attorney Fees,,, Order on Motion for Leave to File,, MOTION to Continue by Jesse Ward. (Liebowitz, Richard) (Entered: 06/15/2020) |
| 06/16/2020 | 47 | ORDER GRANTING 46 Motion to Withdraw 42 Motion to Amend/Correct and Motion to Continue filed by Jesse Ward. Defendant Consequence Holdings, LLC is reminded that it shall file proof of payment within one week of receipt. Signed by Chief Judge Nancy J. Rosenstengel on 6/16/2020. (anb2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/16/2020) |
| 06/16/2020 | 48 | NOTICE by Consequence Holdings, LLC *of Proof of Payment* (Booth, Daniel) (Entered: 06/16/2020) |
| 06/16/2020 | 49 | MOTION for Order to Show Cause by Consequence Holdings, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Booth, Daniel) (Entered: 06/16/2020) |
| 06/17/2020 | 50 | MOTION to Quash *Two Subpoenas Duces Tecum issued by Dan Booth, Esq.*, MOTION for Protective Order *re: Confidentiality; Protected Financial Documents, Attorney-Client Privileged Matter*, MOTION for Sanctions *against Dan Booth, Esq.* by Jesse Ward. (Attachments: # 1 Affidavit Declaration of Richard Liebowitz, # 2 Exhibit A: Subpoena #1 to LLF, # 3 Exhibit B: Subpoena #2 to Chase Bank, # 4 Exhibit Emails b/w counsel, # 5 Exhibit 4/25/19 Arrest Warrant for Dan Booth, Esq.)(Liebowitz, Richard) (Entered: 06/17/2020) |
| 06/19/2020 | 51 | ORDER: THIS CASE HAS BEEN DISMISSED VOLUNTARILY AND IS CLOSED. As the Court has plainly stated previously, it does not wish to encourage the personal disputes between individual attorneys in this case that extend across multiple representations. Both parties' attorneys, apparently completely lacking in self-awareness, have continued their personal disputes in this venue and this Court will not give in to the parties' desires for legal gamesmanship that cheapen the legal profession. Defendant's Motion for Order to Show Cause (Doc. 49 ) is DENIED. Furthermore, a subpoena issued pursuant to Federal Rule of Civil Procedure 45 is subject to the general relevancy standard for discovery described at Fed. R. Civ. P. 26(b)(1). The subpoenaing party must first show that its requests are relevant to its claims or defenses, within the meaning of Rule 26(b)(1). Since the intent of Defendant's subpoenas directed at Plaintiff were to find additional evidence to support the Motion for Order to Show Cause, Plaintiff's Motion to Quash (Doc. 50 ) Defendant's subpoenas is GRANTED. The remainder of Plaintiff's Motion is DENIED. Both parties are WARNED that continued jockeying in this closed case will result in the Court sanctioning both parties with mandatory continuing education courses in ethics and mentorship programs with Court-approved experienced lawyers at each attorney's own expense for as long as the Court deems necessary. Signed by Chief Judge Nancy J. Rosenstengel on 6/19/2020. (anb2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/19/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/15/2021 15:14:18 | | | |
| **PACER Login:** | lukeadalton:4497129:5243205 | **Client Code:** | 20708.21010 |
| **Description:** | Docket Report | **Search Criteria:** | 3:18-cv-01734-NJR-MAB |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |