UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Case No. 5:19-cv-249-Fl

| | |
|---|---|
| MATTHEW BRADLEY,<br><br>    Plaintiff<br><br>v.<br><br>ANALYTICAL GRAMMAR, INC.<br>    Defendant | **ORDER** |

This matter coming before the undersigned on motion of Attorney Albert P. Allan to withdraw as Local Rule 83.1(d) Counsel for Plaintiff Matthew Bradley (Doc. No. 76). Given that Bradley is now represented by counsel admitted to practice in this district, the Court finds that there is no longer need for Local Rule 831(d) counsel.

THEREFORE, IT IS ORDERED that Attorney Albert P. Allan's motion to withdraw as Local Rule 83.1(d) counsel for Plaintiff Matthew Bradley is **GRANTED.**

SO ORDERED, this the \_\_\_\_ day of June, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge