IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-249-FL

| | ) | |
|---|---|---|
| MATTHEW BRADLEY, | ) | **DEFENDANT ANALYTICAL** |
| | ) | **GRAMMAR, INC.'S NOTICE OF** |
| Plaintiff, | ) | **WITHDRAWAL OF SUBPOENAS** |
| v. | ) | |
| | ) | |
| ANALYTICAL GRAMMAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Local Civil Rules 7.1(c) and 45.1, Defendant Analytical Grammar, Inc. ("Analytical") provides notice that it has withdrawn the three subpoenas that were the subject of Richard Liebowitz ("Liebowitz") and Liebowitz Law Firm, PLLC's ("LLF") (together "Movants") Motion to Quash and for a Protective Order. DE 78 (the "Discovery Motion").

Analytical issued subpoenas to Movants and to LLF's bank JPMorgan Chase Bank, N.A., seeking production of financial records relevant to its forthcoming motion for sanctions against Movants. DE 81 p. 1; *see* DE 78-1, 78-2, & 78-3. Movants filed the Discovery Motion on June 15, 2021. DE 78. They conferred with Analytical on June 23, 2021, and Analytical withdrew its subpoena to Liebowitz later that day. *See* DE 81 p. 3. Analytical filed a response to the Discovery Motion on June 28, 2021. DE 81. Movants sought to confer regarding the response that evening. Analytical informed Movants this morning, June 29, 2021, that it has withdrawn the other two subpoenas. Movants requested that Analytical inform the Court of the withdrawal.

The withdrawal of the three subpoenas at issue renders the Discovery Motion moot. *Currituck Cty. v. LeTendre*, No. 2:19-CV-27-BO, 2020 U.S. Dist. LEXIS 214224, *16 (E.D.N.C. Nov. 17, 2020) ("As the subpoenas have been withdrawn, the motion to quash is moot."); *Knox*

*Energy, LLC v. Gasco Drilling, Inc.*, 258 F. Supp. 3d 709, 731 (W.D. Va. 2017) (motion for protective order moot after issuing party indicated withdrawal of the subject subpoena); *United States v. Kipp*, No. 3:15-CR-244-MOC-DSC, 2016 U.S. Dist. LEXIS 170789, *2 (W.D.N.C. Dec. 9, 2016) (finding moot motion to quash subpoenas issued to law firms and bank after withdrawal).

Dated: June 29, 2021

                Respectfully submitted,

                Analytical Grammar, Inc.

                By its attorneys:

                DAN BOOTH LAW LLC

                /s/ <u>Dan Booth</u>
                Daniel G. Booth
                60 Thoreau Street, #121
                Concord, MA 01742
                dan@danboothlaw.com
                Local Civil Rule 83.1(e) Special Appearance

                PARKER POE ADAMS & BERNSTEIN LLP

                Christopher M. Thomas
                N.C. State Bar No. 31834
                christhomas@parkerpoe.com
                PNC Plaza
                301 Fayetteville Street, Suite 1400 (27601)
                P.O. Box 389
                Raleigh, North Carolina 27602-0389
                Telephone: (919) 835-4626
                Facsimile: (919) 834-4564
                Local Civil Rule 83.1(d) Counsel

2
Case 5:19-cv-00249-FL    Document 82    Filed 06/29/21    Page 2 of 3

# CERTIFICATE OF SERVICE

I, Dan Booth, hereby certify that on June 29, 2021, a true copy of Analytical Grammar, Inc.'s foregoing Notice of Withdrawal of Subpoenas was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Susan Freya Olive
Olive & Olive, P.A.
500 Memorial Street
P.O. Box 2049
Durham, NC 27702-2049
solive@oliveandolive.com
(counsel for plaintiff Matthew Bradley)

Albert P. Allan
Allan Law Firm, PLLC
435 East Morehead Street
Charlotte, NC 28202
alallan@allaniplitigation.com
(counsel for plaintiff Matthew Bradley)

Luke A. Dalton
McAngus, Godelock & Courie, PLLC
P.O. Box 30516
Raleigh, NC 27622
luke.dalton@mgclaw.com
(counsel for Richard A. Liebowitz and Liebowitz Law Firm, PLLC)


June 29, 2021                    /s/ Dan Booth
                                 Daniel G. Booth