IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-249-FL

| | | |
|---|---|---|
| MATTHEW BRADLEY, | ) | **DECLARATION OF ED TIMBERLAKE** |
| Plaintiff, | ) | |
| v. | ) | |
| ANALYTICAL GRAMMAR, INC., | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 1746, Edward L. Timberlake, Jr. hereby declares and states as follows:

1. I am over 18 years of age, suffer from no known disability, and have personal knowledge of the facts set forth in this declaration.

2. I am an attorney duly licensed to practice law in the State of North Carolina and have been a member of the bar of the State of North Carolina since 2000. I am a practitioner in the law firm Timberlake Law and my office is located in Chapel Hill, North Carolina. My legal practice is primarily in the areas of trademark law and copyright law. I am certified by the North Carolina State Bar Board of Legal Specialization as a specialist in trademark law.

3. I graduated from the School of Law at Wake Forest University in 2000 and from the University of North Carolina at Chapel Hill in 1995. I worked as a trademark examining attorney at the United States Patent and Trademark Office from 2000 to 2002, and as a copyright examiner at the United States Copyright Office from 2003 to 2009. I have been in private practice since 2009. I also served as an adjunct professor of trademark law at Campbell University School of Law from 2012 to 2013.

1

4. In my practice I regularly provide counsel regarding copyrightability and copyright and trademark registration, and routinely interact with attorneys of the Wake County Bar and throughout North Carolina. I am familiar with the skills and experience levels of many attorneys who regularly practice in the area of complex civil litigation, in particular in copyright and trademark matters, and in the Raleigh legal community.

5. I have long been familiar with Dan Booth, and with the law firm of Parker Poe Adams & Bernstein, LLP ("Parker Poe"). Mr. Booth and Parker Poe both have extensive experience and substantial ability as litigators in complex cases involving copyright and trademark law, and both have solid reputations among other practitioners in the field. I have been asked to review the hourly billing rates for Mr. Booth and for the attorneys and paralegals from Parker Poe who worked on the above-captioned case.

6. I have been advised that in connection with this case the hourly billing rates in the applicable years for Dan Booth ranged from $425.00 to $440.00, and that that his hourly billing rate for work on the above-captioned case was $425.00.

7. I have been advised that in connection with this case the hourly billing rates in the applicable years for Parker Poe partner Christopher M. Thomas was $425.00, that the hourly billing rates for the Parker Poe associates ranged from $295.00 to $350.00, and that the hourly billing rates for the Parker Poe paralegals ranged from $195.00 to $265.00.

8. Set forth below is a more detailed chart of the specific hourly billing rates charged by the respective timekeepers during the relevant time periods, with their positions and dates of admission to practice, as provided to me by Mr. Booth:

| Timekeeper | Position | Date of Admission into First State Bar | Rates |
|---|---|---|---|
| Booth, Daniel G. | Principal | 2006 | 425.00 |

2

| Thomas, Christopher M. | Partner | 2003 | 425.00 |
| Lawson, Catherine R. L. | Associate | 2012 | 350.00 |
| Carpenter, Sloan L. E. | Associate | 2018 | 295.00 |
| Thompson, M. Kathy | Paralegal | n/a | 265.00 |
| Marshall, Carrie J. | Paralegal | n/a | 235.00 |
| Burn, Victoria B. | Paralegal | n/a | 225.00 |
| Mayhew, Candace | Paralegal | n/a | 205.00 to 210.00 |
| Bibb, Marcia M. | Paralegal | n/a | 200.00 |
| Routh, Tina P. | Paralegal | n/a | 195.00 |

9. I have reviewed the Complaint filed on June 18, 2019, the Order issued March 3, 2021 granting summary judgment in this case, and the case docket. From my review of those materials, it is apparent to me that this was complex civil copyright litigation.

10. Based on my experiences in practicing law in North Carolina, and in the areas of copyright law and trademark law, the billing rates set forth above are reasonable, customary and consistent, on the whole, with the billing rates that are charged in the Raleigh legal community by attorneys and paralegals of comparable levels of skill and experience in complex civil litigations during the time period in question, and I believe these rates to be consistent with rates, on the whole, that are charged by comparable firms in Raleigh in copyright litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2021.

Edward L. Timberlake, Jr.

3