bhphotovideo.com

OPTIC 2019 Protecting Your Copyrights in the Age of Social Media with Richard Liebowitz | B&H Explora

B&H for B2B, Gov, Students & More ▼   News, Tips and Reviews ›   The Professional's Source  800.606.6969   ⓘ Help   💬 Live Chat

Photography | Computers | Pro Video | Lighting | Pro Audio | Mobile | TVs & Entertainment | Camcorders | Surveillance | Optics | Audio-Visual | More… | Used | Specials

Free Expedited Shipping* to Lexingt…

Video Categories | Search Videos

Explora › Videos › Photography › OPTIC 2019 Protecting Your ...



## OPTIC 2019 Protecting Your Copyrights in the Age of Social Media with Richard Liebowitz

26 Views · 08/02/2019 · 01:04:00 mins

| f 0 | 🐦 0 | ✉ Email | 🔗 Link | 💬 0 | | 🔖 Save | ❤ 0 |

 View the Event Space page for this video

Returning for its fifth consecutive year, OPTIC 2019 was the best OPTIC yet! With our planet's environment changing at a rapid rate, the discussion was more poignant than ever. The four-day imaging event explored the inspiration, techniques, and equipment essential to capturing the great outdoors—with an emphasis on conservation.

Richard P. Liebowitz, Esq., is a New York attorney who focuses on intellectual property law relating to copyrights, at Liebowitz Law Firm, PLLC. A 17-year member of the New York Press Photographers Association (NYPPA), he has produced award-winning photojournalism. Liebowitz now helps his fellow NYPPA members and other artists around the world resolve intellectual-property infringements and protect their work, on a contingency basis. As a fellow photographer, he understands where artists are coming from and is passionate about helping the creative community.

### Tags

optic | Optic 2019 | Trade-show

### Related Videos


Deep Space Astrophotog…
06/12/21


The Business of Photogr…
04/24/21

### Related Articles


Features
Five Podcasts on Music …
by John Harris · 9 hours ago



Case 5:19-cv-00249-FL    Document 83-9    Filed 07/08/21    Page 1 of 1