*Matthew Bradley v. Analytical Grammar, Inc.*           Plaintiff's Privilege Log
(5:19-cv-249-FL)          12/4/19

Richard Liebowitz: Plaintiff's Lead Counsel (Liebowitz Law Firm, PLLC)
Donna Halperin: Director Client Services (Liebowitz Law Firm, PLLC)
Jordan Dula, Kevin Yan, Nick DiLoreto, Basil Gordon: Research Analysts (Liebowitz Law Firm, PLLC)

| Date | Type of Document | Author | Recipient | Re: | Privilege Asserted |
|---|---|---|---|---|---|
| 12/17/18 8:28 p.m. | E-mail | Donna Halperin | Matt Bradley | Photograph Copyright Violation | Attorney-Client Privilege |
| 12/18/18 12:17 a.m. | E-mail | Matt Bradley | Donna Halperin | Photograph Copyright Violation | Attorney-Client Privilege |
| 12/18/18 5:05 p.m. | E-mail | Matt Bradley | Donna Halperin | Infringements | Attorney-Client Privilege |
| 12/19/18 1:47 p.m. | E-mail | Matt Bradley | Donna Halperin | Infringements | Attorney-Client Privilege |
| 12/19/18 2:53 p.m. | E-mail | Donna Halperin | Matt Bradley | Infringements | Attorney-Client Privilege |
| 12/24/18 8:34 a.m. | E-mail | Jordan Dula | Matt Bradley | New Research Analyst | Attorney-Client Privilege |
| 12/24/18 2:29 p.m. | E-mail | Matt Bradley | Donna Halperin | New Research Analyst | Attorney-Client Privilege |

| Date | Type of Document | Author | Recipient | Re: | Privilege Asserted |
|---|---|---|---|---|---|
| 12/24/18 4:46 p.m. | E-mail | Matt Bradley | Donna Halperin | Infringements | Attorney-Client Privilege |
| 12/24/18 1:39 p.m. | E-mail | Donna Halperin | Matt Bradley | Infringements | Attorney-Client Privilege |
| 12/24/18 1:49 p.m. | E-mail | Donna Halperin | Matt Bradley | Infringements | Attorney-Client Privilege |
| 12/25/18 8:16 p.m. | E-mail | Donna Halperin | Matt Bradley | Infringements | Attorney-Client Privilege |
| 12/28/18 2:22 p.m. | E-mail | Matt Bradley | Jordan Dula | New Research Analyst | Attorney-Client Privilege |
| 1/2/19 10:42 a.m. | E-mail | Jordan Dula | Matt Bradley | New Research Analyst | Attorney-Client Privilege |
| 1/2/19 2:48 p.m. | E-mail | Matt Bradley | Jordan Dula | New Research Analyst | Attorney-Client Privilege |
| 1/18/19 5:06 p.m. | E-mail | Matt Bradley | Jordan Dula | New Research Analyst | Attorney-Client Privilege |
| 1/25/19 1:30 p.m. | E-mail | Jordan Dula | Matt Bradley | Liebowitz Law Firm | Attorney-Client Privilege |

| Date | Type of Document | Author | Recipient | Re: | Privilege Asserted |
|---|---|---|---|---|---|
| 4/5/19 10:07 p.m. | E-mail | Matt Bradley | Jordan Dula | Liebowitz Law Firm | Attorney-Client Privilege |
| 5/29/19 8:38 a.m. | E-mail | Nick DiLoreto | Matt Bradley | New Research Analyst | Attorney-Client Privilege |
| 6/7/19 2:26 p.m. | E-mail | Matt Bradley | Nick DiLoreto | New Research Analyst | Attorney-Client Privilege |
| 6/10/19 | Proprietary Software Interface | Kevin Yan | None | Creation of File re: Analytical Grammar Infringement | Attorney-Client Privilege; Work-Product |
| 6/10/19 | Proprietary Software Interface | Kevin Yan | Matt Bradley | Client Approval to Pursue Analytical Grammar Infringement | Attorney-Client Privilege |
| 6/10/19 | Proprietary Software Interface | Kevin Yan | Matt Bradley | Client Approval to Pursue Analytical Grammar Infringement | Attorney-Client Privilege |
| 6/11/19 8:01 p.m. | E-mail | Richard Liebowitz | Matt Bradley | Copyright Update | Attorney-Client Privilege |
| 6/13/19 | E-mail | Matt Bradley | Richard Liebowitz | Copyright Update | Attorney-Client Privilege |

| Date | Type of Document | Author | Recipient | Re: | Privilege Asserted |
|---|---|---|---|---|---|
| 3:09 p.m. | | | | | |
| 8/16/19 11:49 p.m. | E-mail | Matt Bradley | Richard Liebowitz | Copyright Update | Attorney-Client Privilege |
| 8/16/19 9:22 p.m. | E-mail | Donna Halperin | Matt Bradley | Copyright Update | Attorney-Client Privilege |
| 8/17/19 12:35 a.m. | E-mail | Matt Bradley | Donna Halperin | Copyright Update | Attorney-Client Privilege |
| 8/18/19 10:31 p.m. | E-mail | Richard Liebowitz | Matt Bradley | Copyright Update | Attorney-Client Privilege |
| 9/15/19 10:17 p.m. | E-mail | Richard Liebowitz | Matt Bradley | Copyright Update | Attorney-Client Privilege |
| 9/15/19 10:45 p.m. | E-mail | Matt Bradley | Richard Liebowitz | Copyright Update | Attorney-Client Privilege |
| 9/16/19 12:40 a.m. | E-mail | Matt Bradley | Richard Liebowitz | Copyright Update | Attorney-Client Privilege |
| 9/16/19 1:02 a.m. | E-mail | Matt Bradley | Richard Liebowitz | Copyright Update | Attorney-Client Privilege |

| Date | Type of Document | Author | Recipient | Re: | Privilege Asserted |
|---|---|---|---|---|---|
| 9/16/19 10:34 a.m. | E-mail | Matt Bradley | Richard Liebowitz | Copyright Update | Attorney-Client Privilege |
| 9/20/19 12:24 p.m. | E-mail | Basil Gordon | Matt Bradley | Liebowitz Law Firm | Attorney-Client Privilege |
| 9/23/19 1:16 a.m. | E-mail | Matt Bradley | Basil Gordon | Liebowitz Law Firm | Attorney-Client Privilege |
| 9/29/19 9:29 p.m. | E-mail | Matt Bradley | Richard Liebowitz | Infringement by Analytical Grammar | Attorney-Client Privilege |
| 9/30/19 12:15 a.m. | E-mail | Matt Bradley | Basil Gordon | Infringements | Attorney-Client Privilege |
| 9/30/19 12:22 a.m. | E-mail | Matt Bradley | Richard Liebowitz | Analytical Grammar Update | Attorney-Client Privilege |
| 10/7/19 1:42 a.m. | E-mail | Matt Bradley | Basil Gordon | Infringements | Attorney-Client Privilege |
| 10/7/19 1:42 a.m. | E-mail | Matt Bradley | Richard Liebowitz | Infringement by Analytical Grammar | Attorney-Client Privilege |