# AIPLA 2019

## Report of the Economic Survey

Prepared Under Direction of
Law Practice Management Committee

**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org



# Report of the Economic Survey 2019

**Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee**

Frank L. Gerratana, Chair

September 2019

Prepared by:



910 Clopper Road, Suite 210N ■ Gaithersburg, Maryland 20878
TEL: (240) 268-1262 ■ ARI@associationresearch.com

## AIPLA Law Practice Management 2019 Economic Survey Participants

We would like to thank those who helped put together and review this year's AIPLA Economic Survey:

**Frank Gerratana**: Fish & Richardson, PC – Chair of LPM Committee

**Arlene Neal**: Neal Bilbo, LLC – Vice Chair of LPM Committee

**Stephanie Sanders**: Kilpatrick Townsend & Stockton, LLP – Co-Chair of the Economic Survey Subcommittee

**Ariana Fleishman**: PiVerse, Inc. – Co-Chair of the Economic Survey Subcommittee

**DeAnn Smith**: Foley Hoag – Board Liaison

---

### Economic Survey Subcommittee Members:

| | |
|---|---|
| **Ashraf Abdul-Mohsen**: ARI | **John Gorecki**: Anderson Gorecki, LLP |
| **Iasha Chaudhry**: Smart & Biggar | **Megan Kirkegaard**: ARI |
| **Ryan Dean**: Umberg Zipser, LLP | **Joshua Kresh**: DLA Piper LLP, US |
| **Meghan Donohoe**: AIPLA | |

©2019 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

Printed COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $75 PER COPY FOR MEMBERS AND $495 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
1400 CRYSTAL DRIVE, SUITE 600
ARLINGTON VA 22202
(703) 415-0780
WWW.AIPLA.ORG

| LOCATION | | |
|---|---|---|
| **METROPOLITAN AREAS** | **PERCENT** | **COUNT** |
| Boston CMSA* | 5.1% | 49 |
| New York City CMSA* | 6.6% | 63 |
| Philadelphia CMSA* | 3.6% | 35 |
| Washington, DC CMSA* | 14.2% | 136 |
| Other East: Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, and West Virginia | 4.3% | 41 |
| Metro Southeast: Raleigh–Durham, Greensboro–Winston-Salem, and Charlotte, NC; Atlanta, GA; and Miami–Ft. Lauderdale–West Palm Beach, FL | 3.9% | 37 |
| Other Southeast: North Carolina, South Carolina, Georgia, and Florida | 3.7% | 36 |
| Chicago CMSA* | 5.9% | 57 |
| Minneapolis–St. Paul PMSA** | 5.4% | 52 |
| Other Central: Minnesota, North Dakota, South Dakota, Wisconsin, Michigan, Ohio, Indiana, Illinois, Iowa, Nebraska, Kansas, Missouri, Kentucky, Oklahoma, Arkansas, Louisiana, Mississippi, Alabama, and Tennessee | 17.2% | 165 |
| Texas | 7.0% | 67 |
| Los Angeles CMSA* | 4.0% | 38 |
| San Francisco CMSA* | 5.0% | 48 |
| Other West: Montana, Wyoming, Colorado, New Mexico, Idaho, Utah, Nevada, Arizona, Washington, Oregon, California, Alaska, and Hawaii | 14.3% | 137 |

*CMSA: Consolidated Metropolitan Statistical Area– a metro area with a population of one million or more.
**PMSA: Primary Metropolitan Statistical Area– a component of a CMSA.

## Location (P. I-2, Q1)



## Private Firm, Equity Partner

### Average hourly billing rate in 2018 (Q37)

*Private Firm, Equity Partner*

| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
|---|---|---|---|---|---|---|---|---|
| All Individuals | | 302 | $521 | $330 | $375 | $475 | $650 | $796 |
| Years of IP Law Attorney Experience | 7-9 | 9 | $356 | ISD | $325 | $370 | $390 | ISD |
| | 10-14 | 40 | $438 | $280 | $346 | $398 | $500 | $668 |
| | 15-24 | 119 | $505 | $325 | $375 | $448 | $650 | $750 |
| | 25-34 | 86 | $552 | $344 | $429 | $500 | $665 | $833 |
| | 35 or More | 45 | $613 | $390 | $475 | $595 | $713 | $916 |
| Location | Boston CMSA | 13 | $747 | $369 | $450 | $800 | $1,015 | $1,080 |
| | NYC CMSA | 22 | $559 | $365 | $408 | $475 | $699 | $964 |
| | Philadelphia CMSA | 10 | $599 | $433 | $486 | $560 | $729 | $823 |
| | Washington, DC CMSA | 43 | $590 | $354 | $430 | $570 | $700 | $850 |
| | Other East | 10 | $462 | $314 | $365 | $461 | $513 | $691 |
| | Metro Southeast | 12 | $418 | $292 | $343 | $375 | $421 | $746 |
| | Other Southeast | 8 | $414 | ISD | $354 | $375 | $463 | ISD |
| | Chicago CMSA | 20 | $537 | $351 | $435 | $533 | $644 | $734 |
| | Minne.-St. Paul PMSA | 15 | $443 | $290 | $330 | $420 | $545 | $626 |
| | Other Central | 62 | $421 | $283 | $342 | $390 | $500 | $646 |
| | Texas | 19 | $534 | $400 | $406 | $460 | $650 | $800 |
| | Los Angeles CMSA | 13 | $586 | $336 | $440 | $575 | $675 | $978 |
| | San Francisco CMSA | 14 | $665 | $385 | $464 | $650 | $826 | $1,023 |
| | Other West | 41 | $496 | $300 | $343 | $450 | $623 | $769 |
| IP Technical Specialization (>=50%) | Biotechnology | 13 | $610 | $304 | $418 | $600 | $818 | $990 |
| | Chemical | 16 | $462 | $265 | $374 | $465 | $593 | $636 |
| | Computer Hardware | 5 | $521 | ISD | $313 | $395 | $793 | ISD |
| | Computer Software | 24 | $493 | $313 | $380 | $483 | $596 | $745 |
| | Electrical | 27 | $586 | $350 | $400 | $520 | $670 | $1,010 |
| | Mechanical | 63 | $480 | $337 | $360 | $450 | $570 | $700 |
| | Medical/ Health Care | 18 | $537 | $300 | $396 | $497 | $650 | $743 |
| | Pharmaceutical | 10 | $626 | $405 | $465 | $600 | $761 | $956 |
| | Other areas | 3 | $450 | ISD | ISD | $450 | ISD | ISD |
| Age | 35-39 | 14 | $451 | $245 | $313 | $365 | $655 | $708 |
| | 40-44 | 36 | $446 | $325 | $371 | $400 | $556 | $665 |
| | 45-49 | 46 | $502 | $329 | $368 | $439 | $600 | $822 |
| | 50-54 | 64 | $510 | $350 | $400 | $459 | $636 | $750 |
| | 55-59 | 65 | $550 | $300 | $365 | $500 | $675 | $958 |
| | 60 or Older | 74 | $568 | $350 | $445 | $530 | $653 | $838 |
| Gender | Male | 257 | $525 | $334 | $375 | $482 | $650 | $785 |
| | Female | 42 | $486 | $277 | $350 | $425 | $631 | $814 |
| Highest Non-Law Degree | Bachelor's Degree | 212 | $516 | $330 | $375 | $471 | $650 | $785 |
| | Master's Degree | 62 | $542 | $333 | $400 | $500 | $650 | $814 |
| | Doctorate Degree | 24 | $520 | $310 | $379 | $464 | $669 | $880 |
| Ethnicity | White/Caucasian | 262 | $520 | $330 | $375 | $481 | $650 | $796 |
| | Hispanic/Latino | 4 | $624 | ISD | $445 | $638 | $789 | ISD |
| | Asian/Pacific Islander | 11 | $547 | $315 | $400 | $500 | $675 | $910 |
| | Blended | 5 | $510 | ISD | $325 | $450 | $725 | ISD |
| | Other | 8 | $535 | ISD | $338 | $450 | $733 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 24 | $385 | $275 | $303 | $350 | $450 | $585 |
| | 3-5 | 43 | $408 | $257 | $350 | $400 | $460 | $595 |
| | 6-10 | 32 | $473 | $340 | $364 | $448 | $529 | $650 |
| | 11-25 | 56 | $460 | $340 | $376 | $428 | $519 | $633 |
| | 26-50 | 46 | $522 | $329 | $390 | $500 | $609 | $737 |
| | 51-100 | 47 | $607 | $350 | $430 | $577 | $750 | $960 |
| | 101-150 | 24 | $686 | $353 | $421 | $710 | $938 | $1,023 |
| | More than 150 | 27 | $714 | $524 | $650 | $700 | $785 | $972 |

AIPLA Report of the Economic Survey 2019
I-29

## Private Firm, Partner-Track Attorney

### Average hourly billing rate in 2018 (Q37)

*Private Firm, Partner-Track Attorney*

| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
|---|---|---|---|---|---|---|---|---|
| All Individuals | | 99 | $387 | $250 | $285 | $350 | $438 | $600 |
| Years of IP Law Attorney Experience | Fewer than 5 | 20 | $309 | $222 | $250 | $283 | $325 | $575 |
| | 5-6 | 21 | $406 | $252 | $284 | $360 | $458 | $719 |
| | 7-9 | 22 | $364 | $260 | $298 | $338 | $435 | $509 |
| | 10-14 | 16 | $444 | $280 | $320 | $426 | $499 | $755 |
| | 15-24 | 18 | $405 | $280 | $308 | $388 | $456 | $621 |
| Location | Boston CMSA | 4 | $671 | ISD | $533 | $675 | $806 | ISD |
| | Philadelphia CMSA | 3 | $381 | ISD | ISD | $414 | ISD | ISD |
| | Washington, DC CMSA | 16 | $436 | $285 | $315 | $400 | $516 | $669 |
| | Other East | 5 | $312 | ISD | $288 | $300 | $343 | ISD |
| | Metro Southeast | 6 | $422 | ISD | $324 | $438 | $503 | ISD |
| | Other Southeast | 4 | $335 | ISD | $233 | $336 | $438 | ISD |
| | Chicago CMSA | 5 | $378 | ISD | $350 | $360 | $415 | ISD |
| | Minne.-St. Paul PMSA | 9 | $297 | ISD | $276 | $295 | $313 | ISD |
| | Other Central | 24 | $314 | $245 | $251 | $284 | $345 | $428 |
| | Texas | 4 | $448 | ISD | $310 | $345 | $688 | ISD |
| | Other West | 14 | $413 | $243 | $269 | $427 | $500 | $664 |
| IP Technical Specialization (>=50%) | Biotechnology | 4 | $487 | ISD | $381 | $418 | $661 | ISD |
| | Chemical | 6 | $318 | ISD | $254 | $318 | $379 | ISD |
| | Computer Software | 20 | $431 | $252 | $297 | $355 | $564 | $745 |
| | Electrical | 10 | $394 | $253 | $295 | $415 | $493 | $500 |
| | Mechanical | 26 | $340 | $247 | $280 | $310 | $374 | $507 |
| | Pharmaceutical | 3 | $572 | ISD | ISD | $525 | ISD | ISD |
| Age | Younger than 35 | 29 | $341 | $250 | $265 | $300 | $350 | $591 |
| | 35-39 | 29 | $389 | $250 | $280 | $310 | $468 | $735 |
| | 40-44 | 12 | $419 | $226 | $346 | $418 | $488 | $675 |
| | 45-49 | 13 | $381 | $277 | $298 | $375 | $433 | $563 |
| | 50-54 | 9 | $431 | ISD | $360 | $414 | $459 | ISD |
| | 55-59 | 5 | $416 | ISD | $300 | $435 | $523 | ISD |
| Gender | Male | 82 | $402 | $252 | $290 | $360 | $468 | $608 |
| | Female | 16 | $319 | $247 | $259 | $296 | $325 | $486 |
| Highest Non-Law Degree | Bachelor's Degree | 65 | $395 | $266 | $298 | $350 | $458 | $595 |
| | Master's Degree | 26 | $368 | $247 | $275 | $305 | $449 | $617 |
| | Doctorate Degree | 8 | $387 | ISD | $246 | $368 | $437 | ISD |
| Ethnicity | White/Caucasian | 85 | $386 | $250 | $288 | $350 | $438 | $595 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 3-5 | 4 | $298 | ISD | $273 | $285 | $335 | ISD |
| | 6-10 | 7 | $347 | ISD | $285 | $350 | $400 | ISD |
| | 11-25 | 21 | $350 | $259 | $285 | $324 | $395 | $491 |
| | 26-50 | 25 | $376 | $248 | $290 | $345 | $470 | $508 |
| | 51-100 | 21 | $376 | $224 | $273 | $350 | $444 | $573 |
| | 101-150 | 11 | $392 | $280 | $300 | $325 | $505 | $707 |
| | More than 150 | 9 | $611 | ISD | $467 | $600 | $768 | ISD |