Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

**STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED**

Date:      October 7, 2019
Client:    Analytical Grammar, Inc.
Matter:    *Bradley v. Analytical Grammar, Inc.*
For:       Legal Services Rendered Through October 7, 2019

| Date | Hours | Description of Legal Services |
|---|---|---|
| 8/20/19 | 0.0 | email C. Bavitz/J. Fjeld re case |
| | 0.2 | email Liebowitz and Hudson re settlement or extension |
| | 0.3 | fact research: PDFs documenting Bradley & Analytical use of image |
| | 0.4 | emails with client |
| 8/21/19 | 0.5 | emails with NC attorneys seeking local counsel |
| | 0.1 | call with Hudson re extension |
| | 0.3 | emails with Hudson/Liebowitz re extension |
| | 0.2 | call with Chris Thomas re local counsel/motion for extension |
| | 0.4 | legal research re copyright affirmative defenses in Fourth Circuit |
| | 3.9 | draft answer and affirmative defenses |
| | 0.4 | emails with client re defenses |
| | 0.3 | revise defenses |
| 8/26/19 | 0.7 | fact research: review Bradley Facebook comments re meme photo and other meme use; document as PDF |
| 8/28/19 | 0.2 | emails with Thomas and client re local counsel retainer, initial filings |
| | 0.5 | fact research: review Bradley Facebook comments re meme photo and other meme use; document as PDF |
| | 0.2 | review Martez v. Gryppers docket and filings |
| 8/29/19 | 0.2 | review draft initial filings |
| 8/30/19 | 0.1 | emails with Thomas and client re extension |
| 9/06/19 | 2.4 | revise draft affirmative defenses; draft counterclaims |
| | 0.3 | fact research: PDFs documenting pre-Bradley "wrong levels" image |
| 9/08/19 | 1.2 | final draft of answer, defenses, and counterclaims |
| | 0.6 | emails with client |
| 9/11/19 | 0.2 | prepare notice of special appearance |
| | 0.3 | review local electronic filing rules, prepare and send ECF form to clerk |
| 9/12/19 | 0.3 | review revisions to answer, email C. Thomas re filing |
| 9/13/19 | 0.0 | email with client |
| 9/14/19 | 0.1 | emails with client re public comments |
| 9/15/19 | 0.6 | emails with client re Facebook/GoFundMe posts |
| 9/17/19 | 0.5 | call and email with client re defenses and odds of prevailing |
| 9/19/19 | 0.1 | emails with client re Sands v. Bauer sanctions /acquiescence defense |
| 10/7/19 | 0.1 | call with RL re settlement, postponing 26(f) conference at his request |
| | 0.1 | email RL memorialize/confirming postponement |



| | |
|---|---|
| 0.1 | calls and emails with client re 26(f), settlement proposal |
| 15.8 | |

| | | |
|---|---|---|
| Dan Booth hours | | 15.8 |
| Hourly rate | $ | 425.00 |
| Attorney services | $ | 6,715.00 |

### Additional Expenses

| | | | |
|---|---|---|---|
| 08/28/19 | PACER/Martez v. Gryppers docket and filings | $ | 1.40 |
| 08/29/19 | PACER/Martez v. Gryppers motion for extension | $ | 0.30 |
| 08/31/19 | Lexis/monthly legal research | $ | 10.00 |
| 09/30/19 | Lexis/monthly legal research | $ | 10.00 |
| Expenses | | $ | 21.70 |

### Total

| | | |
|---|---|---|
| Payment received August 30, 2019 | ( $ | 3,000.00 ) |
| Attorney services | $ | 6,715.00 |
| Expenses | $ | 21.70 |
| Total | $ | 3,736.70 |

Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Date:        November 7, 2019
Client:      Analytical Grammar, Inc.
Matter:      *Bradley v. Analytical Grammar, Inc.*
For:         Legal Services Rendered October 8, 2019 Through November 7, 2019

| Date | Hours | Description of Legal Services |
|------|-------|-------------------------------|
| 10/8/19 | 0.3 | email RL re settlement offer; email client re settlement offer |
| | 0.5 | call with RL – Rule 26(f) conference |
| | 0.4 | legal research re email service of Rule 68/ECF exception |
| | 0.5 | emails with client re email service of Rule 68/ECF exception |
| 10/10/19 | 0.1 | review order re deficiencies, notice re deficiencies |
| | 0.2 | call with S. Hudson re potential motion for leave to withdraw as counsel; confirming service of Rule 68 offer |
| | 0.5 | emails with client re deficiencies/S. Hudson |
| | 0.2 | emails with Donahue/Law360 |
| 10/11/19 | 0.1 | review ND Cal OCS response and order disbarring RL |
| 10/15/19 | 0.1 | emails with C. Thomas re status of Rule 26(f) |
| | 0.0 | call with Susman/Harder re Masi v Mythical (*no fee per DB*) |
| | 4.1 | draft initial disclosures |
| | 3.6 | review and revise RL draft of Rule 26(f) Report |
| 10/16/19 | 0.0 | emails with Susman/Thomas re Susman (*no fee per DB*) |
| | 1.3 | review and revise RL draft of Rule 26(f) Report |
| | 0.2 | emails with client re draft disclosures, 26(f) report, discovery |
| 10/17/19 | 0.0 | emails with Susman/Thomas re local counsel (*no fee per DB*) |
| | 0.0 | correspond with client re RL litigation tactics (*no fee per DB*) |
| 10/18/19 | 0.0 | email client re filing about Liebowitz in NDIL/Chevrestt (*no fee per DB*) |
| | 0.1 | emails with RL re revisions to Rule 26(f) Report |
| 10/19/19 | 0.0 | emails with client re Liebowitz/Chevrestt (*no fee per DB*) |
| 10/20/19 | 0.4 | review RL revisions to 26(f) Report, finalize, send to RL for submission |
| 10/21/19 | 0.0 | emails with client re Liebowitz/Chevrestt & NDIL cases (*no fee per DB*) |
| | 0.2 | call with client re status, next steps (*reduced from 0.5 to 0.2 per DB*) |
| 10/22/19 | 0.1 | review filed Rule 26(f) report; email client re filed report |
| | 0.1 | review A. Allan notice of appearance, email client re Allan & Hudson |
| 10/23/19 | 0.1 | finalize and serve initial disclosures, email RL re plaintiff disclosures |
| | 0.3 | review case management order, calendar deadlines |
| | 0.1 | review ADR order, email C. Thomas re local mediators |
| | 0.3 | email client re case management order |
| | 0.0 | email client re Liebowitz/CASE Act (*no fee per DB*) |
| 10/24/19 | 0.3 | review Bradley discovery requests/notice of deposition for AG |
| | 0.5 | email client re Bradley discovery requests / notice of deposition |



| | | |
|---|---|---|
| | 0.0 | email client re Liebowitz/CASE Act (*no fee per DB*) |
| | 0.2 | call with C. Thomas re mediation |
| 10/25/19 | 0.2 | email from C. Thomas re mediation, review recommendations |
| | 1.2 | legal research re potential additional defenses/waiver, gift, 512(f) |
| 10/28/19 | 0.4 | email K. Walsh/M. Rose re AG |
| | 0.9 | legal research re waiver/gift in copyright, CA, & NC law |
| | 0.4 | legal research/S. Lantagne re memes and copyright |
| | 0.7 | legal research re proof of Section 504 damages and profits in 4th Circuit |
| | 0.3 | email client re discovery materials re profits |
| | 0.3 | emails/correspond with client re M. Rose |
| | 0.1 | email R. Enns re potential service as mediator |
| 10/29/19 | 0.2 | draft deposition notice for M. Bradley |
| | 2.8 | draft requests for production |
| 10/30/19 | 2.5 | draft interrogatories |
| | 0.3 | emails with Lawson and Thomas re depositions, discovery requests |
| | 0.2 | email Liebowitz re protective order and service of Bradley deposition notice, interrogatories, RFPs |
| 10/31/19 | 1.0 | review interrogatories, draft potential responses |
| | 0.0 | emails with client/opposing counsel re email to AG customer Onwona (*no fee per DB*) |
| | 0.3 | confer with S. Lantagne re consulting/potential expert witness |
| | 0.3 | confer with client re allegation of profits, defense evidence |
| 11/05/19 | 0.1 | email Liebowitz re Bradley deposition |
| | 0.1 | email client re case status |
| | 4.4 | draft objections and responses to Bradley interrogatories |
| 11/06/19 | 7.2 | draft objections and responses to requests for production |
| | 0.4 | compile/review documents for potential production |
| | 0.2 | draft formal objection to deposition notice |
| | 0.1 | review Berger OSC to Liebowitz; email client re OSC |
| 11/07/19 | 0.2 | review Mythical/Epicstream dockets, email client re Flanagan OSC |
| | 0.0 | confer with client re potential settlement offer (*no fee per DB*) |
| | 39.7 | |

| | | |
|---|---|---|
| Dan Booth hours | | 39.70 |
| Hourly rate | $ | 425.00 |
| Attorney services | $ | 16,872.50 |

## Additional Expenses

| | | | |
|---|---|---|---|
| 10/10/19 | PACER/review Masi and Sands filings | $ | 2.80 |
| 10/15/19 | PACER/Masi and Sands docket reports | $ | 0.50 |
| 10/17/19 | PACER/Epicstream opp to extension | $ | 0.50 |

Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742



| Date | Description | | Amount |
|---|---|---|---|
| 10/18/19 | PACER/Masi docket | $ | 0.20 |
| 10/22/19 | PACER/Chevrestt NDIL filings | $ | 0.90 |
| 10/31/19 | Lexis/monthly legal research | $ | 10.00 |
| 11/07/19 | PACER/Mythical & Epicstream OSC | $ | 0.40 |
| Expenses | | $ | 15.30 |

## Total

| | | |
|---|---|---|
| Balance on previous invoice/September 2019 | $ | 3,736.70 |
| Payment received October 25, 2019 | ( $ | 4,407.70 ) |
| Attorney services | $ | 16,872.50 |
| Expenses | $ | 15.30 |
| Total | $ | 16,216.80 |



Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Date:        February 1, 2020
Client:      Analytical Grammar, Inc.
Matter:      *Bradley v. Analytical Grammar, Inc.*
For:         Legal Services Rendered November 8, 2019 Through January 31, 2020

| Date | Hours | Description of Legal Services |
|------|-------|-------------------------------|
| 11/8/19 | 0.1 | emails with T. Hess re mediator services |
| | 0.1 | emails with R. Monath re mediator services |
| | 0.1 | emails with client & Lawson re alternate deposition dates |
| | 0.1 | confer with client re possible settlement offer, interrogatories |
| | 0.1 | emails with M. Ledo re mediator services |
| | 0.1 | email Liebowitz re Bradley deposition date |
| | 0.0 | emails with client re Liebowitz/Berger v Imagina (*no fee per DB*) |
| 11/11/19 | 0.0 | emails with Bill Donahue re Liebowitz (*no fee per DB*) |
| | 0.1 | emails with Lawson re Bradley deposition |
| | 0.2 | research M. Ledo experience in IP matters |
| | 0.1 | emails with C. Thomas re Ledo, mediation |
| | 0.1 | emails with Liebowitz re substitution of local counsel |
| | 0.1 | emails with Liebowitz re M. Ledo mediation |
| | 0.1 | draft revised deposition notice |
| | 0.1 | email plaintiff counsel re Bradley deposition |
| | 0.3 | email client re status of counsel, mediation, productions |
| | 0.0 | emails with Thomas/Lawson re Liebowitz (*no fee per DB*) |
| | 0.5 | emails with Liebowitz re mediation, Little/Ledo |
| | 0.3 | draft joint statement re Ledo as mediator |
| | 0.1 | emails with Liebowitz re designation |
| | 0.0 | emails with client re Berger/Liebowitz mansion (*no fee per DB*) |
| 11/12/19 | 0.1 | email Liebowitz re mediation date |
| | 0.1 | emails with Thomas re filing designation |
| | 0.0 | review filed designation (*no fee per DB*) |
| | 0.0 | review Liebowitz April filings in SDNY, Dvir sanctions (*no fee per DB*) |
| | 0.0 | emails with client re Liebowitz, April 12 J. Seibel hearing (*no fee per DB*) |
| | 0.5 | legal research: fair use in Liebowitz cases (Marano v. The Met) |
| | 0.1 | review order appointing mediator, email M. Ledo re order |
| 11/13/19 | 0.0 | review coverage of Berger hearing (*no charge per DB*) |
| | 2.0 | legal research re fair use in Fourth Circuit |
| 11/14/19 | 0.3 | review RL filings in NC cases, Sands settlement, Masi response to OSC |
| | 0.1 | email client re Liebowitz/Masi response to OSC |
| | 0.0 | review Techdirt article re J. Seibel case, email client (*no charge per DB*) |
| | 0.2 | emails with C. Thomas re Liebowitz declaration, Local Rule 83.1 |

1


| 11/15/19 | 0.1 | review Liebowitz/Berger v Imagina OSC response |
| | 0.0 | emails with C. Thomas re Berger v Imagina (*no fee per DB*) |
| | 0.1 | call with RL, offer settlement for fees incurred to date |
| | 0.1 | email client re RL call |
| 11/17/19 | 0.1 | review Hudson motion to withdraw |
| 11/18/19 | 0.3 | research fee awards in NC IP cases/lodestar & Johnson factors; Agio Int'l |
| | 0.3 | review filings in Rothenberg v MFA Houston (RL fair use case) |
| 11/19/19 | 0.0 | review notice of deficiency (*no charge per DB*) |
| | 0.5 | revise written responses to interrogatories and RFPs |
| 11/20/19 | 0.7 | emails with client re discovery responses, document production |
| 11/21/19 | 0.1 | email Liebowitz re mediation date |
| | 0.1 | emails with Ledo re mediation date |
| 11/22/19 | 0.9 | prepare document production |
| | 0.3 | draft objection letter to 30(b)(6) deposition |
| | 0.2 | produce documents, responses to written requests, deposition objection |
| 11/25/19 | 0.0 | review Techdirt article re Analytical case, email client (*no charge per DB*) |
| 12/1/19 | 0.3 | email plaintiff counsel re untimely production, mediation date |
| 12/2/19 | 0.4 | emails with Liebowitz re untimely production |
| | 0.5 | review Bradley discovery responses |
| | 0.2 | emails with Lawson re deficiencies |
| | 3.8 | draft deficiency letter |
| | 0.2 | email RL re discovery, deficiency letter |
| 12/3/19 | 0.2 | emails with Lawson re deficiencies, coordinating call with court |
| | 0.3 | emails with Freeman/RL re deficiencies |
| | 0.1 | review Bradley supplemental production |
| 12/4/19 | 2.4 | draft second deficiency letter, send to Liebowitz |
| | 0.3 | confer with client re Bradley discovery responses |
| | 0.2 | emails with Lawson re potential discovery conference |
| | 0.1 | review Bradley privilege log |
| | 0.1 | email Freeman/Liebowitz re supplemental responses |
| 12/5/19 | 0.1 | emails with Lawson re potential discovery conference |
| | 1.7 | call with Liebowitz, Freeman, Lawson re Bradley discovery deficiencies |
| 12/6/19 | 0.5 | review Bradley revised written responses to RFPs and interrogatories and supplemental document production |
| | 0.2 | email client re Bradley production status |
| 12/9/19 | 0.3 | legal research; Tomelleri v. Zazzle re 1202/ CMI |
| | 0.0 | review supplemental production / MB088 |
| 12/10/19 | 0.1 | emails with client re mediation |
| 12/11/19 | 0.0 | email Ledo re mediation date |
| | 0.4 | call with Lawson re Bradley deposition prep |
| | 0.3 | review possible impeachment documents, send to Lawson |
| | 0.7 | review produced documents, email Lawson re deposition questions |


| | | |
|---|---|---|
| 12/12/19 | 0.3 | emails with Lawson/Thomas re 1202 script for deposition |
| | 0.2 | emails with Thomas re Flanagan sua sponte order, RL misrepresentations to court, possible motion to revoke RL pro hac vice status |
| | 0.3 | emails with Lawson after Bradley deposition re 1202 issue |
| 12/13/19 | 0.1 | review Gilbert v Cavender defendant's expert disclosure |
| 12/16/19 | 0.3 | emails with client re Bradley deposition, next steps |
| 12/17/19 | 0.5 | review NJ Media Group filings re expert Aram Sinnreich |
| | 0.5 | research Sinnreich writings/potential expert witness |
| | 0.0 | emails with client/Kirven (*no charge per DB*) |
| | 0.2 | emails with client re Sinnreich |
| | 0.3 | emails with client re deposing customers (0.2) & possible 30(b)(6) deposition (0.1) |
| | 0.4 | legal research re Rule 31 depositions in Fourth Circuit/EDNC |
| | 0.2 | email Liebowitz re Rule 31, request stipulation |
| 12/18/19 | 0.3 | emails with Sinnreich re possible expert witness |
| | 0.2 | email Liebowitz re Rule 31, request stipulation or discovery conference |
| 12/19/19 | 0.0 | confer with client re Sands v Bauer sanction (*no charge per DB*) |
| 1/3/20 | 0.6 | call with Sinnreich re expert witness |
| 1/8/20 | 0.0 | review Masi v. Mythical MDQ (*no charge per DB*) |
| 1/14/20 | 0.1 | review Masi v Mythical order DQ Liebowitz; email client |
| | 0.5 | review Bradley transcript, outline summary judgment issues |
| 1/15/20 | 0.5 | email client re Bradley transcript, summary judgment on 1202, fair use vs no damages |
| 1/16/20 | 0.2 | review Analytical production/invoices for December 2017 client info |
| | 0.1 | emails with client re contacting clients/DWQ notices |
| | 2.8 | legal research re 1202/outline arguments for MSJ re lack of author-identifying information in post, in Boecker IM, and lack of scienter |
| 1/17/20 | 0.5 | draft Rule 31 DWQ notices for Analytical customers |
| | 0.1 | emails with client re Rule 31 notices |
| | 0.1 | serve Rule 31 notices on opposing counsel |
| 1/20/20 | 0.1 | review and produce Bennett DWQ response |
| | 0.3 | review Bradley deposition transcript re discovery deficiencies |
| | 0.5 | email Liebowitz re discovery deficiencies/issues revealed in transcript, production/pre-motion hearing |
| | 2.3 | legal research re non-transformative fair use/use for intended purpose |
| 1/21/20 | 0.1 | emails with client re Rule 31 notices |
| 1/22/20 | 0.2 | emails with Liebowitz re discovery deficiencies, pre-motion hearing |
| | 0.1 | review and produce Kaspner and Kepner DWQ responses |
| 1/23/20 | 0.1 | email Liebowitz re times for discovery hearing |
| | 0.1 | review/produce Williams DWQ response |
| | 0.5 | review J. Freeman supplemental disclosures, email Liebowitz re remaining deficiencies (document re other websites Bradley contacted) |

| | 0.5 | draft facts section for mediation memo |
|---|---|---|
| 1/24/20 | 0.3 | emails and call with S. Collings/case manager re discovery hearing |
| | 0.1 | emails with Liebowitz re discovery hearing |
| | 0.8 | email S. Collings & counsel to request discovery hearing |
| | 0.2 | review supplemental production/MB092 |
| | 0.1 | email S. Collings re cancelling discovery hearing |
| 1/27/20 | 0.1 | review notices re discovery hearing |
| | 0.1 | review/produce Cary DWQ response |
| | 0.1 | review schedule re partial vs full summary judgment |
| 1/28/20 | 0.1 | emails with Ledo re mediation/RL & Bradley attending by video |
| | 0.1 | emails with client re mediation |
| | 0.2 | emails with Lawson re mediation, discovery hearing |
| | 0.1 | emails with client re Rule 31 depositions |
| | 0.2 | calls with Collings, Gessner re cancelling hearing |
| 1/29/20 | 0.2 | emails with Sinnreich re status, next steps |
| | 0.0 | review Rock v Enfants order, email client (*no charge per DB*) |
| | 40.0 | |

| | | |
|---|---|---|
| Dan Booth hours | | 40.00 |
| Hourly rate | $ | 425.00 |
| Attorney services | $ | 17,000.00 |

### Additional Expenses

| | | | |
|---|---|---|---|
| 11/13/19 | PACER/review Voit (EDNC) | $ | 0.40 |
| 11/14/19 | PACER/review Masi & Sands filings (EDNC) | $ | 0.90 |
| 11/18/19 | PACER/review EDNC fair use precedents | $ | 14.20 |
| 11/30/19 | Lexis/monthly legal research | $ | 10.00 |
| 12/31/19 | Lexis/monthly legal research | $ | 10.00 |
| 1/8/20 | PACER/review Mythical MDQ | $ | 0.80 |
| 1/31/20 | Lexis/monthly legal research | $ | 10.00 |
| Expenses | | $ | 46.30 |

### Total

| | | |
|---|---|---|
| Balance on previous invoice/November 7, 2019 | $ | 16,216.80 |
| Attorney services | $ | 17,000.00 |
| Expenses | $ | 46.30 |
| Total | $ | 33,263.10 |



Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Date:        March 1, 2020
Client:      Analytical Grammar, Inc.
Matter:      *Bradley v. Analytical Grammar, Inc.*
For:         Legal Services Rendered February 1, 2020 Through February 29, 2020

| Date | Hours | Description of Legal Services |
|------|-------|-------------------------------|
| 2/03/20 | 1.8 | draft fact section for mediation memo and for use in MSJ memo |
|  | 0.3 | draft procedural background section for mediation memo |
|  | 0.5 | draft and send requests to Bitsko, Onwona, Roghair re Rule 31 DWQs |
|  | 1.2 | draft mediation memo section re CMI/17 U.S.C. § 1202 |
| 2/04/20 | 0.4 | review AG-produced documents for sales evidence (Analytics, Roghair) |
|  | 0.1 | emails with client re Roghair purchase and Google Analytics |
|  | 3.3 | draft mediation memo section re infringement defenses (license, fair use) |
| 2/05/20 | 0.3 | review MB-produced documents for possible supplementation |
|  | 0.2 | emails with client re possible supplementation (MB comment re Twitter; info re FB Pixel) |
|  | 1.2 | draft mediation memo section re settlement positions of parties, fees |
| 2/06/20 | 3.3 | draft mediation memo section re relief available; no evidence of actual damages; evidence of no profits; likelihood of fee award to Analytical under Copyright Act or Rule 68 |
| 2/07/20 | 0.4 | emails with client re 12/16-31/2017 sales records |
|  | 0.1 | emails with client re mediation memo |
|  | 0.2 | mediation memo revisions |
|  | 0.1 | email Lawson/Thomas re mediation memo |
| 2/10/20 | 0.2 | emails with Lawson re mediation memo, goals for mediation |
|  | 0.4 | mediation memo revisions |
|  | 0.1 | email Ledo re mediation, position paper |
| 2/11/20 | 0.1 | emails with Ledo re mediation |
| 2/14/20 | 0.5 | emails with client re mediation |
|  | 0.2 | email client re Sinnreich |
| 2/15/20 | 0.4 | emails with client re mediation preparation |
| 2/16/20 | 0.3 | email Lawson re mediation position |
|  | 0.3 | emails with client re mediation and potential of settlement |
| 2/17/20 | 0.4 | calls with Lawson and client re mediation |
|  | 0.0 | emails with Lawson and client re mediation (*no charge per DB*) |
|  | 0.1 | emails with Ledo re mediation |
| 2/20/20 | 0.1 | email with Lawson re Liebowitz settlement proposal |
|  | 0.2 | prepare supplemental production |
|  | 0.0 | emails with client re responses (*no charge per DB*) |
|  | 0.4 | prepare amended interrogatory responses, supplemental RFP responses |

Case 5:19-cv-00249-FL     Document 83-13     Filed 07/08/21     Page 10 of 27

| 2/21/20 | 0.0 | serve supplemental production and responses (*no charge per DB*) |
| 2/27/20 | 4.4 | draft MSJ memo – introduction and background sections re Bradley; review productions for citations in MSJ memo and SOF |
| 2/28/20 | 2.1 | draft MSJ memo background section re Analytical post; review productions for citations in MSJ memo and SOF |
| | 23.6 | |

| | | |
|---|---|---|
| Dan Booth hours | | 23.60 |
| Hourly rate | | $ 425.00 |
| Attorney services | | $ 10,030.00 |

### Additional Expenses

| | | | |
|---|---|---|---|
| 2/03/20 | USPS/express mail DWQs to AG customers | $ | 46.50 |
| 2/29/20 | Lexis/monthly legal research | $ | 10.00 |
| Expenses | | $ | 56.50 |

### Total

| | | |
|---|---|---|
| Balance due on previous invoice/January 31, 2020 | $ | 33,263.10 |
| Payment received February 19, 2020 | ( $ | 2,000.00 ) |
| Payment received February 28, 2020 | ( $ | 2,000.00 ) |
| Attorney services | $ | 10,030.00 |
| Expenses | $ | 56.50 |
| Total | $ | 39,349.60 |



Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Date:        July 7, 2020
Client:      Analytical Grammar, Inc.
Matter:      *Bradley v. Analytical Grammar, Inc.*
For:         Legal Services Rendered March 1, 2020 Through June 30, 2020

| Date | Hours | Description of Legal Services |
|------|-------|-------------------------------|
| 3/02/20 | 0.2 | review EDNC/Flanagan orders on fee-shifting motions |
|  | 0.2 | review Bradley and AG document productions |
| 3/04/20 | 3.8 | draft MSJ memo sections on facts re third-party distribution of meme and Bradley's support for distributions |
| 3/09/20 | 4.4 | draft MSJ memo section - facts re lack of commercial intent |
| 3/11/20 | 4.3 | draft MSJ argument re CMI claim – no CMI in Bradley post, no CMI in Boecker message, no double scienter |
| 3/12/20 | 1.3 | draft MSJ section re express license/FB TOS |
|  | 1.8 | draft MSJ section re implied license/intent to share |
| 3/13/20 | 1.1 | draft MSJ section re implied license/intent to share |
|  | 0.4 | further research on fair use in 4th Circuit |
| 3/16/20 | 0.3 | legal research - review 1st Circuit Orgill decision |
|  | 0.2 | revise MSJ argument re Orgill implied license/sublicense |
|  | 3.1 | draft copyright misuse argument for MSJ |
|  | 0.8 | draft MSJ argument – fair use overview/four factors |
| 3/19/20 | 0.1 | emails with Sinnreich re engagement terms |
| 3/20/20 | 0.5 | call with Sinnreich |
|  | 0.2 | draft and serve expert designation |
|  | 0.3 | send Sinnreich material case filings, Bradley transcript, discovery responses and produced documents |
|  | 5.5 | draft MSJ fair use re factor one/character of AG use |
| 3/24/20 | 0.3 | prepare and serve supplemental document production/AG0217-0252 |
|  | 5.3 | draft MSJ fair use re factor two/nature of work – meme, not for profit, published work; degree of creativity/unprotectable elements/merger |
| 3/25/20 | 2.4 | draft MSJ argument re third factor, amount of use – photograph/Seltzer |
|  | 0.3 | call with Sinnreich |
| 3/26/20 | 0.1 | emails with client re AG intellectual property control |
| 3/27/20 | 0.3 | review Sinnreich draft outline of expert report |
|  | 0.1 | emails with client re Sinnreich draft outline |
|  | 3.3 | draft MSJ argument on fourth factor –market harm |
| 3/28/20 | 0.2 | emails with client re AG intellectual property registration/transfer |
|  | 0.0 | emails with client re Sinnreich draft outline/beneficial effect of use (*no charge per DB*) |
| 3/30/20 | 0.7 | call with Sinnreich |



| Date | Hours | Description |
|---|---|---|
| 4/01/20 | 0.1 | email Sinnreich re Bradley repost of Reddit/FB meme |
| 4/02/20 | 0.0 | emails with client re Wisser case (*no charge per DB*) |
| | 0.3 | review Bond v. Blum orders re fair use in 4th Circuit |
| 4/04/20 | 0.0 | correspond with client re RL case v. Barkin (*no charge per DB*) |
| 4/06/20 | 0.2 | prepare and serve supplemental production/ AG0253-256 |
| 4/08/20 | 1.3 | finalize first draft MSJ argument; send to client |
| | 0.2 | emails with Thomas/Lawson re MSJ motion, EDNC filing requirements, timing of expert report/rebuttal disclosure |
| | 0.6 | review draft expert memo |
| 4/10/20 | 0.0 | emails with Lawson re EDNC filing requirements (*no charge per DB*) |
| | 0.2 | prepare comments re expert memo for Sinnreich |
| | 0.0 | review client comments re expert memo and MSJ draft (*no charge per DB*) |
| | 0.0 | emails with client re AG GoFundMe (*no charge per DB*) |
| 4/13/20 | 0.1 | emails with Sinnreich re Bradley reposting Reddit meme on FB |
| | 0.2 | prepare comments re expert memo |
| 4/14/20 | 0.3 | review Sinclair v. Ziff Davis – license defense |
| | 0.5 | revise drafting MSJ memo re license defense in light of Sinclair |
| | 0.1 | prepare comments re expert memo |
| | 0.2 | call with Sinnreich |
| 4/15/20 | 0.0 | correspond with client re Consequence order (*no charge per DB*) |
| 4/16/20 | 0.2 | review Copyright Office recordation policies and procedures |
| | 0.1 | email client re AG Beyond the Book Report copyright registration |
| 4/20/20 | 2.4 | review Sinnreich report; markup with comments and suggestions; email to Sinnreich |
| 4/21/20 | 0.3 | emails with Lawson re MSJ memo, expert report |
| | 0.4 | email Sinnreich further markup of draft report with comments |
| 4/22/20 | 0.1 | emails with Lawson re expert report |
| | 0.1 | review Sinnreich revised report; request exhibits |
| | 0.2 | call with Sinnreich |
| | 0.5 | revise implied license section of MSJ |
| | 0.1 | review Lawson comments re expert report |
| 4/24/20 | 0.2 | review expert report; request final signed copy |
| 4/27/20 | 0.0 | emails with Sinnreich (*no charge per DB*) |
| | 0.2 | serve Sinnreich written report and exhibits/required disclosures |
| 4/28/20 | 3.2 | draft MSJ statement of facts |
| 4/29/20 | 3.6 | draft MSJ statement of facts |
| | 1.8 | draft Booth affidavit ISO MSJ |
| 4/30/20 | 2.7 | draft MSJ statement of facts |
| | 1.4 | draft Booth affidavit ISO MSJ |
| 5/01/20 | 2.1 | draft Karl affidavit ISO MSJ |
| 5/06/20 | 2.8 | revise MSJ memo – incorporate citations to 56.1 statement of facts, additional cases re implied license, reframe second fair use factor section |



| Date | Hours | Description |
|---|---|---|
| 5/07/20 | 0.0 | emails with client re RL BuzzFeed, Consequence (*no charge per DB*) |
| 5/12/20 | 1.1 | draft Kenney affidavit |
| 5/13/20 | 0.0 | emails with client re RL Mondragon order (*no charge per DB*) |
| | 0.2 | draft MSJ separate motion |
| | 0.1 | email client MSJ motion, memo, SOF, all four affidavits |
| | 0.0 | emails with Thomas/Lawson re RL orders in Consequence, Chevrestt, and Mondragon (*no charge per DB*) |
| 5/14/20 | 0.0 | emails with Thomas/Lawson re current draft motion and supporting documents |
| 5/16/20 | 0.3 | emails with Lawson re Local 56.1 compliance for SOF appendix, confer re possible discovery motion re timeliness of production |
| 5/20/20 | 0.2 | correspond with client re timing of MSJ, possible RL discovery motion, counterclaim; agree to postpone MSJ until July 17 deadline |
| | 0.6 | revise MSJ memo: Cal. News Publishers Ass'n brief re Liebowitz; Konangataa and McDermott cases |
| 5/21/20 | 0.2 | review second denial of Hudson motion to withdraw; emails with client re order and case status |
| 5/22/20 | 0.1 | emails with Lawson re discovery motion, timing of MSJ filing |
| | 0.3 | legal research on documents produced after close of discovery - 4th Cir. |
| | 0.2 | legal research on Rule 37(c) sanctions – 4th Cir. |
| 6/02/20 | 0.0 | emails with client re RL orders in Chevrestt, Alvarado, Rock, Mondragon (*no charge per DB*) |
| 6/03/20 | 0.0 | emails with C. Thomas re D. Colo/ND Cal order of disbarment for RL (*no charge per DB*) |
| | 0.0 | review Local Rule 83.7b(a) re notice of public discipline; sanctions vs. discipline, potential consequence of RL failing to file (*no charge per DB*) |
| 6/11/20 | 0.1 | review notice of substitution; email client re notice |
| | 0.0 | review Mondragon orders (*no charge per DB*) |
| 6/14/20 | 0.4 | emails with client re transfer of AG IP, potential AG wind-down, likely timing of judgment and motions after MSJ |
| 6/22/20 | 0.1 | review and emails with client re FB script re AG IP transfer |
| 6/23/30 | 0.0 | review Stross v Hearst MSJ filings re damages (*no charge per DB*) |
| 6/26/20 | 0.0 | emails with C. Thomas re AG transfer of IP, Usherson (*no charge per DB*) |
| | 72.1 | |

| | | |
|---|---|---|
| Dan Booth hours | | 72.10 |
| Hourly rate | | $ 425.00 |
| Attorney services | | $ 30,642.50 |


### Additional Expenses

| | | | |
|---|---|---|---|
| 3/31/20 | Lexis/monthly legal research | $ | 10.00 |
| 4/02/20 | PACER/Bond v. Blum docket and orders | $ | 1.10 |
| 4/30/20 | Lexis/monthly legal research | $ | 10.00 |
| 5/31/20 | Lexis/monthly legal research | $ | 10.00 |
| 6/11/20 | PACER/Usherson orders | $ | 0.40 |
| 6/23/20 | PACER/Stross v Hearst MSJs | $ | 5.50 |
| 6/30/20 | Lexis/monthly legal research | $ | 10.00 |
| Expenses | | $ | 47.00 |

### Total

| | | |
|---|---|---|
| Balance due on previous invoice/February 29, 2020 | $ | 39,349.60 |
| Payment March 24, 2020 | ( $ | 2,000.00 ) |
| Payment April 4, 2020 | ( $ | 2,000.00 ) |
| Payment April 20, 2020 | ( $ | 2,000.00 ) |
| Payment April 28, 2020 | ( $ | 2,000.00 ) |
| Payment May 13, 2020 | ( $ | 2,000.00 ) |
| Payment May 29, 2020 | ( $ | 2,000.00 ) |
| Payment June 23, 2020 | ( $ | 2,000.00 ) |
| Payment June 29, 2020 | ( $ | 2,000.00 ) |
| Attorney services | $ | 30,642.50 |
| Expenses | $ | 47.00 |
| Total | $ | 54,039.10 |



Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

### STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Date:        October 10, 2020
Client:      Analytical Grammar, Inc.
Matter:      *Bradley v. Analytical Grammar, Inc.*
For:         Legal Services Rendered July 1, 2020 Through September 30, 2020

| Date | Hours | Description of Legal Services |
|------|-------|-------------------------------|
| 7/01/20 | 3.9 | revise MSJ memo; edit facts and argument sections to make room for recovery argument |
| 7/02/20 | 1.8 | draft arguments re recovery, finalize revisions to MSJ memo |
| | 2.0 | confirm citations, prepare table of authorities for MSJ memo |
| 7/03/20 | 0.1 | review Keeney FB post re AG transition |
| 7/06/20 | 0.1 | emails with client re M. Kenney/Demme Learning, Rule 26 disclosure |
| | 0.2 | draft amended Rule 26 disclosure |
| | 0.1 | confer with C. Thomas re amended disclosure |
| | 0.1 | serve amended disclosure on opposing counsel |
| | 0.2 | emails with client re revising Kenney and Karl affidavits for MSJ |
| | 0.2 | revise Kenney and Karl affidavits re July 1 transition |
| 7/07/20 | 0.1 | emails with client re Kenney and Karl affidavits |
| 7/09/20 | 0.2 | revise Kenney and Karl affidavits, memo, and SOF re ownership |
| | 0.2 | emails with C. Thomas re affidavits, final review, filing, damages/profits |
| 7/10/20 | 0.1 | emails with Sinnreich re affidavit |
| | 0.7 | review and finalize exhibits for appendix (*2.7 hours billed at 25% per DB*) |
| | 0.1 | emails with Sloan Carpenter re MSJ exhibits, file transfer |
| | 0.5 | legal research re Rule 26/Rule 37(c) in 4th Circuit & copyright cases |
| 7/11/20 | 3.3 | draft Rule 37(c) MTX damages/profits evidence |
| 7/12/20 | 1.5 | draft MTX |
| 7/13/20 | 2.4 | research and draft MTX |
| | 0.0 | review Martez stipulation (*no charge per DB*) |
| | 0.3 | draft affidavit ISO MTX |
| | 0.3 | prepare MTX exhibits |
| | 0.0 | call with C. Thomas re MSJ, MTX (*no charge per DB*) |
| | 0.3 | draft proposed order ISO MTX |
| | 0.2 | emails with client re MTX |
| 7/14/20 | 0.0 | emails with client re Craig/Consequence cases (*no charge per DB*) |
| | 0.1 | review C. Thomas redline of affidavit; revise affidavit |
| 7/15/20 | 0.0 | emails with client re Craig/Consequence cases (*no charge per DB*) |
| | 0.4 | review C. Thomas redlines of MSJ and MTX, incorporate edits |
| | 0.1 | emails with Karl/Kenney and Sinnreich re declarations |
| | 0.1 | emails with client re prospects for collecting fees awards |
| | 0.3 | emails with C.Thomas/Carpenter re finalizing documents |

1



| | | |
|---|---|---|
| 7/16/20 | 0.0 | fix headers in declarations (*no charge per DB*) |
| 7/17/20 | 0.0 | emails with client re Craig/PopMatters & UMG cases (*no charge per DB*) |
| | 0.2 | review filed MSJ, SOF, MTX and memoranda |
| | 0.3 | draft proposed MSJ order |
| 7/18/20 | 0.0 | download Bradley MSJ and supporting documents (*no charge per DB*) |
| | 0.6 | review Bradley MSJ |
| | 0.3 | emails with client re Bradley MSJ, issues for response |
| 7/19/20 | 0.0 | emails with client re response to Bradley MSJ (*no charge per DB*) |
| 7/20/20 | 0.0 | review order re courtesy copies (*no charge per DB*) |
| | 1.1 | legal research re SJ standard (0.2), unclean hands (0.2), implied license (0.5), express license (0.2) |
| | 2.6 | outline response to Bradley MSJ: SJ standard, fact Qs on registration (RL), originality/prior art, "admission" re permission, express license (2019 TOS), implied license (Nelson-Sabales, mutual intent), fair use, unclean hands/other defenses |
| | 0.5 | legal research on Rule 56(c)(4) cases re Liebowitz declaration |
| | 0.2 | emails with client re Bradley MSJ (commercial use/"customary price"; profits "reasonably attributable"; fair market value) |
| | 2.7 | draft MSJ response re fair use/transformative purpose |
| 7/21/20 | 0.7 | legal research re noncommercial purpose in Fourth Circuit |
| | 6.5 | draft MSJ response sections re fair use/noncommercial purpose (2.4), nature/creativity of photograph and incentives (1.3), amount used (1.0), market harm – Sony presumption and lack of market evidence (1.8) |
| 7/22/20 | 1.0 | draft MSJ response re lack of cognizable harm/infringement remedy |
| | 3.3 | draft MSJ response section re originality/creativity |
| 7/24/20 | 0.2 | legal research re EDNC MSJ response form |
| | 0.3 | draft MSJ response – legal standard |
| | 0.7 | draft MSJ response re "admission" of unauthorized use |
| | 0.0 | emails with client re Liebowitz/grievance committee (*no charge per DB*) |
| 7/27/20 | 0.0 | review Liebowitz Usherson sanctions order filing (*no charge per DB*) |
| | 2.2 | draft MSJ response section re registration, Liebowitz declaration |
| 7/28/20 | 0.3 | legal research re Otto – order, stipulated facts |
| | 0.8 | draft MSJ response re Otto, market demand |
| 7/30/20 | 0.4 | legal research re In re FB order, declaration, FB TOS and data policies |
| | 3.7 | draft MSJ response re express license/FB TOS (2017 vs 2019), Data Use Policy, share/post |
| | 1.3 | legal research re implied license: license vs. contract |
| | 3.1 | draft argument re implied license |
| 7/31/20 | 4.2 | draft MSJ response argument re other affirmative defenses |
| 8/03/20 | 1.5 | proof and revise MSJ response |
| | 0.1 | prepare response table of contents (*0.4 hours billed at 25% per DB*) |
| | 0.2 | email client re draft response brief |

| | | |
|---|---|---|
| 8/04/20 | 0.0 | email Sinnreich (*no charge per DB*) |
| | 0.6 | prepare response table of authorities (*2.4 hours billed at 25% per DB*) |
| | 5.0 | draft separate statement of responses to Bradley SOF |
| 8/05/20 | 0.6 | review C. Thomas redline and revise MSJ response |
| | 4.4 | draft separate statement of responses to Bradley SOF |
| | 0.2 | legal research – Fischer v. Forrest (DMCA) |
| | 0.1 | emails with Thomas/Carpenter re response, SOAF |
| 8/06/20 | 3.3 | draft separate statement of additional undisputed facts |
| | 0.3 | draft declaration ISO SOAF |
| | 1.3 | revise response memo and SOAF re Facebook terms |
| 8/07/20 | 0.0 | emails with Thomas/Carpenter re filed copies (*no charge per DB*) |
| | 0.0 | email filed copies of response filings to client (*no charge per DB*) |
| 8/08/20 | 0.5 | review Bradley response to AG MSJ |
| | 0.1 | review Bradley opposition to MTX |
| | 0.4 | emails with client re Bradley response, issues for reply |
| 8/10/20 | 0.2 | emails with Thomas/Carpenter re Local Rule 7.1(g), reply |
| | 2.3 | draft reply introduction/summary |
| 8/11/20 | 2.4 | draft reply argument re damages /exclusion of damages evidence |
| 8/12/20 | 2.2 | draft argument re lack of profits evidence |
| 8/13/20 | 3.5 | draft argument re CMI removal claim |
| 8/14/20 | 0.4 | legal research re interpretation of FB TOS |
| | 1.7 | draft reply section re express license |
| 8/15/20 | 2.7 | legal research re application of IAE three-factor test |
| | 1.5 | drafting reply argument re implied license |
| 8/17/20 | 2.5 | draft fair use argument re first factor |
| | 1.0 | draft fair use arguments re second/third factors |
| | 1.1 | draft fair use argument re fourth factor |
| 8/18/20 | 0.1 | emails with Carpenter re reply brief |
| 8/20/20 | 0.1 | emails with C. Thomas re Adlife order |
| | 0.3 | revise reply brief |
| | 0.1 | emails with Thomas/Carpenter re reply brief review |
| | 0.1 | emails with client re reply brief |
| 8/21/20 | 0.9 | review Thomas redline and revise reply |
| 8/23/20 | 0.2 | review Bradley reply ISO summary judgment and response to SOAF |
| | 0.3 | legal research re Bradley argument to strike TOS issue from response |
| | 0.0 | email Bradley reply to client (*no charge per DB*) |
| | 0.3 | legal research re surreplies in EDNC |
| | 0.2 | emails with C. Thomas re possible surreply or motion to strike |
| | 1.0 | legal research re Rule 37/five-factors in Fourth Circuit |
| 8/24/20 | 0.0 | emails with client re Bass v. Syracuse (*no charge per DB*) |
| | 2.3 | legal research re impeachment/rebuttal evidence, FRE 201 |
| | 3.5 | draft proposed surreply |



| 8/25/20 | 1.6 | draft surreply section re Southern States factors |
|---|---|---|
| 8/26/20 | 1.2 | draft memo ISO motion for leave to file surreply |
| | 0.2 | draft motion for leave to file surreply |
| | 0.0 | emails with C. Thomas re surreply (*no charge per DB*) |
| | 0.1 | review C. Thomas redlines of surreply memo and proposed surreply |
| | 0.2 | revise surreply memo |
| 8/27/20 | 0.1 | draft proposed order granting leave to file surreply |
| | 0.0 | review C. Thomas redline of proposed order (*no charge per DB*) |
| | 0.1 | final review of surreply filings; emails with Carpenter |
| 9/14/20 | 0.2 | legal research – Sundance v. Yuneec/Rule 37 failure to compute |
| | 0.1 | emails with client re Sundance, Chevrestt v. Barstool |
| 9/18/20 | 0.1 | review notice of motions submitted, emails with C. Thomas |
| | 0.2 | emails with client re motions submitted |
| | 110.7 | |

| | | |
|---|---|---|
| Dan Booth hours | | 110.7 |
| Hourly rate | $ | 425.00 |
| Attorney services | $ | 47,047.50 |

### Additional Expenses

| 7/02/20 | PACER/Martez v Grypperz docket (EDNC) | $ | 0.30 |
|---|---|---|---|
| 7/13/20 | PACER/Martez v Grypperz stipulation dismissal | $ | 0.30 |
| 7/31/20 | Lexis/monthly legal research | $ | 10.00 |
| 8/31/20 | Lexis/monthly legal research | $ | 10.00 |
| 9/30/20 | Lexis/monthly legal research | $ | 10.00 |
| Expenses | | $ | 30.60 |

### Total

| | | |
|---|---|---|
| Balance due on previous invoice/July 6, 2020 | $ | 54,039.10 |
| Payment July 15, 2020 | ( $ | 2,000.00 ) |
| Payment July 29, 2020 | ( $ | 2,000.00 ) |
| Payment August 13, 2020 | ( $ | 2,000.00 ) |
| Payment August 31, 2020 | ( $ | 2,000.00 ) |
| Payment September 14, 2020 | ( $ | 2,000.00 ) |
| Payment September 28, 2020 | ( $ | 2,000.00 ) |
| Attorney services | $ | 47,047.50 |
| Expenses | $ | 30.60 |
| Total | $ | 89,117.20 |



Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Date:        February 12, 2021
Client:      Analytical Grammar, Inc.
Matter:      *Bradley v. Analytical Grammar, Inc.*
For:         Legal Services Rendered October 1, 2020 Through January 31, 2021

| Date | Hours | Description of Legal Services |
|---|---|---|
| 10/10/20 | 0.0 | emails with client (*no charge per DB*) |
| 10/16/20 | 0.1 | legal research: Grutzmacher (4th Cir.)/Facebook "likes" |
| 11/13/20 | 0.1 | legal research: ABC (MDNC), Hughes v. Benjamin/third-party funding |
| 11/30/20 | 0.0 | emails with client re RL suspension (*no charge per DB*) |
|  | 0.2 | legal research re RL suspension/duty to report to EDNC |
| 12/01/20 | 0.1 | emails with C. Thomas re notice to court of RL suspension |
| 12/08/20 | 0.4 | fact research: other RL disciplinary actions/misconduct |
| 12/09/20 | 1.8 | draft notice re RL failure to disclose discipline |
| 12/10/20 | 0.1 | email C. Thomas draft notice re RL discipline |
| 12/15/20 | 0.0 | review C. Thomas redline of draft notice (*no charge per DB*) |
| 12/17/20 | 0.5 | fact research re RL; other RL suits over works distributed by his clients |
|  | 1.4 | draft revisions to notice re RL discipline |
|  | 0.1 | emails with C. Thomas re revised notice |
|  | 0.1 | emails with client re notice of RL discipline |
| 12/18/20 | 0.0 | file notice; email client (*no charge per DB*) |
| 1/13/21 | 0.1 | legal research re fees/frivolous suit (Eagle Services) |
|  | 5.0 |  |

| | | |
|---|---|---|
| Dan Booth hours | | 5.0 |
| Hourly rate | $ | 425.00 |
| Attorney services | $ | 2,125.00 |

### Additional Expenses

| | | | |
|---|---|---|---|
| 10/31/20 | Lexis/monthly legal research | $ | 10.00 |
| 11/30/20 | Lexis/monthly legal research | $ | 10.00 |
| 12/08/20 | PACER/research re other RL disciplinary actions | $ | 2.80 |
| 1/31/21 | Lexis/monthly legal research | $ | 10.00 |
| Expenses | | $ | 32.80 |

### Total

| | | |
|---|---|---|
| Balance due on previous invoice/October 10, 2020 | $ | 89,117.20 |
| Payment October 30, 2020 | ( $ | 500.00 ) |

1



Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

| | | |
|---|---|---|
| Payment November 16, 2020 | ( $ | 500.00 ) |
| Payment December 1, 2020 | ( $ | 500.00 ) |
| Payment January 15, 2021 | ( $ | 500.00 ) |
| Payment February 1, 2021 | ( $ | 500.00 ) |
| Attorney services | $ | 2,125.00 |
| Expenses | $ | 32.80 |
| Total | $ | 88,775.00 |

2



Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Date:      April 16, 2021
Client:     Analytical Grammar, Inc.
Matter:    *Bradley v. Analytical Grammar, Inc.*
For:        Legal Services Rendered February 1, 2021 Through April 16, 2021

| Date | Hours | Description of Legal Services |
|------|-------|------------------------------|
| 2/18/21 | 0.1 | review order to show cause/stay; email client re stay, RL status |
| 2/26/21 | 0.0 | review Bitmanagement (Fed Cir), possible supplemental authority re implied license (*no charge per DB*) |
| 3/1/21 | 0.0 | emails with client re RL status (*no charge per DB*) |
| 3/3/21 | 0.1 | review summary judgment order; emails with client & C. Thomas |
| 3/4/21 | 0.1 | review RL response to OSC, email client |
| | 0.1 | emails with C. Thomas re local requirements for fee motion |
| 3/8/21 | 0.2 | legal research re effect of pending counterclaim on judgment |
| | 0.2 | emails with C. Thomas re counterclaim, potential Rule 41(a) motion |
| 3/9/21 | 0.8 | draft motion to dismiss counterclaim/enter final judgment |
| | 0.0 | email client re motion to dismiss counterclaim (*no charge per DB*) |
| | 0.1 | emails with C. Thomas re draft motion; revise motion |
| | 0.0 | file motion to dismiss (*no charge per DB*) |
| 3/10/21 | 0.0 | review deficiency notice (*no charge per DB*) |
| | 0.2 | draft memo in support of motion to dismiss/judgment |
| | 0.1 | emails with C. Thomas re draft memo in support |
| | 0.0 | review M. Dunford coverage of case (*no charge per DB*) |
| 3/11/21 | 0.1 | emails with C. Thomas re memo in support, file memo |
| | 0.3 | draft fee memo section re Karl/AG history and sale of IP |
| 3/15/21 | 0.0 | review Usherson transcript (*no charge per DB*) |
| | 0.3 | draft fee memo intro/nature of case |
| | 1.1 | draft statement of facts for fee memo |
| | 0.7 | draft fee memo section re Bradley license arguments |
| | 0.5 | draft argument re disclosure of Boecker information/CMI |
| | 0.3 | draft argument re Bradley not seeking takedown |
| 3/16/21 | 1.5 | legal research/drafting fee memo re RL cases vs valid licensees and others without restrictions on use |
| | 0.6 | legal research/drafting re RL exaggerated settlement demands |
| 3/17/21 | 0.1 | emails with C. Thomas, review materials re fees/costs |
| | 0.2 | emails with E. Timberlake re declaration ISO fees |
| | 0.1 | review E Timberlake CV & website |
| | 0.8 | draft Timberlake declaration ISO fees |
| 3/18/21 | 0.3 | draft fee motion |
| | 0.3 | draft fee memo re Section 505 (Kirtsaeng/Fogerty/Diamond Star) |



|        |      |                                                                                      |
|--------|------|--------------------------------------------------------------------------------------|
|        | 1.5  | draft fee memo section re Bradley bad faith                                          |
|        | 0.2  | draft fee memo section re Analytical motivation                                     |
|        | 2.0  | legal research re 1927/inherent power sanctions in Fourth Circuit                   |
|        | 0.7  | draft fee memo argument re basis for 1927/inherent power sanctions                  |
|        | 0.2  | review Amerilink EDNC order granting 1927 fees (Nakell/Barth)                       |
| 3/19/21| 0.1  | review DQ/stay order, email client                                                 |
|        | 2.0  | draft fee memo sections re unreasonableness & copyright claim                       |
|        | 1.8  | draft fee memo section re CMI claim as unreasonable/frivolous                       |
| 3/21/21| 0.6  | draft fee memo fact section re proof of license/no CMI, settlement talks            |
|        | 1.6  | draft fee memo section re compensation/deterrence                                  |
| 3/23/21| 0.0  | review notice of Bradley address, emails with client (*no charge per DB*)           |
| 3/30/21| 0.0  | review notice of order sent to Bradley, email client (*no charge per DB*)           |
| 3/31/21| 0.8  | fact research re RL knowledge of FB TOS in 2019/Optic Conference                   |
|        | 0.2  | emails with client re RL knowledge                                                 |
|        | 2.7  | draft fee memo section re RL knowledge/bad faith                                   |
| 4/1/21 | 1.0  | draft fee memo argument re costs (taxable vs all costs for bad faith)               |
| 4/2/21 | 1.2  | draft fee memo argument re joint/several liability                                 |
| 4/6/21 | 0.3  | review fee award and brief ISO fees in Sedgewick Homes                             |
|        | 0.2  | draft fee memo section re Johnson/Barber factors                                   |
|        | 1.5  | draft fee memo sections re Johnson factors 1-3                                     |
| 4/12/21| 1.6  | draft fee memo sections re Johnson factors 4-8                                     |
| 4/13/21| 0.8  | draft fee memo sections re Johnson factors 9-12                                    |
|        | 1.2  | legal research re fee awards in similar cases                                      |
| 4/14/21| 0.2  | call with C. Thomas re Susan Olive, next steps                                     |
| 4/15/21| 0.4  | call with Olive re potential fee motion, reconsideration                           |
|        | 0.2  | email client re Olive, potential reconsideration                                  |
|        | 0.4  | call with client re Olive, Bradley, potential reconsideration vs settlement        |
| 4/16/21| 0.4  | emails with client re potential terms of settlement with Bradley                   |
|        | 33.0 |                                                                                     |

| Dan Booth hours    |    | 33.0        |
|--------------------|----|-------------|
| Hourly rate        | $  | 425.00      |
| Attorney services  | $  | 14,025.00   |

### Additional Expenses

| 3/31/21  | Lexis/monthly legal research                  | $ | 10.00 |
|----------|-----------------------------------------------|---|-------|
| 4/6/21   | PACER/research re Sedgewick Homes fee motion  | $ | 2.60  |
| Expenses |                                               | $ | 12.60 |



Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

**Total**

| | | |
|---|---|---|
| Balance due on previous invoice/February 12, 2021 | $ 88,775.00 | |
| Payment February 16, 2021 | ( $ 500.00 | ) |
| Payment March 1, 2021 | ( $ 500.00 | ) |
| Payment March 16, 2021 | ( $ 500.00 | ) |
| Payment April 1, 2021 | ( $ 500.00 | ) |
| Attorney services | $ 14,025.00 | |
| Expenses | $ 12.60 | |
| Total | $100,812.60 | |

Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

db

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Date:       May 31, 2021
Client:     Analytical Grammar, Inc.
Matter:     *Bradley v. Analytical Grammar, Inc.*
For:        Legal Services Rendered April 17, 2021 Through May 31, 2021

| Date | Hours | Description of Legal Services |
|------|-------|-------------------------------|
| 4/20/21 | 0.2 | call with Olive re Bradley files, RL communications with Bradley |
|  | 0.1 | emails with client re Olive status |
| 4/26/21 | 0.1 | emails with Olive re status of RL Bradley files, extension to respond |
|  | 0.1 | emails with client re Olive discussion |
|  | 0.0 | emails with C. Thomas re RL Bradley files, extension (*no charge per DB*) |
| 4/28/21 | 0.1 | review motion for extension, emails with client |
| 4/29/21 | 0.0 | review order re extension, emails with client (*no charge per DB*) |
| 5/19/21 | 0.1 | emails with Olive re Bradley client file, potential joint motion |
|  | 0.0 | email client re Olive discussion (*no charge per DB*) |
| 5/20/21 | 0.2 | revise sanctions motion/memo to address § 1927/inherent power only |
|  | 0.3 | revise sanctions memo to state additional facts re settlement discussions |
| 5/21/21 | 0.5 | draft sanctions motion arguments re failure to disclose offers/obstructing settlement |
|  | 0.6 | call with Olive re facts of RL nondisclosures to Bradley, joint motion |
|  | 2.3 | |

| | |
|---|---|
| Dan Booth hours | 2.3 |
| Hourly rate | $ 425.00 |
| Attorney services | $ 977.50 |

**Additional Expenses**

| | | |
|---|---|---|
| 4/30/21 | Lexis/monthly legal research | $ 10.00 |
| Expenses | | $ 10.00 |

**Total**

| | |
|---|---|
| Balance due on previous invoice/April 16, 2021 | $100,812.60 |
| Payment April 16, 2021 | ( $ 500.00 ) |
| Payment April 30, 2021 | ( $ 500.00 ) |
| Payment May 14, 2021 | ( $ 500.00 ) |
| Attorney services | $ 977.50 |
| Expenses | $ 10.00 |
| Total | $100,290.10 |



Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Date:        July 8, 2021
Client:      Analytical Grammar, Inc.
Matter:      *Bradley v. Analytical Grammar, Inc.*
For:         Legal Services Rendered June 1, 2021 Through July 8, 2021

| Date | Hours | Description of Legal Services |
|------|-------|-------------------------------|
| 6/01/21 | 0.0 | prepare subpoenas re RL ability to pay sanctions; emails with Olive re subpoenas; serve subpoenas (*fee waived per DB*) |
| 6/02/21 | 0.2 | legal research re GoFundMe/third-party paid fees awardable |
|  | 0.1 | emails with Olive and with client re Dalton/RL counsel |
|  | 0.2 | emails with Dalton re sanctions motion, propose settlement discussion |
| 6/03/21 | 0.2 | review Adlife v. Karns - Albrizio declaration re RL nondisclosures |
| 6/08/21 | 0.2 | review order re malpractice (0.1), emails with client re order (0.1) |
| 6/10/21 | 0.0 | review AA motion; emails with client re AA (*no charge per DB*) |
| 6/11/21 | 0.0 | emails with client re subpoenas (*fee waived per DB*) |
| 6/15/21 | 0.1 | emails with Olive/Dalton re conference call |
| 6/16/21 | 0.0 | review Dalton filings/MTQ (*fee waived per DB*) |
|  | 0.0 | emails with C. Thomas/S. Carpenter re MTQ (*fee waived per DB*) |
|  | 0.0 | legal research re MTQ/failure to confer (*fee waived per DB*) |
| 6/17/21 | 0.0 | legal research/drafting re opposition to MTQ (*fee waived per DB*) |
| 6/21/21 | 0.1 | legal research re ability to pay sanctions/4th Circuit (Salvin) |
| 6/23/21 | 0.0 | legal research/drafting re opposition to MTQ (*fee waived per DB*) |
|  | 0.2 | call with Thomas re Dalton, position re settlement |
|  | 0.7 | call with Dalton, Olive, Thomas re potential settlement or sanctions motion (0.8), MTQ (0.0 – *fee waived per DB*) |
|  | 0.2 | emails with client re Copyright Act fees vs Bradley or sanctions vs. RL |
|  | 0.0 | emails with Dalton, Thomas re subpoenas, MTQ (*fee waived per DB*) |
| 6/24/21 | 0.0 | legal research/drafting re opposition to MTQ (*fee waived per DB*) |
|  | 0.0 | review docket of Schwabel RL case in WDNC (*no charge per DB*) |
|  | 0.2 | review In re Liebowitz/suspension cases (EDTX, SDIL, etc) |
| 6/26/21 | 0.0 | drafting opposition to MTQ re Shelton test (*fee waived per DB*) |
| 6/28/21 | 0.2 | review Berg v. M&F order (505 award vs RL client, no RL sanctions) |
|  | 0.0 | drafting declaration ISO opposition to MTQ (*fee waived per DB*) |
|  | 0.0 | file opposition to MTQ (*fee waived per DB*) |
|  | 2.2 | draft and revise sanctions memo |
|  | 0.0 | emails with Dalton, Thomas re MTQ (*fee waived per DB*) |
| 6/29/21 | 0.0 | emails with Dalton, Thomas re withdrawn subpoenas (*fee waived per DB*) |
|  | 0.0 | draft and file notice of withdrawal (*fee waived per DB*) |
|  | 0.1 | email Thomas re sanctions motion |

Case 5:19-cv-00249-FL     Document 83-13     Filed 07/08/21     Page 26 of 27



| 7/01/21 | 0.1 | emails with Thomas re sanctions motion, declaration, time records |
| 7/02/21 | 1.1 | draft Timberlake declaration ISO fees for sanctions motion |
| | 0.1 | email Timberlake re sanctions motion declaration |
| | 0.5 | review Thomas redline of sanctions memo and revise memo |
| 7/03/21 | 2.2 | draft Karl declaration ISO sanctions motion |
| | 0.2 | email with Karl re declaration, mediation details |
| 7/05/21 | 0.5 | legal research re admissibility of mediation discussions |
| 7/06/21 | 0.1 | prepare exhibits to Booth declaration (*0.4 hours billed at 25% per DB*) |
| 7/07/21 | 0.8 | call with Olive re potential Bradley declaration |
| | 3.0 | drafting re potential Bradley declaration |
| | 0.1 | emails with Timberlake and Thomas re declarations |
| | 0.2 | emails with Karl re revisions to declaration |
| 7/08/21 | 0.3 | emails with Olive re Bradley declaration (0.3), revised declaration (0.3) |
| | 0.4 | review and finalize billing statements exhibit to Booth affidavit |
| | 0.2 | review and revise Karl declaration |
| | 0.2 | emails with Karl, Timberlake, Thomas re declarations |
| | 0.7 | confirm cites in sanctions memo |
| | 0.1 | review Timberlake, Karl, Thomas, Bradley declarations |
| | 0.1 | emails with Thomas and Carpenter re final declaration and exhibits |
| | 0.7 | final revisions to memo (0.5) and Booth declaration (0.2) |
| | <u>0.1</u> | file sanctions motion, memo, and five declarations with exhibits |
| | 16.8 | |

| | | |
|---|---|---|
| Dan Booth hours | | 16.70 |
| Hourly rate | $ | 425.00 |
| Attorney services | $ | 7,097.50 |

### Additional Expenses

| | | | |
|---|---|---|---|
| 6/24/21 | PACER/review Schwabel docket (RL in WDNC) | $ | 0.30 |
| 6/30/21 | Lexis/monthly legal research | $ | 10.00 |
| Expenses | | $ | 10.30 |

### Total

| | |
|---|---|
| Balance due on previous invoice/May 31, 2021 | $100,290.10 |
| Payment June 1, 2021 | ( $ 500.00 ) |
| Payment June 16, 2021 | ( $ 500.00 ) |
| Payment July 1, 2021 | ( $ 500.00 ) |
| Attorney services | $ 7,097.50 |
| Expenses | $ 10.30 |
| Total | $103,907.90 |