**To: Analytical Grammar, Inc, c/o Dan Booth Law LLC**

| Invoice No.: | ASANALYTIC001 | Date: | 4/2/20 |
|---|---|---|---|

**RE: Bradley v. Analytical**

| Date | Description | Time | Rate | Extension |
|---|---|---|---|---|
| -- | **Expert Services of Aram Sinnreich:** | -- | -- | -- |
| 3/20/20 | Communication with client counsel | 0.5 | $300.00 | $ 150.00 |
| 3/23/20 | Reviewed court documents & research | 2.25 | $300.00 | $ 675.00 |
| 3/24/20 | Reviewed court documents & research | 1.75 | $300.00 | $ 525.00 |
| 3/25/20 | Communication with client counsel | 0.3 | $300.00 | $ 90.00 |
| 3/27/20 | Developed report outline | 2 | $300.00 | $ 600.00 |
| 3/30/20 | Communication with client counsel | 0.75 | $300.00 | $ 225.00 |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | Totals | 7.55 | | $ 2,265.00 |

| Date | Reimbursable Expenses: | Quantity | Unit Cost | Total |
|---|---|---|---|---|
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | Totals | -- | -- | $ - |
| | **Invoice Total** | | | **$ 2,265.00** |

\* receipts enclosed

**Make all checks payable to: Aram Sinnreich**

**Contact Information:**
    Aram Sinnreich
    9621 Lorain Ave
    Silver Spring, MD, 20901

**Terms:**     **Per Contractor's Agreement**

**To: Analytical Grammar, Inc, c/o Dan Booth Law LLC**

| Invoice No.: | ASANALYTIC002 | | Date: | 5/1/20 |
|---|---|---|---|---|

**RE: Bradley v. Analytical**

| Date | Description | Time | Rate | Extension |
|---|---|---|---|---|
| -- | **Expert Services of Aram Sinnreich:** | -- | -- | -- |
| 4/7/20 | Draft report | 3.75 | $300.00 | $ 1,125.00 |
| 4/8/20 | Draft report | 2 | $300.00 | $ 600.00 |
| 4/14/20 | Communication with client counsel | 0.25 | $300.00 | $ 75.00 |
| 4/22/20 | Revise report | 1.5 | $300.00 | $ 450.00 |
| 4/22/20 | Communication with client counsel | 0.35 | $300.00 | $ 105.00 |
| 4/24/20 | Revise report | 1.5 | $300.00 | $ 450.00 |
| 4/27/20 | Revise report | 0.4 | $300.00 | $ 120.00 |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | | $300.00 | $ - |
| | | Totals | 9.75 | $ 2,925.00 |

| Date | Reimbursable Expenses: | Quantity | Unit Cost | Total |
|---|---|---|---|---|
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | Totals | -- | -- | $ - |
| | **Invoice Total** | | | **$ 2,925.00** |

\* receipts enclosed

**Make all checks payable to: Aram Sinnreich**

**Contact Information:**
Aram Sinnreich
9621 Lorain Ave
Silver Spring, MD, 20901

**Terms:** **Per Contractor's Agreement**

### *The Law Offices of Michele A. Ledo, PLLC*
227 Elm Street
Raleigh, NC 27601

Ph:(919) 835-1311        Fax:(919) 835-1312

Synergy Dispute Resolutions                      February 17, 2020
227 Elm Street
Raleigh, NC
27601

|  | File #: | SDR |
|---|---|---|
| **Attention:** | Inv #: | 2016 |

**RE:**      ADR

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-17-20 | Mediation | 1.50 | 300.00 | MAL |
| | Totals | 1.50 | $300.00 | |
| | **Total Fee & Disbursements** | | | **$300.00** |

TAX ID Number      20-1725600