IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, | ) |
|           Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| ANALYTICAL GRAMMAR, INC. | ) |
| | ) |
| | ) |
|           Defendant. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE

NOW COME interested parties, Liebowitz Law Firm, PLLC ("LLF") and Richard Liebowitz ("Liebowitz" and collectively with LLF "Moving Parties"), by and through undersigned counsel, pursuant to Local Civil Rule 6.1, and respectfully move the Court for an order extending time for the Moving Parties to file a response to Analytical Grammar, Inc.'s ("Analytical Grammar") Motion for Attorneys' Fees, Costs and Expenses Pursuant to 28 U.S.C. § 1927 and the Court's Inherent Authority ("Motion") [ECF No. 83] against the Moving Parties. In support hereof, the Moving Parties show unto the Court the following:

1. On or about 8 July 2021, Analytical Grammar, through counsel, filed its Motion seeking to recover attorneys' fees in the amount of $177,801.10 and expenses in the amount of $6,689.32 against the Moving Parties.

2. Per Local Civil Rule 7.1(f), any response to the Motion is currently due on 29 July 2021, and the time for filing a response has not yet expired.

3. On 27 April 2021, the undersigned counsel designated secure leave with the

North Carolina state courts pursuant to the North Carolina General Rules of Practice for the Superior and District Courts, Rule 26, from 27 July 2021 to 14 August 2021 for nuptials out of state, during which time the response to Plaintiff's Motion would generally be due.

4. The undersigned counsel was only recently retained around the time Analytical Grammar's counsel, after the discovery deadlines set forth by this Court, served subpoenas on the Moving Parties requesting extensive financial documentation.

5. The Motion attached fourteen exhibits, including five declarations and other documents.

6. According to the billing records attached to Analytical Grammar's Motion [ECF 83-13 pp 22-27], counsel for Analytical Grammar began working on the Motion and related material in or before March, 2021, approximately four months before it was filed, and spent over forty-five (45) hours preparing and discussing the same.

7. The Motion raises several contested factual and legal issues regarding settlement discussions and other matters related to this litigation.

8. Considering the number of contested issues raised by Analytical Grammar's Motion and supporting materials, that Analytical Grammar seeks an award of over $177,000.00 against the moving parties, that Analytical Grammar had four months to prepare the Motion and supporting material, that the undersigned counsels has had insufficient time to prepare a response to the Motion, and other good cause shown, the undersigned counsel needs additional time to prepare a response to the Motion, especially considering the undersigned counsel's scheduled leave during the time when the response would otherwise be due.

9. The undersigned counsel respectfully requests this Court grant the Moving Parties an additional thirty (30) days for the Moving Parties to file a response to Analytical Grammar's

Motion.

10.     The undersigned counsel has consulted with counsel for Analytical Grammar, and counsel for Analytical Grammar consented to the requested extension of thirty (30) days for the Moving Parties to file a response to Analytical Grammar's Motion.

WHEREFORE, the Moving Parties, by and through undersigned counsel, respectfully pray this Court for an order extending the time for the Moving Parties to file a response to Analytical Grammar's Motion by an additional thirty (30) days, through and including 30 August 2021, and for such further and other relief the Court finds just and proper under the circumstances.

This the 19th day of July, 2021.

/s/ LUKE A. DALTON
Luke A. Dalton
N.C. Bar No: 41188
luke.dalton@mgclaw.com
McAngus Goudelock & Courie, PLLC
Post Office Box 30516
Raleigh, North Carolina 27622
Telephone: (919) 719-8204
Facsimile: (919) 510-9825
*Counsel for Liebowitz Law Firm, PLLC and Richard Liebowitz*

# CERTIFICATE OF SERVICE

I hereby certify that on this July 19th, 2021, I electronically filed the foregoing Motion for Extension of Time to File a Response with the Clerk of Court using the CM/ECF system, which will serve the document on registered users, and that I have emailed the document to the following:

Susan Freya Olive
Olive & Olive, P.A.
emailboxednc@oliveandolive.com
Attorney for Plaintiff

Dan Booth
Dan Booth Law LLC
dan@danboothlaw.com
Attorney for Analytical Grammar, Inc.

/s/ LUKE A. DALTON
Luke A. Dalton (N.C. Bar No: 41188)
luke.dalton@mgclaw.com
McAngus Goudelock & Courie, PLLC
Post Office Box 30516, Raleigh, North Carolina 27622
Telephone: (919) 719-8204
*Counsel for Liebowitz Law Firm, PLLC and Richard Liebowitz*