IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| ANALYTICAL GRAMMAR, INC. | ) |
| | ) |
| | ) |
|        Defendant. | ) |

## ORDER

THIS MATTER coming before the undersigned on Motion of the Liebowitz Law Firm, PLLC ("LLF") and Richard Liebowitz ("Liebowitz" and collectively with LLF "Moving Parties"), former counsel for plaintiff Matthew Bradley, for an extension of time to file a response to Defendant Analytical Grammar's Motion for Attorneys' Fees, Costs and Expenses Pursuant to 28 U.S.C. § 1927 and the Court's Inherent Authority ("Motion") [ECF No. 83]; and it appearing that the time for filing a response to the Motion has not expired, that Analytical Grammar consents to the requested extension, and that there is good cause for the requested relief;

IT IS ORDERED that the Moving Parties are granted an additional thirty (30) days to file a response to Analytical Grammar's Motion [ECF No. 83] through and including 30 August 2021.

SO ORDERED, this the _____ day of July, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge