UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Case No. 5:19-cv-249-Fl

| | |
|---|---|
| MATTHEW BRADLEY,<br>Plaintiff<br><br>v.<br><br>ANALYTICAL GRAMMAR, INC.<br>Defendant | STIPULATION AND MOTION FOR DISPOSITION OF ALL OUTSTANDING CLAIMS AND COUNTERCLAIMS<br>[Fed. R. Civ. P. 41(a) and 54] |

Plaintiff and Defendant, having conferred through counsel following the filing of Defendant's motion for entry of judgment and for dismissal [D.E. 66], and bearing in mind the Court's Order and Judgment entered on March 3, 2021 [D.E. 63 and 64], the relative value of the claims at issue in this matter, and the interest of finality, stipulate as follows and request that the Court enter judgment accordingly:

1. Defendant's First Counterclaim, in which Defendant alleged invalidity of Plaintiff's copyright at issue, shall be and is dismissed with prejudice;

2. As to all remaining claims and counterclaims, it shall be ordered that:

    a. Defendant did not infringe the copyright asserted by Plaintiff in this litigation; and

    b. Defendant did not remove, alter, or falsify copyright management information in connection with the photograph asserted by Plaintiff in this litigation.

3. Final judgment shall be entered in accordance with the foregoing, leaving outstanding only the Court's decision on Defendant's motion for sanctions [D.E. 83].

4. No further motions shall be filed in this case by either party against the other party. Except as may otherwise be ordered with respect to payments by Richard Liebowitz

and/or Liebowitz Law Firm, PLLC in the Court's decision on Defendant's outstanding motion [D.E. 83], the parties shall bear their own costs.

As indicated by their signatures below, the parties and their counsel consent to the foregoing.

This __16__ day of July, 2021, 20th day of July, and 21st day of July, 2021.

**FOR PLAINTIFF:**

_/s/ signature_
Matthew J. Bradley, Plaintiff

/s/ Susan Freya Olive
Susan Freya Olive
NC Bar No. 7252
**OLIVE & OLIVE, P.A.**
Counsel for Plaintiff

500 Memorial Street
P.O. Box 2049
Durham, NC 27702-2049
Phone: (919) 683-5514
emailboxEDNC@oliveandolive.com

**FOR DEFENDANT:**

_/s/ signature_
Analytical Grammar, Inc., Defendant
By: Erin Karl, President

/s/ Dan Booth
Daniel G. Booth
**DAN BOOTH LAW LLC**
Counsel for Defendant,
  Local Civil Rule 83.1(e) Special Appearance

60 Thoreau Street, #121
Concord, MA 01742
dan@danboothlaw.com

Christopher M. Thomas
  N.C. State Bar No. 31834
**PARKER POE ADAMS & BERNSTEIN LLP**
Counsel for Defendant,
  Local Civil Rule 83.1(d)

PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
christhomas@parkerpoe.com
Local Civil Rule 83.1(d) Counsel

## CERTIFICATE OF SERVICE

Undersigned counsel for Plaintiff certifies that the foregoing document was served this date by electronically filing the same with the Clerk of Court using the CM/ECF System, which will send notification via electronic means to counsel for Defendant and to counsel for Mr. Liebowitz and Liebowitz Law Firm, PLLC, on this 21st day of July, 2021.

/s/ Susan Freya Olive
Susan Freya Olive
 NC Bar No. 7252
**OLIVE & OLIVE, P.A.**
500 Memorial Street
P.O. Box 2049
Durham, NC 27702-2049
Phone: (919) 683-5514
emailboxEDNC@oliveandolive.com