UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Case No. 5:19-cv-249-Fl

| | |
|---|---|
| MATTHEW BRADLEY,<br><br>    Plaintiff<br><br>v.<br><br>ANALYTICAL GRAMMAR, INC.<br><br>    Defendant | **ORDER** |

This matter is before the undersigned on the parties' joint stipulation, executed by the parties and their counsel, dismissing Defendant's first counterclaim with prejudice and seeking entry of judgment in favor of Defendant as to all remaining claims and counterclaims.

The Court previously reviewed related issues when ruling on the parties' motions for summary judgment. [D.E. 63]. In view thereof and of the parties' stipulation, it is ORDERED:

1. The First Cause of Action set out in Defendant's answer and counterclaims, in which Defendant alleged that Plaintiff's copyright is invalid and unenforceable, and sought injunctive relief holding that Plaintiff's copyright registrations No. VAu 1-355-121 and VA 2-133-725 are invalid and ordering him to request that the Copyright Office cancel the registrations, shall be and is dismissed with prejudice.

2. Plaintiff's First Claim for Relief (alleging copyright infringement) is denied and Defendant's Second Cause of Action (seeking declaratory judgment of non-infringement) is granted.

1

3. Plaintiff's Second Claim for Relief (alleging the removal, alteration, or falsification of copyright information) is denied, and Defendant's Third Cause of Action (seeking declaratory judgment that it did not remove, alter, or falsify any copyright management information when it distributed the photograph on Facebook) is granted.

4. Final judgment shall be entered in accordance with the foregoing, leaving outstanding only the Court's decision on Defendant's motion for sanctions [D.E. 83]. No further motions shall be filed in this case by either party against the other party.

5. Except as may otherwise be ordered with respect to payments by Richard Liebowitz and/or Liebowitz Law Firm, PLLC in the Court's decision on Defendant's outstanding motion [D.E. 83], the parties shall bear their own costs.

SO ORDERED, this the  27th  day of July, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge