

**October 8, 2019**  by Erin Finley Karl, Organizer

Hello, friends.

First, WOW! We have surpassed 20% of the goal, which is amazing. That covers my legal fees and retainers so far, which is an ENORMOUS weight off my chest. Thank you!

So, Bradley and his attorney have filed their answers to our counterclaims.

http://bit.ly/answerstocounterclaim

To understand it, you'll need to read it side-by-side with the counterclaims themselves (linked on the original fundraiser page.)

So, what now? Well, we keep going. More to come, I'm sure!

**September 22, 2019**  by Erin Finley Karl, Organizer

I just wanted to take a moment to thank all of you for your support and generosity. We've already raised enough to cover the retainers and fees that I've had to pay up until this point. That's amazing! If you haven't yet, please hit the SHARE button on this GoFundMe to share it to your social media accounts and email lists.

More to come!

Erin

copyright infringement over a viral meme shared
on its business Facebook page.  The purpose of this
GoFundMe is to raise money to cover legal fees
expected to be necessary to defend her business in
the lawsuit.

**The long version:**

**Fundraiser updates (18)**

| Donate now | Share |

Case 5:19-cv-00249-FL   Document 93-3   Filed 09/02/21   Page 1 of 2

**October 8, 2019**  by Erin Finley Karl, Organizer

Hello, friends.

First, WOW! We have surpassed 20% of the goal, which is amazing. That covers my legal fees and retainers so far, which is an ENORMOUS weight off my chest. Thank you!

So, Bradley and his attorney have filed their answers to our counterclaims.

http://bit.ly/answerstocounterclaim

To understand it, you'll need to read it side-by-side with the counterclaims themselves (linked on the original fundraiser page.)

So, what now? Well, we keep going. More to come, I'm sure!

**September 22, 2019**  by Erin Finley Karl, Organizer

I just wanted to take a moment to thank all of you for your support and generosity. We've already raised enough to cover the retainers and fees that I've had to pay up until this point. That's amazing! If you haven't yet, please hit the SHARE button on this GoFundMe to share it to your social media accounts and email lists.

More to come!

Erin

Here are a few articles about this well-known copyright lawyer:

Slate.com

Hollywood Reporter

**Fundraiser updates (18)**

Donate now                              Share

Case 5:19-cv-00249-FL     Document 93-3    Filed 09/02/21    Page 2 of 2