# EXHIBIT A



**Richard Liebowitz <rl@liebowitzlawfirm.com>**

# Re: Bradley v. Analytical Grammar, Inc.
1 message

**Dan** <dan@danboothlaw.com>     Wed, Sep 18, 2019 at 4:15 PM
To: Richard Liebowitz <RL@liebowitzlawfirm.com>

Richard,

Our client expects to prevail and does not accept your offer.

I asked you twice yesterday for your availability for a Rule 26(f) conference on October 7 or 8. Please advise.

Regards,

Dan Booth
Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742
646-573-6596
dan@danboothlaw.com

> On Sep 17, 2019, at 3:54 PM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:
>
> Counsel,
>
> I am authorized to make a final offer of $5,500 to resolve this matter at this very early stage of the litigation. This offer is on the table until Thursday, Sept 19th at 5pm EST at which point it will be revoked. Thank you.
>
> On Tue, Sep 17, 2019 at 1:34 PM Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:
>> Thank you, Chris.
>>
>> On Tue, Sep 17, 2019 at 1:33 PM Thomas, Christopher M. <christhomas@parkerpoe.com> wrote:
>>>
>>> Hi Richard,
>>>
>>> Thanks for reaching out. We are not available tomorrow and will need to coordinate with lead counsel in order to determine when we can do the conference. After we do that, we'll send a list of dates and times.
>>>
>>> Thanks,
>>> Chris
>>>
>>> **From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
>>> **Sent:** Tuesday, September 17, 2019 12:38 PM
>>> **To:** Thomas, Christopher M. <christhomas@parkerpoe.com>; Lawson, Catherine R. L. <catherinelawson@parkerpoe.com>
>>> **Subject:** Bradley v. Analytical Grammar, Inc.

Case 5:19-cv-00249-FL    Document 93-6    Filed 09/02/21    Page 2 of 4

**\*\*\*Caution: External email\*\*\***

Hi Chris and Catherine,

Are you available to have our Rule26F conference tomorrow (Wednesday) at 2:30pm?

Thank you.

Best,

Richard Liebowitz, Esq.

Liebowitz Law Firm, PLLC

t.516-233-1660

RL@LiebowitzLawFirm.com

www.LiebowitzLawFirm.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Christopher Thomas**
Partner



PNC Plaza | 301 Fayetteville Street | Suite 1400 | Raleigh, NC 27601
Office: 919.835.4641 | Fax: 919.834.4564 | vcard | map

Visit our website at
www.parkerpoe.com

**PRIVILEGED AND CONFIDENTIAL:** This electronic message and any attachments are confidential property of the sender. The information is intended only for the use of the person to whom it was addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any unauthorized reliance on this message. If you have

received this message in error, please immediately notify the sender and purge the message you received. Do not forward this message without permission. [ppab_p&c]

--
Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660
RL@LiebowitzLawFirm.com
www.LiebowitzLawFirm.com


*******************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*******************************************************************

--
Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660
RL@LiebowitzLawFirm.com
www.LiebowitzLawFirm.com


*******************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*******************************************************************