IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF SUBSTITUTION** |
| | ) **OF COUNSEL** |
| ANALYTICAL GRAMMAR, INC., | ) |
| Defendant. | ) |

Please take notice that Dan Booth, special appearance attorney for Defendant Analytical Grammar, Inc., hereby withdraws his appearance and Christopher M. Thomas, Local Civil Rule 83.1(d) counsel, hereby assumes the role of lead counsel for Defendant. Attorney Booth has accepted a position as an Attorney-Advisor to the Copyright Claims Board at the United States Copyright Office. Attorney Thomas is aware of and will comply with all deadlines in the case. No deadlines are currently pending. Defendant's post-judgment motion for sanctions was fully briefed and submitted on September 13, 2021.

Respectfully submitted this the 21st day of December, 2021.

Analytical Grammar, Inc.

By its attorneys:

/s/ Dan Booth
Dan Booth
dan@danboothlaw.com
Dan Booth Law LLC
60 Thoreau Street #121
Concord, Massachusetts 01742
Local Civil Rule 83.1(e) Special Appearance

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
Local Civil Rule 83.1(d) Counsel

# CERTIFICATE OF SERVICE

I, Dan Booth, hereby certify that on December 21, 2021, true copies of Analytical Grammar, Inc.'s foregoing Notice of Substitution was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Susan Freya Olive
Olive & Olive, P.A.
500 Memorial Street
P.O. Box 2049
Durham, NC 27702-2049
solive@oliveandolive.com
emailboxEDNC@oliveandolive.com
(counsel for plaintiff Matthew Bradley)

Luke A. Dalton
McAngus, Godelock & Courie, PLLC
P.O. Box 30516
Raleigh, NC 27622
luke.dalton@mgclaw.com
(counsel for Richard A. Liebowitz and Liebowitz Law Firm, PLLC)

December 21, 2021                    /s/  Dan Booth
                                     Daniel G. Booth