# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| MATTHEW BRADLEY ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **AMENDED JUDGMENT** |
| ) | |
| ) | No. 5:19-CV-249-FL |
| ANALYTICAL GRAMMAR, INC. ) | |
|     Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties's joint stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 27, 2021, and for the reasons set forth more specifically therein, defendant's First Cause of Action, in which Defendant alleged that Plaintiff's copyrights is invalid and unenforceable and sought injunctive relief holding that Plaintiff's copyright registrations No VAu1-355-11 and VA 2-133-725 are invalid and ordering his to request that the Copyright Office cancel the registrations, shall be and is dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that Plaintiff's First Claim for Relief (alleging copyright infringement) is DENIED and Defendant's Second Cause of Action (seeking declaratory judgment of non-infringement is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that Plaintiff's Second Claim for Relief (alleging the removal, alteration or falsification of copyright information) is DENIED, and Defendant's Third Cause of Action (seeking declaratory judgment that it did not remove, alter, falsify any copyright management information when it distributed the photograph on Facebook), is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that defendant recover against Richard P. Liebowitz and Liebowitz Law Firm, PLLC, jointly and severally, for attorneys' fees in the amount of $84,809.72, with $71,317.55 attributable to work incurred by Dan Booth Law, LLC and $13,492.17 to work incurred by Parker, Poe, Adams & Bernstein, LLP, together with costs in the amount of $5,587.60.

**This Amended Judgment Filed and Entered on July 11, 2022, and Copies To:**
Susan Freya Olive  (via CM/ECF Notice of Electronic Filing)
Catherine R.L. Lawson / Christopher M. Thomas /  Sloan L. E. Carpenter  (via CM/ECF Notice of Electronic Filing)
Luke A. Dalton (via CM/ECF Notice of Electronic Filing)


July 11, 2022                           PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk