# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# No. 5:19-CV-249-FL

| | |
|---|---|
| MATTHEW BRADLEY, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANALYTICAL GRAMMAR, INC. | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF APPEAL

NOW COME the Liebowitz Law Firm, PLLC and Richard Liebowitz, by and through undersigned counsel, and respectfully appeal to the United States Court of Appeals for the Fourth Circuit from the Order (DE 96) entered on 11 July 2022 and from the Amended Judgment (DE 97) entered on 11 July 2022.

Respectfully submitted, this the 10th day of August, 2022.

/s/ LUKE A. DALTON
Luke A. Dalton
N.C. Bar No: 41188
luke.dalton@mgclaw.com
McAngus Goudelock & Courie, PLLC
Post Office Box 30516
Raleigh, North Carolina 27622
Telephone: (919) 719-8204
Facsimile: (919) 510-9825
*Counsel for Liebowitz Law Firm, PLLC and Richard Liebowitz*

1

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2022, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system, which will serve notification of such filing to the following counsel of record:

Susan Freya Olive
Olive & Olive, P.A.
500 Memorial Street
P.O. Box 2049
Durham, NC 27702-2049
solive@oliveandolive.com
emailboxednc@oliveandolive.com
*Attorney for Plaintiff Matthew Bradley*

Christopher M. Thomas
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601
P.O. Box 389
Raleigh, North Carolina 27602-0389
christhomas@parkerpoe.com
*Attorney for Defendant Analytical Grammar, Inc.*

This the 10th day of August, 2022.

/s/ LUKE A. DALTON
Luke A. Dalton (N.C. Bar No: 41188)
luke.dalton@mgclaw.com
McAngus Goudelock & Courie, PLLC
Post Office Box 30516, Raleigh, North Carolina 27622
Telephone: (919) 719-8204
Facsimile: (919) 510-9825
*Counsel for Liebowitz Law Firm, PLLC and Richard Liebowitz*