IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-CV-249-FL

MATTHEW BRADLEY
    Plaintiff,

v.

ANALYTICAL GRAMMAR, INC.
    Defendant.

## SATISFACTION OF JUDGMENT

An Amended Judgment was rendered in favor of the above-named Defendant Analytical Grammar, Inc. and against Richard P. Liebowitz and Liebowitz Law Firm, PLLC, jointly and severally, on the 11th day of July, 2022. Defendant Analytical Grammar, Inc., by and through its attorney of record, acknowledges payment in full satisfaction of said Amended Judgment, costs and interest in full satisfaction of said Amended Judgment and desires to release this Amended Judgment and hereby fully and completely satisfy and release the same as to Richard P. Liebowitz and Liebowitz Law Firm, PLLC, jointly and severally.

Subscribed and sworn by Christopher Thomas, Esq., attorney for Defendant Analytical Grammar, Inc., this the 26th day of September, 2022.

/s/CHRISTOPHER THOMAS
Christopher Thomas
N.C. Bar No: 31834
christhomas@parkerpoe.com
Parker Poe Adams & Bernstein, LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389

Raleigh, NC 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
*Counsel for Analytical Grammar, Inc.*

STATE OF NORTH CAROLINA

COUNTY OF  WAKE

SWORN TO AND SUBSCRIBED before me in my presence, voluntarily for the purposes stated therein, in the county and state indicated above, this the 20TH day of September, 2022. That the undersigned has personal knowledge of the identity of the principal or satisfactory evidence of the principal's identity by having inspected a picture identification.

Notary Public - Danielle Weber
Printed Name

My Commission Expires: 2-23-2027

(SEAL)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **SATISFACTION OF JUDGMENT** was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following counsel of record:

Susan Freya Olive
Olive & Olive, P.A.
500 Memorial Street
P.O. Box 2049
Durham, NC 27702-2049
solive@oliveandolive.com
(counsel for plaintiff Matthew Bradley)

Luke A. Dalton
McAngus, Godelock & Courie, PLLC
P.O. Box 30516
Raleigh, NC 27622
luke.dalton@mgclaw.com
(counsel for Richard A. Liebowitz and Liebowitz Law Firm, PLLC)

This the 20th day of September, 2022.

PARKER POE ADAMS & BERNSTEIN LLP

/s/ Christopher M. Thomas
Christopher M. Thomas (N.C. Bar No. 31834)
christhomas@parkerpoe.com
Sloan L. E. Carpenter (N.C. Bar No. 53528)
sloancarpenter@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564

*Attorneys for Defendant Analytical Grammar, Inc.*