FILED: September 21, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1850 (L)
(5:19-cv-00249-FL)

_____

LIEBOWITZ LAW FIRM, PLLC; RICHARD LIEBOWITZ

      Movants - Appellants

v.

ANALYTICAL GRAMMAR, INC.

      Defendant - Appellee

and

MATTHEW BRADLEY

      Plaintiff

_____

No. 22-1886
(5:19-cv-00249-FL)

_____

ANALYTICAL GRAMMAR, INC.

      Defendant - Appellant

v.

LIEBOWITZ LAW FIRM, PLLC; RICHARD LIEBOWITZ

    Movants - Appellees

and

MATTHEW BRADLEY

    Plaintiff

———————————

O R D E R

———————————

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk